IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Prison No. 7743

__David Cooper__ )
Full name and prison number of )
plaintiff(s) )
 )
 v. )
 )  CIVIL ACTION NO. 2:06cv418-MHT
__D.T. Marshal__ )  (To be supplied by the Clerk of the
__Doctor Name unknown__ )   U.S. District Court)
__Law Library Clerk__ )
__D.T. Marshal__ )
__Taser Gun issues__ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )
__Nurse Miller__

2006 MAY -9 A 9:16

U.S. DISTRICT CLK
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:  N/A
         Plaintiff(s) _____
         Defendant(s) _____ N/A _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____ N/A _____

      3. Docket No. _____ N/A _____

      4. Name of Judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT N/A

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED N/A

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | D.T. Marshal | P.O. Box 4599 Mont, Ala 36103 |
| 2. | Doctor Name unknown | P.O. Box 4599 Mont, Ala 36103 |
| 3. | Law Library Clerk | P.O. Box 4599 Mont, Ala 36103 |
| 4. | D.T. Marshal | Taser Gun issue |
| 5. | Nurse Miller | P.O. Box 4599 Mont, Ala. 36103 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 4-25-06 thur Now

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Cruel and unusual Pinshment against medical needs

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
D.T. Marshal is the Sheriff of the Montgomery County Jail and is response for the all operation of the Montgomery County jail and is response for the over all operation and welfare of all inmates.

## Claim One Continue

plaintiff state that on 4-8-06 at 1:00 A.M. he talk to a Deputy about getting his medication from the City jail which arrive at the County jail about 7:00 A.M. No medication was given to him this date by Nurse Miller, Ms. Miller stated she only give out Deliberty medication totally disregarding my medical needs. On 4-9-06 plaintiff filed two grievances one against medical and one against the Sheriff himself about his medical needs, his medication prostrate, Heart, and Mental Health issue. Althought Exhibit-A-1 stated that they response to my medical needs within 24 hour is a lie, because after plaintiff filed two grievances the Deputy presently working this area notify medical of the grievance then they call me into medical approximately 3:00 p.m. totalling hours from 4-8-06 1:00 p.m. to 4-9-06 1:00 A.M. is 24 hours However some 14 hours after the 24 hours indicate as S. Davis's attempt to cover-up, dated 4-11-06 bottom of Exhibit-A-1. On 4-24-06 plaintiff was seen by the Doctor name unknow who he told on 4-9-06 he needed his third heart surgerys the Doctor had me medical records fax to him from Baptist Hospital and still my life is in Danger because I am being deny adquate medical treatment here and my heart might stop beating at any give minute. Also plaintiff need a prostrate operation to fix that problem also, it do appears that this administration is trying to avoid paying for plaintiff operations and just letting plaintiff sit here and die. Plaintiff praise this Honorable court for a order directing immediate medical treatment of him third heart surgery which is truly needed.

Claim - two

Law Library clerk stated to me on 5-5-06 I could get any copy make because I am Indigent, so this statement also include copies of lawsuit which i am filing go Therefore I can get postages or any legal material which I requested and plaintiff filed a grievance against the law library and no response was make. Therefore plaintiff praise this honorable court to change this corruption of people hiding behind a badge. I am filing this lawsuit ~~less the~~ regardingly, and I don't have any copies of this suit to the court for correct action. Plaintiff also states that this administration is trying to keep inmates from legal defensing themselves by not allowing Ink pen in this jail and there response might be because inmates are sticking each other, but that no excuse they sale plastic pen in most jails and ~~jail~~s prisons.

## Claim Three

Plaintiff stated that this administration is allowing certain deputies to wear Taser Gun which plaintiff is very much concern because if he get shot by this and his heart is week then he would automatic die it is unessary and is a weapon to abuse mankind, we are already being treated as if we are in a foreign country and in a concentration camp and no U.S. citizen should be abuse by this. We are force to face a wall at time with certain deputies like mrs. Ford, for instant before we are force to enter the elevator still facing the wall not knowing whether I might get shot are not. I have filed all kinds of grievances with no response also our meals are no edequate inaccording to the 1800 calories and someone should investigate this place.

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff request a total sum of $5,000,000.00 five million dollars from the Defendant to plaintiff and if plaintiff die why waiting to get his third heart surgrey, then please let a charity organied. un receive all plaintiff is intitle to, these people should not get away with murder. Please issue an order for immediate heart surgrey and prostrate problem which he is entitle to by law, also this is the only copy of this lawsuit because the Law library refuse to make copy for indigent inmate and is interference with Plaintiff to redress to the Court

_David Cooper_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  4-7-06  .
               (date)

_David Cooper_
Signature of plaintiff(s)

-3-