# GRIEVANCE DECISION

GRIEVANCE NO. _____20060232_____   CELLBLOCK: _____2A_____

INMATE NAME: _____DAVID COOPER_____   BOOKING NO. _____7743_____

I have investigated your grievance dated 04/25/06 and found that you were seen by the doctor on 04/25/06. He ordered new medication which has been started. The doctor is reviewing your records pertaining to your heart problems. Your medicine was different because of the new prescription.

Signature of Grievance Clerks: _____[signature]_____   Date: _____04/27/06_____