# GRIEVANCE DECISION

GRIEVANCE NO. _____20060198_____      CELLBLOCK: ___2A___

INMATE NAME: _____DAVID COOPER_____   BOOKING NO. ___7743___

I have investigated your grievance dated 04/09/06 and found that you were seen by the nurse who did an entry evaluation on you within the first 24 hours that you were here. You medication was received and has been started. If you need to see the nurse or doctor you must fill out a Sick Call Slip or a Request Form and place it in the hand mail box to be picked up and delivered to Medical.

Signature of Grievance Clerks: _____      Date: ___04/11/06___