**RESIDENT HISTORY REPORT**                                                                  Page 1 of 1

**Montgomery County Jail**
**05/05/06 07:43**
**ST 002 / OPR YR**

Booking Number      : 7743
Resident Name       : COOPER, DAVID
Time Frame          : 11/01/2005 07:00 - 05/05/2006 07:43



2006 MAY -9  A 9:16

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/08/2006 | 06:35 | Intake | 4 | MTF | D1609 | 2.47 | 2.47 |
| 04/20/2006 | 09:15 | Order | 1 | mgmcl | A53940 | 2.00 | 0.47 |
| 04/25/2006 | 11:16 | Rec Payment | 3 | yr | C123842 | 0.18 | 0.29 |
| 05/03/2006 | 12:11 | Rec Payment | 3 | yr | C124214 | 0.11 | 0.18 |