IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER,
  PLAINTIFF,

V.                           CASE NO. 2:06-CV-418-MHT

D.T. MARSHAL, et al,
  DEFENDANTS

## MOTION FOR LEAVE TO AMEND

Comes now the plaintiff, pro se, David Cooper in the above manner and request to this honorable Court, for motion for leave to amend, because he got a mistake in naming Nurse Miller who is not her name and that the work roster will reveal her name on 4-8-06 1:00 A.M. to 6:00 A.M. when the City Jail transfer his medication to this Detention Facility, plaintiff, praise this honorable Court for motion for leave to amend. The work roster will reveal who she is on 4-8-06 morning.

David Cooper 7743
Pro se plaintiff,
M.C.D.F.
P.O. Box 4599
Montg. Ala. 36103
Date 5-16-06

## CERTIFICATE OF SERVICE

Plaintiff state that he has place the following copies which are two copies to the office of the clerk, and three copies to Sheriff D.T. marshal, motion for leave to amend done on 5-16-06 by placing then in the united states Mail.

Sheriff D.T. marshal
M.C.D.F.
P.O. Box 4599
Montg, Ala 36103

Office of the Clerk
United States District Court
P.O. Box 711
Montg, Ala. 36101

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montgomery Ala 36109