IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

D.T. MARSHAL, et al,
DEFENDANTS.

## AMENDMENT TO A COMPLAINT

Comes now, David Cooper the plaintiff in the above style manner, and request amendment to a complaint. The plaintiff state that he made a mistake calling that morning nurse Mrs. Miller, However, plaintiff is sure on the morning of 4-8-06 at 1:00 A.m. this nurse was working at 6:00 A.M. who receive my medication which was transfer from the City jail to the County Detention Facility, plaintiff further states that the Deputies and Nurse roster will reveal who she is on 4-8-06. Plaintiff further wish to inform the court that he intend to name the medical supervisor as to not ordering plaintiff medication before all prostrate medication ran out on approxiately 5-11-06, and plaintiff state that he has not receive prostrate medication as of 5-16-06 and its appears that medical is retaliting against me for filing this action and plaintiff also needs prostrate surgery, so plaintiff is suffering pain and have to strain to urinate.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, Ala. 36103
Date 5-16-06

# CERTIFICATE OF SERVICE

Plaintiff, State that he has forward two copies to the Clerk of the Court, and three copies to Sheriff D.T. Marshal, for Defendants by placing them in the United States mail on this 16th day of May 2006.

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, Ala. 36103
Date 5-16-06