IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                CASE NO. 2:06-CV-418-MHT

D.T. MARSHAL et al,
DEFENDANTS.

## MOTION FOR APPIONTMENT OF COUNSELOR

Comes now, the Plaintiff, pro se David Cooper, in the above style manner, and request the appiontment of counselor. Plaintiff is not educated enough to assist as a lawyer, and see aid to represent him in this manner.

David Cooper 7743
Plaintiff, pro se
M.C.D.F.
P.O. Box 4599
monts, Ala. 36103
Date 5-16-06

# CERTIFICATE OF SERVICE

The Plaintiff has forward two copies to the office of the Clerk, and three copies to Sheriff D.T. marshal of motion for appiontment of counselor on this 16th day of May 2006. Copies to M.C.D.F. office for Defendants by placing copies in the united states mail.

Daniel Cooper 4743
M.C.D.F.
P.O. Box 4599
Mont, AlA. 36103
Date 5-16th-06