**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nurse Miller
Mont. Co. Det. Fac.
P.O. Box 4599
Mont, AL 36197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  G. Brown        ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

A Brown

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

06CV418 P.O.Temp

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 3202

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540