IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743      *

    Plaintiff,      *

    v.      *      2:06-CV-418-MHT

D.T. MARSHAL, *et al.*,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's May 18, 2006 Motion to Amend Complaint and for good cause, it is

ORDERED that the motion (Doc. No. 6) be and is hereby GRANTED.

Done, this 19th day of May 2006.

                 **/s/ Delores R. Boyd**
                 DELORES R. BOYD
                 UNITED STATES MAGISTRATE JUDGE