Exhibit 3

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Inmate Name: _Cooper, David_   R/S _B/M_   DOB _5/8_

Booking No. _7243_

Floor _2_   Cell _A_

### SERVICES

| | | |
|---|---|---|
| XRay $10.00 | XDoctor Visit $10.00 | Nurse Visit $10.00 |
| Lab $10.00 | DentistVisit $10.00 | Prescription $3.00 |

Nursing Staff Signature _____   Date _4/18/06_

Inmate Signature _David Cooper_   Date _4/18/06_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate

---

Exhibit 3

**Montgomery County Detention Facility**                    **Medical Division Charge Sheet**

Booking No. _7743_

Floor _2A_   Cell ____

### SERVICES

| | | |
|---|---|---|
| XRay $10.00 | XDoctor Visit  $10.00 | Nurse Visit $10.00 |
| Lab $10.00 | DentistVisit $10.00 | X Prescription $3.00 |

Nursing Staff Signature _A. Goodson RN_   Date _4/28/06_

Inmate Signature _X David Cooper_   Date _4/28/06_

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate