EXHIBIT - B

# GRIEVANCE DECISION

GRIEVANCE NO. _____20060267_____          CELLBLOCK: ___2A___

INMATE NAME: ___DAVID COOPER___          BOOKING NO. ___7743___

I have investigated your grievance dated 05/13/06 and found that your Cardura has been increased to 4mg by Dr. Nichols and is to be given two (2) times a day. That is the only treatment ordered at this time. Your medication has been ordered and you will receive it as soon as it comes in.
The nursing supervisor could not find any notation in your chart from the hospital visit. She will speak with Dr. Nichols about this and let your know something the next time you see the doctor.

Signature of Grievance Clerks: _____[signature]_____          Date: __05/16/06__