# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                CASE NO 2:06-CV-418-MHT

SHERIFF D.T. MARSHAL et al,
DEFENDANTS.

RECEIVED 2006 MAY 26 A 10:34

## MOTION OF NOTIFICATION OF INFORMATION

Comes now, the plaintiff, David Cooper, pro se, in the above style manner, and presented this motion of notification of information to inform this Magistrate judge of his situation regarding being able to make copies of plaintiff Exhibits to forward to the Defendents which is required by this Court which plaintiff is still indgent and that so far plaintiff have no copies of his 1983 lawsuit, and filed it in this court without himself being able to attain a copy, and that he is more than ready to write and make copy, but his Exhibits he can't make copy because he is indgent and sent his only copy to the U.S. District Court and that so far inmates has being helping plaintiff with paper and envelope stamps Register to this court and plaintiff is afraid that the defendents might transfer him into a cell where he won't have help. Plaintiff further state that he is concern whether he can response to deadline by court orders and that he only receive 4 stamps envelpes and four sheets of paper per-week.

Date 5-24-06

Plaintiff state that he is unable to follow the court rule because he can't make copies of his Exhibits to the defendents and that this is his only copy.

David Cooper 4743
P.O. Box 4599
Mont, Ala 36103