IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID COOPER, #7743 | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-0418-MHT |
| | ) | WO |
| D.T. MARSHALL, *et al.,* | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

On May 12, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Plaintiff's claims concerning access to the courts, taser guns, and respondeat superior are DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B);

2. Plaintiff's complaint against Defendants Marshall and "law library clerk" are DISMISSED prior to service;

3. Defendants Marshall and "law library clerk" are DISMISSED as defendants to this complaint;

4. This case with respect to Plaintiff's allegation of inadequate medical care against Defendant Miller is referred back to the Magistrate Judge for further proceedings.

Done this the 30th day of May, 2006.

                                            /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE