IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743            *

    Plaintiff,              *

        v.                    *      2:06-CV-418-MHT

D.T. MARSHAL, *et al.*,         *

    Defendants.             *

_____

**ORDER**

For good cause, the Clerk is DIRECTED to substitute the attached page for page 2 of Document Number 11.

Done, this 30th day of May 2006.

                                                  /s/ **Delores R. Boyd**
                                                  DELORES R. BOYD
                                                  UNITED STATES MAGISTRATE JUDGE

complaint; and

    3. This case be referred back to the undersigned for additional proceedings.

It is further

ORDERED that on or before June 1, 2006 Plaintiff amend his complaint by identifying the individual(s) against whom he wishes to proceed in this action and specifically identify how the conduct or actions of such individual(s) violated Plaintiff's constitutional rights. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that this case be dismissed.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **May 31, 2006**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual