IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743              *

    Plaintiff,                  *

        v.                       *        2:06-CV-418-MHT

D.T. MARSHAL, *et al.*,           *

    Defendants.                 *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's *Motion of Notification of Information* wherein Plaintiff provides information concerning his ability to make copies of his pleadings for the court and defendants, and for good cause, it is

ORDERED that the motion (Doc. No. 14) be and is hereby GRANTED.

Plaintiff is advised that, notwithstanding his *in forma pauperis* status, neither the court nor Defendants are required to provide him with copies of documents without prepayment of costs. If Plaintiff wishes to receive copies from this court, he may do so upon prepayment of fifty ($.50) cents per page.

Plaintiff is further informed that he may utilize any means available to him to produce copies of documents and pleadings including, but not limited to, *handwritten* and carbon copies of the pleadings and evidentiary materials he seeks to submit to this court and which he must also serve on Defendants or counsel for Defendants where counsel has entered an

appearance. It is Plaintiff's responsibility to procure copies of the pleadings and evidentiary materials and provide such to the court and Defendants or counsel for Defendants. To aid Plaintiff in utilizing his limited resources wisely, he should comply with the provisions of Rule 8, F.R.Civ.P., which requires that "[a] pleading which sets forth a claim for relief, . . ., shall contain . . . a **short** and **plain** statement of the claim showing that the pleader is entitled to relief, . . ." Rule 8(e)(1), F.R.C.P., directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.

　　　　Done, this 31st day of May 2006.

　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE