IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID COOPER, #7743 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-0418-MHT |
| | ) | WO |
| D. T. MARSHAL, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 19, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That Plaintiff's May 18, 2006 pleading, construed as a Motion to Dismiss Defendant Nurse Miller (Doc. 6), is GRANTED;

3. That Defendant Nurse Miller is DISMISSED with prejudice as a party to this complaint;

4. That this case is referred back to the Magistrate Judge for additional proceedings.

Done this the 7th day of June, 2006.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE