IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2006 JUN -8 A 9:50
DEBRA P.
U.S. DIS
MIDDLE

DAVID COOPER
PLAINTIFF

V.

CASE NO. 2:06-CV-418-MHT

SHERIFF D.T. MARSHAL et al,
DEFENDANTS

## MOTION TO COMPLY WITH THE PROVISION OF RULE 8 F.R.Civ.P.

Comes now the plaintiff, pro se, pursuant to the provisions of Rule 8 F.R.Civ.P. or Rule 8(e)(1), F.R.C.P.

### CLAIM.

(1) Plaintiff state that he is in the Montgomery County Detention Facility, and he receive indigent supply weekly which consist of (4) four envelopes per-week and (8) eight sheets of paper, and that he seek to got a complete copy himself, and the Defendants of the complete filing in his 1983 lawsuit. Plaintiff further state that he is entitled to relief accordingly to Rule 8(e)(1) F.R.C.P. and praise this honorable court grant this motion. And a copy of the F.R.C.P.

David Cooper 177483
Plaintiff, Pro se
M.C.D.C.
P.O. Box 4599
Montg, AL. 36103

# CERTIFICATE OF SERVICE

Comes now, the plaintiff, who wish to state that he has forward a copy of the motion of notification of information and motion to comply with the provisions of Rule 8 F.R.CIV.P. and a Certificate of Service, one copy to the District clerk, and one to Dr. Nichols, and the medical nursing supervisor, one copy by Hand-mail to the defendants and one to the clerk by U.S. mail done this 4 day of June, 2006.

David Cooper 17743
Plaintiff    Pro se
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195
Date 6-4-06.