IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF

CASE NO. 2:06-CV-418-MHT

V.

SHERIFF D.T. MARSHAL et al,
DEFENDANTS

## MOTION OF NOTIFICATION OF INFORMATION

Comes now, the plaintiff, in the above style manner, and wish to inform this honorable Court, that he still believe that the Nurse unknown on 4-8-06, and 4-9-06 has not been dismiss and that the plaintiff will seek to find out her true name during the discovery period are whenever this Court allow him to request the work roster a copy thereof, for the dates indicate 4-8-06 and 4-9-06.

David Cooper 17743
Plaintiff pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195

# CERTIFICATE OF SERVICE

Comes now, the plaintiff, who wish to state that he has forward a copy of the motion of notification of information and motion to comply with the provisions of Rule 8 F.R.CIV.P. and a Certificate of Service, One copy to the District Clerk, and one to Dr. Nichols, and the medical nursing supervisor, one copy by Hand-mail to the defendants and one to the Clerk by U.S. mail done this 4 day of June, 2006.

David Cooper 17743
Plaintiff   Pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195
Date 6-4-06.