IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| D.T. MARSHAL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's pleading captioned as a *Motion to Comply with the Provision of Rule 8, F.R.Civ.P.* Plaintiff states that he "seek[s] to get a complete copy himself and the Defendants of the complete filing in his 1983 lawsuit . . . and a copy of the F.R.C.P." Upon review of the pleading, the court concludes that Plaintiff is requesting free copies of all pleadings filed by him in this matter and also seeks to have the court provide Defendant(s) with copies of all the pleadings heretofore filed by Plaintiff. The court further finds that Plaintiff seeks a copy of the *Federal Rules of Civil Procedure*.

Plaintiff is advised that the fact that he was granted permission to proceed in this action *in forma pauperis* does not mean that the court is obligated to provide him with free copies of pleadings filed in this case absent sufficient good cause.[1]    *See Jones v.*

---

[1] Copies of documents and pleadings may be obtained by filing a request with the Clerk of the Court. The per page charge is $.50 and checks or money orders should be made payable to the Clerk of Court.

*Superintendent, Va. State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972) (copies of court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need for the documents). Here, the court finds that Plaintiff fails to demonstrate any particularized need for the documents requested and, therefore, his motion shall be denied. Plaintiff is advised that if his stationery resources are limited, he should allocate this limited resource wisely.

 Accordingly, upon consideration of Plaintiff's June 6, 2006 pleading, which the court construes as a Motion for Free Copies (Doc. No. 20), and for good cause, it is

 ORDERED that the motion be and is hereby denied.

 Done, this 12th day of June 2006.

           **/s/ Delores R. Boyd**
           DELORES R. BOYD
           UNITED STATES MAGISTRATE JUDGE