**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Medical Nursing
    Mont. Co. Det. Fac.
    P.O. Box 4599
    Mont, AL 36195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
G. Brown

C. Date of Delivery
JUN 9 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06 cv 418

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7005 1820 0002 3461 4582

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540