IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER,
PLAINTIFF,

v.

CASE NO. 2:06-CV-418-MHT

SHERIFF D.T. MARSHAL et al,
DEFENDANTS

## MOTION FOR NOTIFICATION OF INFORMATION

Comes now the plaintiff, in the above style manner, who wish to inform this honorable court of the latest information which has develope regarding his medical situation. Plaintiff state that on 6-5-06, he begin to suffer from hard headaches, just as before when he need his second heart surgrey, it is believe that not enough blood is flowing to his head due to the damage leaking in his heart which requires a replacement of this valve, this valve needed immediately attention in order for plaintiff to keep living. On 6-6-06, plaintiff put in a sick-call request and Dr. Nichols, left before plaintiff seen him on 6-7-06. The Defendant Dr. Nichols, is continuing denied plaintiff medical treatment and is leaving plaintiff in a cell to die, plaintiff that the defendants has denied plaintiff, his medical need since 4-8-06 and plaintiff seek and order for relief by ordering the defendants to order from the County Commissioners to funded plaintiff, third heart surgrey and prostrate operation immediately. Dr. Nichols wish to allow plaintiff to die rather then provide adquate treatment to plaintiff.

David Cooper 7743
Date 6-11-06

# CERTIFICATE OF SERVICE

Plaintiff, State that she has follow motion for Notification of information, and motion for production of Documents, and certicate of service one copy each to the Clerk, of the District Court, and DR. Nichols, and nursing Supervisor name unknown on this 11, 2006, by placeing to the Clerk, in mail to the united States Post office, and Hand-mail to each Defendants,

Dated 6-11-06

Daniel Cooper 7743
Plaintiff Pro se
M.C.D.F.
P.O. Box 4599
Date 6-11-06