IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
  PLAINTIFF,

CASE NO. 2:06-CV-418-MHT

V.

SHERIFF D.T. MARSHAL, et al,
  DEFENDANTS.

## MOTION FOR PRODUCTION OF DOCUMENTS

Comes now the plaintiff, in the above style manner, and pursuant to it Statute and Rule request a motion for production of Document and that these Document are needed for the approirate names of Defendants and fax Documents received from the Baptist Hospital Record Department receive to the defendant Dr. Nichols, on are around 4-20-06 which plaintiff spotted on his file on 4-28-06.

## CLAIMS AND RELIEF

(1) Plaintiff request a legal Documents ver.tifing the nursing Supervisor name a date of of employment be given to plaintiff.

(2) Plaintiff also request to the nursing Supervisor, to give the defendant Nurse unknown on 4-8-06 and 4-9-06 from approximately 1:00 A.m. to Six am. in the morning, to be order from this Court to plaintiff.

(3) Plaintiff also request to this honorable Court to issue it's order ordering a copy of the fax information from Doctors, which

is on plaintiff medical records from Baptist Hospital to be given to plaintiff, plaintiff also wish to state that it this fax information from DR. Nichols, is not given to the plaintiff, he also will ~~copied~~ compel the Baptist Hospital medical records, to provide plaintiff with this information including which defendants or medical staff at the Montgomery county Detention Facility, requested this fax information irrelevant to plaintiff at another date which he will seek plaintiff second request for production of document from the Baptist hospital. plaintiff praise this honorable Court, issue an order directing defendant to response to this order it is need to complete the defendants name to this, and it fax information.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL 36195
Date 6-11-06