IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DAVID COOPER, #7743 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Production of Documents. Upon review of the motion, Plaintiff is advised of the following. First, the docket reflects that Defendant "Medical Nursing Supervisor" has been served with a copy of the amended complaint, and therefore, Plaintiff's request for a legal document verifying this defendant's name shall be denied at this time.

Furthermore, the record in this matter reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this matter.

Accordingly, it is

ORDERED that Plaintiff's Motion for Production of Documents (Doc. No. 26), be

and is hereby DENIED at this time.

To the extent Plaintiff's discovery request may be construed as a motion for issuance of a subpoena to a non-party, and for the reasons stated herein, it is

ORDERED that the motion (Doc. No. 26) be and is hereby DENIED at this time. *See* Rule 45, *Federal Rules of Civil Procedure*.

Done, this 16th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE
