IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVIE COOPER, #7743 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-418-MHT |
| | ) | |
| D.T. MARSHAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

Defendants, Melodye Miller (designated in the Complaint as "Nurse Miller") and Dr. Kenneth Nichols (designated in the Complaint as "Doctor Name Unknown"), hereby move this Court for an extension of time within which to file their Special Report and Answer. As grounds for said motion, Defendants hereby set down and assign the following:

1.  On May 12, 2006, this Court entered an Order for Special Report. Said Order requires that Defendants submit a Special Report to this Court and an Answer within forty days of May 12, 2006, or by June 21, 2006.

2.  Defendants have been attempting to gather the information required by the Court to complete the Special Report and Answer but have been unable to do so due to the unavailability of several of the key personnel who provided health care services to the plaintiff.

**WHEREFORE**, Defendants request a sixty day extension within which to complete their investigation and prepare the Special Report and Answer as directed by this Court.

_____
Daniel F. Beasley (BEA059)
Robert N. Bailey, II (BAI045)
Attorneys for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant:

Davie Cooper
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

_____
Of Counsel

2