IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVIE COOPER, #7743 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-418-MHT |
| | ) |
| D.T. MARSHAL, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### WITHDRAWAL OF MOTION FOR EXTENSION OF TIME

Defendant, Melodye Miller (designed in the Complaint as "Nurse Miller") and Kenneth Nichols, M.D. (designated in the Complaint as "Doctor Name Unknown") hereby withdraw their Motion for Extension of Time in which to file a Special Report. After reviewing the court file, Ms. Miller has been dismissed with prejudice from this action and Dr. Nichols has additional time in which to file his special report. As such, said defendants no longer need an extension of time in which to file their special report

_____
Daniel F. Beasley (BEA059)
Robert N. Bailey, II (BAI045)
Attorneys for Defendants

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801
(256) 535-1100

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant on this the 19th day of June, 2006:

Davie Cooper
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

_____
Of Counsel