IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant Nichol's Motion to Withdraw Motion for Extension of Time, and for good cause, it is

ORDERED that the motion (Doc. No. 30) be and is hereby GRANTED. Accordingly, the Clerk is DIRECTED to remove Document Number 29 from the docket in the above-captioned matter.

Done, this 20th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE