IN THE UNITED STATE DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

RECEIVED

2006 JUN 20 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2:06-CV-418-MHT

V.

SHERIFF D.T. MARSHAL, et al,
DEFENDANTS

## SECOND MOTION FOR LEAVE TO AMEND

Comes now, the plaintiff DAVID Cooper pro se in the above manner, and request his Second motion for leave To Amend to this honorable court, because he wishes to name the county Commissioners, as defendents, which he believe funded the over-all operations of the montgomery County Detention Facility, including but not limited to funding also medical treatment for each inmate's confined here. And plaintiff, also wish to including his initial relief soughted in damage from $5,000,000,00, to $15,000,000,00. in damages with the County Commissioners included.

David Cooper, 7743

Date 6-18-06
M.C.D.F.
P.O. Box 4599
montg, AL. 36195

# CERTIFICATE OF SERVICE

I the plaintiff, pro se, have forward a copy of each said motions to one copy each to the Clerk, of the Court, and one copy each to DR. Nichols, and nursing Supervisor, name unknown by placing it in the U.S. mail for the clerk, office and Kendle mail to each defendants done this 18th day of June 2006.

Date 6-18-06

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Monts, AL. 36195