IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-cv-418-MHT

SHERIFF D.T. MARSHAL, et al,
DEFENDANTS

## SECOND AMENDMENT TO A COMPLAINT

Comes now, the plaintiff, David Cooper, pro se in the above manner, and request his second Amendment To a Complaint to this honorable court, because he wishes to name the county commissioners, which he believe are three (3) in numbers, as defendants, which he believe is responsible for the funding of the over-all operations of the Montgomery County Detention Facility, including but not limited to the funding also of medical treatment for inmate's confined there. And Plaintiff, also wishes to include his initial relief soughted in damages from $5,000,000.00 to 15,000,000.00. in damages with the county commissioners, included.

DATE 6-18-06

David Cooper 17743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195

RECEIVED 2006 JUN 20 A 9:52 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DIST. ALA.