Case 2:06-cv-00418-MHT-TFM   Document 33   Filed 06/20/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA   NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

SHERIFF, D.T. MARSHAL et al,
DEFENDANTS.

CASE NO. 2:06-CV-418-MHT

RECEIVED 2006 JUN 20 A 9:59

## MOTION OF NOTIFICATION OF INFORMATION

Comes now, the plaintiff, David Cooper, pro se, in the above manner, wishes to state that motion for production of documents, dated 6-11-06, have not being addressed which was filed in this court on 6-11-06, with motion of notification of information which has been addressed on 6-12-06, also plaintiff also wishes to inform the court that inmates are not allow carbon copies sheets in this jail, and nothing addressed to any federal court is allow to be notarize by the Law Library Supervisor, Mrs. Wright, so plaintiff is still showing that inmates Law Library service in federal court copies are prohibit. This is in the thoughts of the D.T. Marshal administration.

David Cooper 7745
Date 6-18-06
M.C.D.F.
P.O. Box 4599
Monts, AL. 36195

# CERTIFICATE OF SERVICE

I the plaintiff, pro se, have forward a copy of each said motions to one copy each to the Clerk of the Court, and one copy each to Dr. Nichols, and nursing Supervisor, name unknown by placing it in the U.S. mail for the Clerk office and Rendle mail to each defendants done this 18th day of June 2006.

Date 6-18-06

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Mont's, AL. 36195