IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

SHERIFF D.T. MARSHAL, et al,
DEFENDANTS.

## MOTION OF NOTIFICATION OF INFORMATION

Comes now, the plaintiff, pro se, in the above style manner, and wish to state that he/he has been adquately denied medical attention and treatment since 4-8-06, from these defendants, and due to these denials they has place plaintiff, life in greater danger by putting his heart in greater damage than what initially was in. plaintiff, further state that his eigth amendment rights to the U.S. constitution has repeatly been violated by these defendents who true actions shows they don't care not only about plaintiff, but not about humanility who whole these positions. They chose to make cruel decisions, instead of making the right decisions about plaintiff, and their actions clearly shows this. It is known that it is a violation of the eigth amendment cruel and unusual punishment against medical needs, which also shows unprofessional inclined, including his prostrate surgrey which also been violated.

Date 6-18-06.

David Cooper, 7743
Plaintiff, Prose.

# CERTIFICATE OF SERVICE

I the plaintiff, has forward a copy of motion of notification of information and certificate of service to the clerk of the District Court, and a copy each to defendants DR. Nichols, and medical nursing supervisor, Hand-mail to defendants and placed to the clerk, by U.S. mail on this 18th day of June 2006.

Date 6-18-06.

Daniel Cooper, 7743
plaintiff, pro se.
M.C.D.F.
P.O. Box 4599
Montg., AL. 36195