IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743                *

    Plaintiff,                    *

       v.                        *          2:06-CV-418-MHT

DR. NICHOLS, *et al.*,             *

    Defendants.                   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motions of Notification of Information (Doc. Nos.

33, 34), which the court construes as Motions to Notify the Court of Miscellaneous Matters,

and for good cause, it is

ORDERED that the motions (Doc. Nos. 33, 34) be and are hereby GRANTED.

Done, this 22nd day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE