IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Defendants are currently under order to file and answer and written report to the amended complaints filed May 19 and 26, 2006. As no additional pleadings or documents from Plaintiff at this time, and in the interest of preserving limited judicial resources, it is

ORDERED that Plaintiff shall file no further documents, pleadings or motions, with the exception of a motion for leave to file, without express permission of the court. If any document, pleading or motion, excluding a motion for leave to file, is sent to the court, the Clerk shall not file or docket the document and shall return it to Plaintiff.

Done, this 22nd day of June 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE