**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, a ... Also complete item 4 if Restricted Del ... is desired.
- Print your name and ad ... s on the reverse so that we can return t ... rd to you.

ledical Nursing Supervisor
ont. County Det. Facility
.O. Box 4599
ontgomery, AL 36197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. ...elivery address different from item 1?  ☐ Yes
   ...ES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   Transfer from ...

PS Form 3811, Februa ... 04    Domestic Return Receipt    102595-02-M-1540