IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS.

## MOTION FOR LEAVE TO FILE

Comes now the plaintiff, DAVID Cooper, prose, in the above style manner, who wish to file a response to the Magistrate judge on 5-12-06, which is effective until June 22, 06 which the defendants haven't responded to as yet, and whether the order of the magistrate judge order 5-31-06 is in effect from the date automatically kill 5-12-06, and that 5-31-06 change the 40 days required by it order, and 6-16-06, is in effect and change the 40 days requirement and kill each date up until 6-16-06 and if 5-12-06 is still in effect then plaintiff request permission to file if 5-12-06 is in effect up to June 22, 06 then plaintiff, request the file against the defendants violating the magistrate order.

David Cooper 7743
Plaintiff, Prose
M.C.D.F.
P.O. Box 4599
Mont, AL. 36195

RECEIVED
2006 JUN 27 A 10: 23
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# CERTIFICATE OF SERVICE

I plaintiff, has forward a copy of motion for leave to file to the clerk, and Defendants Certificate of service done this 25th day of June 25, 2006, by placing them in U.S. mail.

David Cooper 7743
Plaintiff    pro se
Date 6-25-06
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195