IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743              *

    Plaintiff,              *

        v.                   *        2:06-CV-418-MHT

DR. NICHOLS, *et al.*,           *

    Defendants.             *

_____

**ORDER ON MOTION**

On June 27, 2006 Plaintiff filed a *Motion for Leave to File*. Upon consideration of the pleading, which the court construes as a Motion for Leave to File a Motion for Default Judgment, and for good cause, it is

ORDERED that the motion (Doc. No. 39) be and is hereby DENIED.[1]

Done, this 29th day of June 2006.

                              /s/ Delores R. Boyd
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDG

---

[1] Plaintiff is advised that, pursuant to the court's June 16, 2006 order, Defendants' answer and written report to the instant action is due on or before July 25, 2006.

Plaintiff is further advised that requests for leave to file a particular pleading must contain a proper caption setting forth a title designation which specifically states the action the movant seeks the court to undertake. (*See* Doc. No. 4 at pg. 3-4, ¶5(d).) Plaintiff may not simply send pleadings to the court captioned "motion for leave to file" without including a title designation of the particular action for which he seeks the court's permission to file. If Plaintiff continues to send pleadings to the court captioned simply as "motion for leave to file," the pleading shall simply be denied without further review.