# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.   CASE NO. 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, and pursuant to motion for leave to file to this honorable court. Plaintiff request for permission to file nurse name unknown who truly is Nurse Melodye Miller, in according to the defendants request to withdrawal of motion for extension of time dated 6-19-06. Plaintiff also states he don't know what Doc 29 is, because he only receive from defendants's counsel as stated up above. This is the document which reveal nurse unknown on 4-8-06 and 4-9-06 and the plaintiff, drop Nurse Miller, because he didn't wish to lie to this court, are deceive the court because of a inmate statement. Plaintiff request permission to name Ms. Melodye Miller. Plaintiff state that 6-19-06 was the only documents receive from defendants counsel.

David Cooper, 7743
Date 6-28-06

# CERTIFICATE OF SERVICE

I the plaintiff, has forward a copy of motion for leave to file and certificate of service one copy each to the clerk of the court and defendents counsel by placing them in the united states mail this ___ day of June 2006.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36103