**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Dr. Nichols
Mont. County Det. Facility
P.O. Box 4599
Montgomery, AL 36197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name) H. Brown
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06 cv 418
6/16/06 Order and TFM

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1620 0002 3461 0133

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540