IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
    PLAINTIFF,

    V.

Dr. NICHOLS, et al,
    DEFENDANTS.

RECEIVED

2006 JUL -5 A 9: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2-06CV-418-MHT

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style
manner, pursuant to the magistrate judge order
dated 6-22-06, plaintiff is filing on behalf of a defendant who
was initially charge as the nurse unknown who is ms. melodye
miller, after her name was reveal on a document filed by
defense attorney dated 6-19-06, as to which she was charge
originally in the begining of his action.

Done this 2th day of july    2006.

David Cooper, 7743
Plaintiff, prose
M.C.D.F.
P.O. Box 4599
Montg, AL 36195