IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO AMEND

Comes now, the plaintiff, pro se, in the above style manner, pursuant to it's rule, requests to amend the nurse name unknown, Ms. Melodye Miller, who truly was the original defendant who was named on 5-9-06 first violater of the (8) eigth amendment right cruel and unusual punishment, against medical needs who name was unknown up until this date deliberately violated plaintiff rights on 4-8-06, and 4-9-06.

Date July 2, 2006.

David Cooper, #7743
plaintiff, pro se
M.C.I.D.F.
P.O. Box 4599
Montg, AL. 36195