IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL -5 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## AMENDMENT TO COMPLAINT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to its rule, requests amendment to this complaint a original defendant ms. melodye miller, who violated plaintiff rights on 4-8-06, from about 1:00 A.M. to 6:00 A.M., who receive the Plaintiff, prostrate medication and heart medication approximate 6:00 A.M. 4-8-06, after a deputy call the city jail and had plaintiff medication transfer to M.C.D.F. at 6:00 A.M. nurse miller knowly, refuse to give plaintiff his medication on 4-8-06, and again on 4-9-06, who stated she only serve Diabetics at 5:00 A.M. on 4-9-06, who initially suppose to service 500 to 650 inmates approximately at this facility, plaintiff state that behind her actions, his prostrate problem got worse, and DR. Nichols, increase his prostrate medication from 2 m.g. daily to 4 m.g. twice daily SEE Exhibit-B dated 4-25-06 plaintiff further state that he requested her dismissal previously, because he didn't want to lie to this honorable Court, nor deceive it, due to another inmate's statement and was willing to renamed her as she was dismiss with prejudice. Date July 2, 2006. David Cooper 17743

# CERTIFICATE OF SERVICE

I, the plaintiff, has forward a copy of certificate of service, motion for leave to file, motion for leave to amend, and amendment to complaint, one copy to the clerk of the court, and a copy to the defendants counselor, by placing them in the U.S. Mail done this 2th day of July, 2006. And motion for leave to file.

David Cooper, 7743
Plaintiff, Pro Se
M.C.D.F.
P.O. Box 4599
Mont., AL. 36195