**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _A. Moorer, MCDF_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) _A. Moorer, MCDF_   C. Date of Delivery

. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Nurse Melodye Miller
Montgomery County Detention Facility
PO Box 4599
Montgomery, AL 36195

06cv418 amd +
7-7-06 order

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)      7005 1820 0002 3461 4452

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540