IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

RECEIVED
2006 JUL 18 A 9:36

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO AMEND

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. motion for leave to amend. Plaintiff, wishes to add the County Commissioners as defendants who plaintiff, will ask to funded his heart and prostrate surgeys immediately without any delays because they is responsible for the funding of medical needs from day one since plaintiff, has been incercarcted at this facility.

David Cooper 7743
plaintiff, pro se.
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195
Date 7- -06.

CERTIFICATE OF SERVICE

I, Plaintiff, has forward copies to the Clerk of Court, and defendants attorneys by placing them in the U.S. mail this ___ day of July 2006. Certificate of service, motion for leave to amend, Amendment to complaint, motion for issuance of a subpoena to a non-parties.

Paul Cooper, 7743
Plaintiff Pro se
M.C.D.F.
P.O. Box 4599
Mont., AL. 36195
Date: 7-13-06