## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

DAVIE COOPER, #7743      )
                                 )
        Plaintiff,      )
                                 )
v.                     )     CIVIL ACTION NO. 2:06-CV-418-MHT
                                 )
D.T. MARSHAL, *et al.,*      )
                                 )
      Defendants.      )

## AFFIDAVIT OF GAIL COLBURN, LPN

Before me, the undersigned notary public, in and for said County and State, personally appeared **Gail Colburn, LPN,** who, after first being duly sworn by me, deposes and states as follows:

1.      My name is Gail Colburn, LPN. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.      I obtained my LPN degree from Northwest Community College in Hamilton, Alabama in 1991. From 1999 to 2001, I was employed as an LPN at Limestone Correctional Facility in Capshaw, Alabama. In 2001, I worked part-time as an LPN for Southern Health Partners, Inc. ("SPH") in Huntsville and Decatur, Alabama. In 2001, I worked as an LPN at Eglin Air Force Base, Fort Walton Beach, Florida. From 2003 to 2005, I was employed with the Medical Staffing Network as an LPN. In 2005, I was employed as an LPN for two months with PHS at the Okaloosa County Jail in Crestwood, Florida. On November 1, 2005, I was employed again by SHP as the medical team administrator at the Autauga County Metro Jail. On May 9, 2006, I became the medical team administrator at the Montgomery County Jail in Montgomery, Alabama.

3.    SHP provides medical care to inmates in various jail facilities, including the Montgomery County Jail. During the entire time of plaintiff's incarceration in the Montgomery County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Montgomery County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, Dr. Kenneth Nichols was the medical director in the jail. During this time frame, Donna Couey was the medical team administrator ("MTA") through May 9, 2006 and, thereafter, I became the MTA.

4.    When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

5.    As I understand the plaintiff's complaint, the plaintiff alleges that Dr. Nichols, Donna Couey, Melodye Miller and myself were deliberately indifferent to the plaintiff's heart and prostate conditions. Specifically, I understand that the plaintiff claims that he did not receive medication on April 8, 2006 and April 9, 2006, was denied adequate medical attention from May 11, 2006 to May 16, 2006, and has been denied prostate and heart surgery which he claims is indicated.

6.    I have reviewed SHP's entire medical chart on the plaintiff, a true and accurate copy of which is attached as Exhibit A.

7.    The plaintiff was booked into the Montgomery County Jail on April 8, 2006. On April 9, 2006, Rosie Orum, R.N., completed a history and physical form on the plaintiff. The plaintiff indicated that he had been hospitalized in the past at North Broward Hospital, Pompano Beach, Florida in 2006, Saint Margaret in 1981 for open heart surgery, and Saint Francis Hospital

in 1993. He gave a history of problems with vision, nervous disorder, pneumonia, heart, bladder infection, trouble voiding, gonorrhea and syphilis. On physical exam, Ms. Orum noted that the plaintiff had an abrasion on his left arm, that he had reading plus regular eyeglasses, that he had heart palpitations sometimes and a prostate problem with frequency and urgency. He identified his current medications as aspirin (for heart), Cardura (for prostrate) and Seroquel (for psychiatric condition).

8.    Later on April 9, 2006, Dr. Nichols ordered that the plaintiff continue to receive Seroquel, aspirin and Doxacosin (also called Cardura).

9.    On April 10, 2006, Dr. Nichols ordered that the plaintiff receive a chest x-ray, which was done on the same day. The chest x-ray revealed that the plaintiff had no acute pulmonary disease.

10.    On April 17, 2006 at 3:00 p.m., the plaintiff presented to the medical unit complaining of shortness of breath. He was seen by Caroline Dees, LPN. On examination, no respiratory distress was noted. He complained of a non-productive cough, stating "he had cough prior to coming to jail." The plaintiff denied any other complaints at that time, and Ms. Dees noted that he was scheduled to see Dr. Nichols on April 18, 2006. She also recorded that no acute distress was noted.

11.    Later on April 17, 2006, at 6:40 p.m., the plaintiff again presented to the medical unit complaining of shortness of breath and chest soreness. He was seen by Keisha Williams, LPN, who noted the plaintiff stated that he had to have some valves replaced but refuses to do so "because he didn't want to be used as a ginnie pig + people knowing his thoughts because of the wires that he has." On examination, Ms. Williams noted that the plaintiff presented with neither labored nor rapid respirations and that he was breathing with ease at rest. She noted no coughing and also recorded that the plaintiff would be on the M.D. list to see Dr. Nichols.

12.    On April 17, 2006, Dr. Nichols ordered that the plaintiff receive Decongestine for his complaints of congestion and Guafenisex for cough.

13.    On April 18, 2006, the plaintiff was seen by Dr. Nichols. Dr. Nichols noted that the plaintiff stated he was supposed to have had his third heart surgery on April 6, 2006 but did not have it done because "people were persecuting him." The plaintiff said that he had occasional tightness in his chest and shortness of breath. Dr. Nichols noted the plaintiff was on Cardura, aspirin and Seroquel prior to becoming incarcerated and that he had received a chest x-ray on April 10, 2006. Dr. Nichols assessed the plaintiff as status-post aortic valve replacement with dyspnea. Dr. Nichols noted that the plaintiff had no signs of chronic heart failure. Dr. Nichols' plan was to get the records from Baptist South Hospital, and he prescribed Maxzide for the plaintiff's blood pressure.

14.    On April 25, 2006, Dr. Nichols again saw the plaintiff, and the plaintiff complained of frequent urination. Dr. Nichols noted that the patient was receiving Cardura 2 mgs. in the morning for his prostate complaints, and Dr. Nichols increased his Cardura dose to 2 mgs. twice a day for two days and then 4 mgs. twice a day.

15.    On April 28, 2006, the plaintiff received a psychiatry consult from Dr. Sanders, wherein Dr. Sanders noted that the plaintiff reported a history of paranoid schizophrenia and that he was on Seroquil 200 mgs. twice a day. Dr. Sanders ordered that the plaintiff receive Triavil for his psychiatric condition, which would replace the non-formulary drug, Seroquil.

16.    On June 7, 2006, the plaintiff completed a sick call slip, complaining of chest pain beginning on June 5, 2006 and that he believed he needed a third heart surgery. An appointment was made for the plaintiff to see the medical staff, and the plaintiff refused to come to the medical department. The plaintiff's June 7, 2006 sick call slip is the only sick call slip he has completed while an inmate at the Montgomery County Jail.

17.     With regard to the plaintiff's complaint that he did not receive adequate treatment on April 8 or April 9, 2006 or between May 11 and May 16, 2006, the plaintiff completed no sick call slips during any of these days. Moreover, the plaintiff was given a history and physical on April 9, 2006, and it appears that all prescribed medications were administered to the plaintiff on a regular basis beginning on April 9, 2006.

18.     On May 13, 2006, the plaintiff completed a grievance form (Exhibit B), wherein he complained that he was not receiving his prostate medication (Cardura). The plaintiff also mentioned that there had been no response from Dr. Nichols upon receipt of the Baptist Hospital records. I responded to this grievance on May 15, 2006, stating that the plaintiff's Cardura had been increased to 4 mgs. twice a day. I noted that the medical staff had ordered the plaintiff's Cardura and that he would receive it as soon as it came in. A review of the plaintiff's medication administration record shows that the plaintiff did not receive his p.m. dosage of Cardura on May 13 and 14, 2006, but the administration of those dosages commenced again on May 15, 2006 and continued thereafter on a regular basis. I also noted that I would have Dr. Nichols look at the records and decide what treatment was needed. My response to the plaintiff's grievance is attached as Exhibit C.

19.     As I understand it, Dr. Nichols reviewed the plaintiff's Baptist Hospital records and, based on those records and his own assessment of plaintiff, found that neither heart surgery nor prostate surgery was currently indicated.

20.     All necessary care provided to the plaintiff by me and by the SHP medical staff was appropriate, timely and within the standard of care.

21.     On no occasion was the plaintiff ever at risk of serious harm, nor was the medical staff ever indifferent to any complaint that he made.

_Gail Colburn LPN_

Gail Colburn, LPN

STATE OF ALABAMA ⟩
⟩
COUNTY OF _Madison_ ⟩

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Gail Colburn, LPN, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the _21_ day of _July_ , 2006.

_Robert M Bailey_

Notary Public
My Commission Expires: _5-3-2007_

# Affidavit of Gail Colburn

# Exhibit A

Southern Health Partners Inc.

## ADMISSION DATA     HISTORY AND PHYSICAL FORM

Intake Date: _____     Exam Date: 4-9-06     S.S.#: 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

Inmate Name: COOPER     DAVID
(Last)          (First)          (Middle)

Alias: NONE     Date Booked: 8 APR 06
(Last)          (First)          (Middle)

Address: _____     County: Montgomery
(Street)          (City)          (State)          (Zip)

Telephone: _____     Birthdate: 8/23/52     Religion: I AM ISLAM

Education Completed: 8th     Special Education: NONE

Marital Status: (S) M W D Separated     Read/Write English: (YES) NO Other: _____

Previous Incarcerations: (Facility/Date) Monty. County JAIL 1987

## MEDICAL HISTORY

Notify in Emergency: THOMAS HARRY     FRIEND (BEST)
(Name)          (Relationship)

Address: 3400 DEAR WORTH RD. Monty. AL     Phone: 334-288-8607
(Street)          (City)          (State)          (Zip)

Health Insurance: NONE
(Type of Insurance)          (State)          (Policy Number)

Family Physician: NONE
(Name)          (Street Address)     (City)  (State) (Zip)  (Phone Number)

Past Hospitalizations (include surgeries): NORTH BRIAWORD HOSP., PUM PANO BEACH FLORIDA
2006, ST MARGARET 1981 OPEN HEART SURGERY 1993 ST. FRANCIS HOSPITAL
(Location)          (Street Address)          (City)          (State)          (Zip)

Head Injury with Loss of Consciousness: NONE     Last Tetanus: 2006 APRIL     Immunization: _____

Allergies: NKDA

Current Medication(s): ASA, CADURA 2mg

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: (YES) NO If Yes, Why: PARANOID Schizophrenia

Where: MOUNT SYNIA CONNECUIT 2½ yrs ago When: 2003
(Location)     (Street Address) (City) (State) (Zip)          (Date)

Psychotropic Meds (Specify type and last dose): SEROQUEL 300mg P.O. BID

Prior Counseling/Out-Patient Treatment for: YES

Where: _____     When: _____
(Location)     (Street Address) (City) (State) (Zip)          (Date)

Have you ever attempted suicide: NO How: _____     When: _____
(Date)

Have you recently considered committing suicide? NO

Have you ever been arrested for a violent crime/sexual offense? (Specify) Felony Sexual Assault 1996

Street drugs: NONE     Smoker: ✓ Etoh: BEER -3-4 day weekly
(Type-Quantity) (How Often) (How Long)     43 years     (Type) (Type-Quantity) (How Often) (How Long)

Inmate's Signature: David Cooper     Date: _____

Interviewer's Signature: Obbie Quin RN     Date: 9 APRIL 06

Witness: (if physical is refused): _____     Date _____

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Comments | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | ✓ x4 | | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | ✓ | | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

Additional Notes: Cataracts bilaterally, Pneumonia 1994.

## EXAM:

Age 53   Sex M   Race BLACK   Ht. 72"   Wt. 188#

BP 102/56   Pulse 76   Resp 18   Temp 97.6

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color / Condition / Turgor / Recent Inj. | | ABRASION ON (L) ARM | Chest (Breasts): Configuration / Auscultation / Respirations / Cough/Sputum | WNL | |
| Head: Glasses / Pupils / Sclera / Conjunctiva / Vision | | Reading + Regular eye glasses | Heart: Auscultation / Radial pulses / Apical pulse / Rhythm | | Heart palpatation Sometimes |
| Ears: Appearance / Canals / Hearing | WNL | | Extremities: Pulses / Edema / Joints | WNL | |
| Mouth: Teeth/Gums / Dentures / Plates / Throat / Tongue / Tonsils | WNL | | Abdomen: Shape / Palpation / Hernia / Bowel Sounds | WNL | H |
| Nose | WNL | | Spine | WNL | |
| Neck: Veins / Mobility / Thyroid / Carotids / Lymph nodes | WNL | | Genital/Urinary System | | Prostate problem Frequency + urgency |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? Yes or (No) | | + SKIN test treated c INH x/yrs |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | WNL | |
| General appearance (motor behavior, mannerisms | WNL | |
| Affect (mood) | WNL | |
| Content of thought, history of suicide, present thoughts of suicide | WNL | |

Physical Examiner's Signat _Rosie Quinn RN_   Date: 9 apr 06

Physician's Signature: _____   Date: 4/11/06

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

**DATE**
4/10/2006
**D.O.B.**
8/23/1952
**ORDERING PHYSICIAN**
NICHOLS

**LAST NAME**
COOPER
**SEX**

**FIRST NAME**                    MI
DAVID
**FACILITY**
MONTGOMERY COUNTY JAIL
**X-RAY NO.**
MT9831

AP PORTABLE CHEST -- 4/10/06

FINDINGS: I see no evidence of air space disease or pleural effusion.
Cardiomediastinal silhouette appears grossly unremarkable. Patient status post
sternotomy with intact sternal wires.

IMPRESSION: No acute pulmonary disease.

DICTATED BUT NOT REVIEWED

_____
William Abbott, M.D./cdw

tt:    4/10/2006 2:45:08 PM
td:    4/10/2006 2:30:22 PM

PROGRESS NOTES

| Date /Time | Inmate Name: Cooper David | D.O.B. | S.S.# |
|---|---|---|---|

**4-17-06 6:40pm** — I/M _____ in medical unit, c̄ c/o SOB c̄ chest soreness. I/M states that he has to have some valves replaced but he refuses because he didn't want to be used as a ginnie pig & people knowing his thoughts because of the wires that he has. C/O SOB regularly, states that it's getting worst & worst every day. I/M states that he has also been coughing, he was given a pnuemonia shot @ Baptist on 4-11-06, Baptist South Carolina Unit. I/M is present her c̄ some respirations, un-labored or rapid, he is breathing c̄ ease @ rest. No coughing noted @ this time. V/S 79⁶ Pleo R 20 B/P 100/40. Will put I/M on MD list for next visit. ————————— T. Williams LPN

**4/17/06 @ 1800** — I/M presented to medical unit c̄ SOB & obs. Resp. even & unlabored. VSWNL. BP 120/78 P 76 @ 9d. No respitory distress noted @ this time. Also c/o non productive cough states "he had cough prior to coming to you". Past TBPPS treated c̄ INH x 9 months in 1994. Denies any other c/o @ this time. I/M scheduled to see MD on 4/18/06. No acute distress noted. ————————— C. Deese

SOUTHERN HEALTH PARTNERS, Inc.
*CONFIDENTIAL MEDICAL INFORMATION*

Corporate Office: Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: | S.S. #: |
|-----------|----------------|---------|---------|

4/18/06

Was supposed to have had his 3rd heart surgery n 4/6 but didn't have it done b/c people were persecuting him. Doesn't know what heart doctors done was. Has occas tight ness in chest + SOB. Denies edema, Denies orthopnea,

PMHx surgery - AVR in 1982 + again in 1993 -

medical - No HO MI.

Was on cardura, ASA, seroquel, on the outside - Had a nl CXR done on 4/10/06.

PE → lungs- clear
        C - RRR c̄ 3/6 systolic
              and diastolic @
              across precordium.
A: S/P AVR    But - No edema,
   Dyspnea - No signs of CHF at this time

Plan → get records from Baptist South
          HCTZ qde 50 ½ q AM.

4/28/06  Has had a lot of urinary
hesitancy. Getting cardura 2 mg q AM.
PE → lungs- clear
          C - RRR c̄ HW as above
A: S/P AVR
   BPH
Plan → ↑ cardura to 2 mg bid x 2 days
                              then 4 mg bid.

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412



Dr. Nichols
Please review
Medical Records
from Baptist and
Monroe as well as
for further Medical
Treatment

PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: S.S. #: |
|---|---|
| 4/28/06 | Psychiatry |
| | 53 y/o S/M [illegible] c [illegible] Daub, |
| | Enlarged prostate, hx HTN |
| | Reports hx [illegible] schizophrenia Tx [illegible] |
| | in North Eastern U.S. Virginia, Connecticut |
| | ψ Meds Seroquel 200, B/D. |
| | Took [illegible] [illegible] |
| | [illegible] 4/50 [illegible] BID. [illegible] MD |

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION
Corporate Office:
Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364

# Physician's Orders

Southern Health Partner's, Inc

Inmate Name: Cooper, David
SS#: 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
DOB: 8/23/52
Allergies: NKA

Facility:
Montgomery
County
Jail

| Date: 4/9/06 | Date: |
|---|---|
| ① Seroquel 200mg ↑ po Bid | |
| ② ASA 81mg ↑ po qd | |
| ③ Doxazosin 2mg ↑ po qd | |
| M.D. Sig: Per VO Dr. Nichols (CP) ag/ | M.D. Sig: |
| Date: 4/17/06 | Date: |
| De Congestine ↑ po Bid r/d | |
| Guaifenisix ↑ po Bid r/d | |
| M.D. Sig: Per VO Dr Nichols (CP) ag/ | M.D. Sig: |
| Date: 4/18/06 | Date: |
| Maxzide 50 b.z q/am. | |
| M.D. Sig: | M.D. Sig: |
| Date: 4/25/06 | Date: bid x 2 days, then |
| ↑ cardura to 2mg | |
| 4mg b i d. | |
| M.D. Sig: | M.D. Sig: |

# PHYSICIANS' ORDERS

Southern Health Partners, Inc.

| Name: David Cooper | Diagnosis (if chg'd): Schizophrenia |
|---|---|
| D.O.B.: 8/23/52 | ① Triavil 4/50 ↑ p.o. BID |
| Allergies: NKA | *(signature)* |
| Use Last    Date: 4/28/06 | noted 4/28/06 *(initials)* |
| | ☐ Generic Substitution Is NOT Permitted |

| Name: Cooper, David | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: 8/23/52 | D.C. Seroquel |
| Allergies: NKA | *(signature)* |
| Use Last    Date: 5/12/00 | noted 5/12/06 *(initials)* |
| | ☐ Generic Substitution Is NOT Permitted |

| Name: | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: | |
| Allergies: | |
| Last    Date: | ☐ Generic Substitution Is NOT Permitted |

| Name: | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: | |
| Allergies: | |
| Use Last    Date: | ☐ Generic Substitution Is NOT Permitted |

| Name: | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: | |
| Allergies: | |
| Use Last    Date: | ☐ Generic Substitution Is NOT Permitted |

| Name: | Diagnosis (if chg'd): |
|---|---|
| D.O.B.: | |
| Allergies: | |
| Use Last    Date: | ☐ Generic Substitution Is NOT Permitted |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASA 81mg % PO daily

Vardura 4mg % PO BID

FROM 5-1-06    THROUGH 5-31-06

NKA

Approved By Doctor: By: William S Ph

# MEDICATION ADMINISTRATION RECORD

Out of own seroquel - Triavil started

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Seroquel 200mg
1 po Bid
4/9/06

ASA 81mg 1 po
qd
4/9/06 → own meds

Doxazosin (Cardura)
2mg 1 po qd
4/9/06

DeCongestine SR 1
po Bid 1 cap
4/17 - 4/24/06

Guaifenesin DM
1 po BID qd
4/17 - 4/24/06

Mandle 50 mg
tab 1 po qd
4/18/06

Cardura 2mg Bid

4 mg po BID

Triavil 4/50
1 po Bid

FROM 4/9/06   THROUGH 4/30/06

NKA

COOPER, David

# MEDICATION ADMINISTRATION RECORD

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-258-0787
FORM A-55   STOCK #50M423

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Serquel 200mg ↑ po BID 4/09/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA 81mg po 80 10/9/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxazosin (Cardura) 2mg ↑ po 7/09/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Decongester R ↑ po prn/day 4/17-4/24/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ↑ po prn 4/17-4/24/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maxide 25mg Tab ↑ po 4/18/06 | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cardura 2mg BID | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 mg po BID | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**STARTING FOR:** 4/1/06   **THROUGH** 4/30/06

Physician

R. Physician

Allergies: NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis:

Medicaid Number    Medicare Number    Approved By Doctor:    By:    Title:    Date:

**RESIDENT** Cooper, David    D.O.B. 8/23/62    Sex M    Room 2A    Admission Date

# MEDICATION ADMINISTRATION RECORD

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Seraquel 100mg
↑ po Bid
4/09/06 — w/ mlts
ASA 81mg ↑ po
qd own meds
4/09/06

Doxazosin (Cardura)
2mg ↑ po qd own meds
4/09/06

DeCongestine SR ↑
po Bid w/ meds
4/17-4/24/06

Couginex ↑ om
↑ po Bid x10
4/17-4/24/06

Mardne 50 mg
Tab ↑ po qd
4/18/06

CHARTING FOR: 4/1/06   THROUGH: 4/30/06

Physician:
Att. Physician:
Allergies: NKA
Diagnosis:
Medicaid Number:          Medicare Number:

Telephone No.:
Att. Telephone:
Rehabilitative Potential:
Medical Record No.:

Approved By Doctor:
By:                        Title:                    Date:

RESIDENT: Cooper, David   D.O.B. 8/23/52   Sex: M   Room: 2A   Patient Code:   Admission Date:

Southern Health Partners, Inc.
JAIL MEDICAL UNIT



## INMATE SICK CALL SLIP

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member.

Today's Date: 6-7-06    Pod/Location: 2A    Cell: 2A

Name: DAVID COOPER

ID#: 7743

Complaint/Problem: Chest Pain begin on 6-5-06 Continue due to third heart Surgey needed

How long have you had this problem? Since 6-5-06

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TO BE COMPLETED BY MEDICAL STAFF:

Vital Signs:    Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment:

Refused

☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical 4/9/06    Seen by:_____

Place original form in patient's medical record.

**Baptist HEALTH**

# AERAS PHYSICIAN ORDER SHEET

Patient Information

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **PROCEDURE SET-UPS** | | | |
| | ❏ Visual Acuity | | | |
| | ❏ Eye Box | ❏ Morgan Lens | ❏ Corneal Burr | ❏ Dacriose |
| | ❏ Nose Tray | ❏ Tetracaine | ❏ Tonopen | ❏ Woods Lamp |
| | | ❏ Head Light | | |
| | ❏ Dental Box | | | |
| | ❏ Ortho Box | | | |
| | ❏ Pelvic Exam | | | |
| | ❏ Lumbar Puncture | | | |
| | ❏ NG-Tube | | | |
| | ❏ Splint | | | |
| | ❏ Crutch Walking | | | |
| | ❏ Suture Set-Up | | | |

| | **BEHAVIORAL HEALTH** | | | |
|---|---|---|---|---|
| | ❏ Psychiatric Evaluation/Screening | | | |
| | ❏ Restraints | See Restraint Order Sheet | | ❏ 1:1 Seclusion |

| | **IV FLUIDS** | | | |
|---|---|---|---|---|
| | ☒ IV Site _ x1 _ x2 | | | |
| | ❏ IV Bolus | ❏ _____ X500ml | ❏ _____ 1 Liter | ❏ _____ 2 Liters |
| | ❏ IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at _____ ml/hr |
| | ❏ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrilin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ❏ See additional medication order form. |

| TIME | **CONSULTS** | | |
|---|---|---|---|

| ❏ Primary Physician<br>Time Notified<br>Time Responded | ❏ On-Call Specialist<br>Time Notified<br>Time Responded | ❏ GMS/FMS/Hospitalist<br>Time Notified<br>Time Responded | ❏ Other<br>Time Notified<br>Time Responded |
|---|---|---|---|

| | **DISPOSITION** | | | |
|---|---|---|---|---|
| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
| | ❏ Home | ❏ Regular Room # | ❏ Hospital | ❏ Coroner Called |
| | ❏ AMA .signed _.unsigned. | ❏ Telemetry Room # | ❏ Psychiatric/Meadhaven | ❏ Death Certificate Signed |
| | ❏ Elopement | ❏ Observation Room # | ❏ Other | |
| | ❏ LBMSE | ❏ Surgery | | |
| | ❏ Work/School Excuse Provided x's ___ Days | | ❏ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: | EXTENDER SIGNATURE: |
|---|---|
| Certified Medical Emergency   ❏ Yes   ❏ No | Dictation # |

ER 160

PRINTED BY: b17606        DATE 4/19/2006

Nursing Chart Long Form Page 2

**Airway and C-spine**
- ☒ WNL
- ○ Abnormal

○ Clear    ○ Obstructed
○ Intubated  size _____ cm @ lip _____
○ C-spine secured  by ED staff

80609400139    COOPER,DAVID
DOB: 08/23/52   Age:53Y   MR #:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ,CARLOS M

**Breath Sounds**
- ☒ WNL / Clear
- ○ Abnormal

| | Rales | Rhonchi | Wheezes | Diminished | Absent |
|---|---|---|---|---|---|
| R | O | O | O | O | O |
| | O | O | O | O | O |

**Respiratory**
- ☒ WNL
- ○ Abnormal

○ Labored      ○ Apneic            ○ Expiratory Grunting
○ Rapid        ○ Retractions       ○ Cough - Productive
○ Shallow      ○ Stridor           ○ Cough - Non-productive
○ Nasal Flaring  ○ Tracheal deviation  ○ Sputum: color

○ Home Oxygen _____ L/min

**Cardiovascular**
- ○ WNL
- ○ Abnormal

○ Thready/weak   ☒ Chest Pain (tightness)  ○ Irregular
○ Diaphoresis    ○ Dizziness         ○ Cyanosis
○ Arrhythmia_____  ○ Edema           ○ Pulses X 4

Notes: Monitor Rhythm

○ See Strips   ○ ICD

**Neurological**
- ☒ WNL
- ○ Not Assessed
- ○ Playful
- ○ Interactive with environment

○ LOC          ○ Combative        ○ Lethargic
○ Headache     ○ Syncope          ○ Tremors
○ Disoriented  ○ Seizures         ○ Vertigo/Dizzy
○ Speech difficulty / slurred  ○ Confusion  ○ Unresponsive
○ Responds to Voice only  ○ Responds to Pain only  ○ Follows commands
○ Change in mental status  ○ Moves all extremities

Notes:
○ Seizure precautions
○ Neuro vital signs (see NN)
○ Glasgow Coma Scale
○ CVA Protocol (NIH Stroke Scale)

**GI**
- ☒ WNL
- ○ Not Assessed

○ N/V/D   ○ Cramping    ○ Constipation   ○ Rigid Abd
○ vomiting x ___  ○ Pain    ○ Distention    ○ Tender Abd
○ BS + -   ○ Bleeding   ○ Weight Loss / Gain  ○ Last BM____

○ Nutritional risk   Yes  No_
○ Dentures  Upper   Lower
○ Meal Given

**GU / GYN**
- ☒ WNL
- ○ Not Assessed

○ Pregnant     ○ Pain          ○ Freq/urgency    ○ Amenorrhea
G___ P___ A___  ○ Distention  ○ Incontinent   ○ Dysmenorrhea
EDC_____       ○ Hematuria    ○ Flank pain L R  ○ Vaginal Bleeding
○ FHTs          ○ Burning      ○ Blood at Meatus  ○ Discharge

Notes:
○ Ostomy _____
○ Foley  size _____
Urine description:

**Musculo-skeletal**
- ☒ WNL
- ○ Not Assessed

○ Pain         ○ Unable to Assess Gait  ○ Splinting
○ Swelling     ○ Unsteady gait     ○ Weakness
○ Deformity    ○ Assist Device     ○ History of falls

Notes:  **R L  Handed**
Gait Device: Cane  Walker
Crutches  W/C  Prosthesis

**Integumentary**
- ☒ Intact
- ○ Not Assessed

○ Bruises      ○ Wound      ○ Pale    ○ Cyanotic  ○ Jaundice
○ Rash         ○ Laceration  ○ Fistula : Location____
○ Abrasions    ○ Lesions    ○ Bruit + -    ○ Thrill + -

Notes:
○ Exposure to Chemicals
○ Burns

**EENT:**
- ☒ WNL
- ○ Not Assessed

○ Eye  R L  Both   Pupil size R ___ mm L ___ mm  Hearing Aid: R L B
○ Ear  R L  Both   ○ Drainage   ○ Itching      ○ Pain
○ Nose  ○ Throat  ○ Dental     ○ Congestion   ○ Redness

○ Visual Acuity
R 20/___  L 20/___   B 20/___
Glasses  Contacts

**Psychiatric:**
- ☒ WNL
- ○ Not Assessed

○ Memory changes  ○ Delusions   ○ Calm    ○ Suicidal ideations
○ Depression      ○ Insomnia    ○ Hostile  ○ Homicidal ideations
○ Anxiety         ○ Hallucinations  ○ Agitated   **Plan?  Yes  No**

Notes:
○ Environment secured
○ Restraints Present

**Suspected:** ☒ None
- ○ Child/Elder Abuse
- ○ Sexual Assault
- ○ Domestic Violence
- ○ Victim of Violent Crime

**Referrals/Reporting:**
- ○ Social Service
- ○ Behavioral Health
- ○ Police / Security
- ○ CPS / APS / DHHR
- ○ Animal Bite
- ○ Poison Control
- ○ SART / SANE

**Communication Deficit:**
- ☒ No deficit
- ○ Language barrier
- ○ Hearing Impaired
- ○ Uses Sign Language
- ○ Visually Impaired
- ○ Altered Mental Status
- ○ Translator

Dominant Language: _____

**Developmental Milestones**
○ Achieved  ○ Delayed

PRINTED BY:  b17606

**Barriers to learning:** ☒ None
- ○ Physical limits _____
- ○ Emotional _____
- ○ Cultural _____
- ○ Religious/Spiritual _____
- ○ Suspected low literacy skills
- ○ Developmental disability

**Safety measures addressed**
- ○ Side rails Up    ○ ID Bracelet On
- ○ Risk of falls    ○ Falls Bracelet

**Support System:**
- ☒ Lives Alone
- ○ Family/Significant Other
- ○ Minor  w / Parent
- ○ Minor w/o Parent
- ○ Nursing Home
- ○ Assisted Living Home
- ○ Other

Marital Status: ☒ S  M  W  D

| Nurse Signature (Nurse completing assessment) | ID # | Time |
|---|---|---|
| DATE 4/19/... [signature] | | 0902 |



B0609400139    COOPER,DAVID
DOB: 08/23/52    Age:53Y  MR #:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ,CARLOS M

# Baptist HEALTH — Nursing Chart Long Form    Page 1

Patient Name: Cooper, David    Arrival Time: 0855
Family Doctor: Ø    Triage Time: 0855

---

Date: 4-4-06    Source: O Patient  Ⓧ Other: ___    Birthdate: _____    Age: 53    O Pediatric (>29 days – 12 years)

Sex: Ⓧ M  O F  LMP: _____    Weight _____ kg (Actual)    Height _____    Immunization status: _____    Last Tetanus: _____

**Allergies:** Ⓧ NKA  O Latex    Allergy Reaction: _____

**CHIEF COMPLAINT/Reason for Visit:** c/o palpitations
O Return visit Same Day
O Return visit within 72 hours
O Workers Comp

### MODE / METHOD OF ACCESS

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | | |
|---|---|---|---|---|---|
| Ⓧ Automobile/Other | O Ambulatory | O Home | O None | Ⓧ O2 Therapy | Ⓧ IV |
| Ⓧ Ambulance / Air | O Wheelchair | O Physician Office | O Ice | O Airway | O Medications |
| O Law enforcement | Ⓧ Stretcher | O Nursing Home | O Dressing(s) | O Intubation | O CPR |
| O Auto Assist | O Carried | O Hospital | O Splint(s) | O Monitor | O Glucose ___ |
| | O Other | O Other | O C-collar/Backboard | O ACLS Protocol | O Decon |

**VITAL SIGNS TAKEN:** O SITTING  O LYING  O STANDING    Orthostatic Vital Signs

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | Time | >10 | 🧍 | 🏃 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0851 | 98.2 | O | 103 | 14 | 138/51 | 99% | Pulse | 136/55 | 138/56 | 131/51 |
| | | | | | | | B/P | 96 | 102 | 117 |

**PAIN SCALE**
Numeric Scale  0=No Pain  10=Worst Pain Imaginable
Ⓧ Pain Intensity Rate: 0  Ⓧ rest: 0
O Face Scale: (Faces Scale/Wong & Baker) or FLACC

**Level of consciousness:** Ⓧ A&O x3    O disoriented to: person / place / time / situation
O dementia    O decreased LOC    O unconscious/comatose

**Skin:** Ⓧ Warm & Dry  O Hot  O Cool  O Cold  O Clammy  O Diaphoretic  O Pale

**Safe in home:** O Yes  Ⓧ No  Intervention: _____

**ADVANCE DIRECTIVES** O DNR  O LIVING WILL  Ⓧ NONE  O Information Given
**Past Medical History:** O Denies  O Unable to Assess
**Exposure to:** O HIV  O Aids  O SARS  O STD  Symptoms: _____
Vaccinations: O Pneumonia  O Influenza  O Information Provided
Tobacco ___ Pack/day  Alcohol ___ drinks/day  Substance Abuse _____  O Cessation Advised
Neuro: CVA  TIA  Migraines  Seizures    GYN: Pregnant now    Ectopic
EENT: Cataract  Glaucoma  HOH  Blind    Ortho: Osteo  Arthritis  Back pain
Cardiac: MI  CHF  CABG  (HTN) Pacer  Dysrhythmia    Endo: Thyroid  Diabetes
Pulmonary: Asthma  Bronchitis  COPD  Pneumonia    Cancer: _____
GI: Ulcers  GI Bleed  Constipation  Diverticulitis    Psychiatric: Depression  Alzheimer
GU: UTI  Kidney Stone  Prostate  Dialysis  AV Shunt    Autism  Parkinson's  Bi-polar
Schizophrenia  Prior Psych Admin
Hostile on admission
Valve Replacement

**Onset of pain:** _____
**Location of pain:** _____
**Quality:** _____

**Trauma Assessment** O Yes  Ⓧ No
O Assault    O MVC  Speed _____
O Stab    Impact: Rear / Front / T-Bone
O GSW    O Driver  O Passenger
O Fire    O Front  O Rear
O Fall ___    O Airbag  O Restrained
O Motorcycle  O Bicycle
Helmet  O Yes  O No
O Other

**CURRENT MEDICATION(S)**    **Meds Disposition:** O Patient  O Family  Ⓧ Other

| O None | Ⓧ See Medication List (attached) | Nurse 1 |
|---|---|---|
| O Narcotics | Drug: _____    Count _____ | Nurse 2 |

**TRIAGE INTERVENTION(s):** O Ice/Elevation  O Dressing/Splint  O Glucose ___  O EKG  O C-Collar  O Respiratory Precautions

**Triage Category:**    Triage disposition time _____ TO O ER Bed ___  O FT Bed ___    **Triage Nurse Signature:** ID #
① ② ❸ ④ ⑤    O Waiting Room  O Hallway Bed  Report to: _____    Heather Howse

0609400139 04/04/06   315P    M   08/23/52   53Y    2 J I OBS CAROBS 484/0   079236

COOPER, DAVID
362 N ANTON DR
                                    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
                                    (334)265-2032
MONTGOMERY      AL 36105             MONTGOMERY                           NOT EMPLOYED

COOPER, DAVID
362 N ANTON DR
                                    08/23/52 53Y
                                    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
MONTGOMERY      AL 36105             (334)265-2032
                                    SELF                                 NOT EMPLOYED

786.50-CHEST PAIN NOS

                                                                              U

01/31/05    COOPER, DAVID

HAYNES AMBULANCE

3074 GMS, AHMED L
                                                        3074 GMS, AHMED L
        11      04/04/06

                                    EMERGENCY        7

ED

A09     01/31/05      YES
    NO, PCP
            PRINTED BY: b17606      GUTIERREZ, CARLOS M
                                    DATE 4/19/2006

0609400139 04/04/06    b2A    M  08/23/52  53Y   2 . 0 E/R ER E/R /    079236

COOPER, DAVID
362 N ANTON DR                    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
                                  (334)265-2032
MONTGOMERY      AL 36105          MONTGOMERY                    NOT EMPLOYED

COOPER, DAVID
362 N ANTON DR                    08/23/52 53Y
                                  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
MONTGOMERY      AL 36105          (334)265-2032
                                  SELF                          NOT EMPLOYED

CHEST PAIN

                                                                        U

01/31/05    COOPER, DAVID

HAYNES AMBULANCE

2328 GUTIERREZ, CARLOS M
                                                    2328 GUTIERREZ, CARLOS I
        11       04/04/06

                                        EMERGENCY        7
ED

AR2     01/31/05       YES
  NO, PCP
        PRINTED BY: b17606       GUTIERREZ, CARLOS M
                                 DATE 4/19/2006

0609400139 04/04/06    902A    M  08/23/52  53Y   2 J O E/R ER E/R /      079236

COOPER,DAVID                        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
362 N ANTON DR                      (334)265-2032
                                    MONTGOMERY
MONTGOMERY      AL 36105                                      NOT EMPLOYED

COOPER,DAVID                         08/23/52  53Y
362 N ANTON DR                      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
                                    (334)265-2032
MONTGOMERY      AL 36105            SELF                       NOT EMPLOYED

CHEST PAIN                                                          U

01/31/05    COOPER,DAVID

HAYNES AMBULANCE

2328 GUTIERREZ,CARLOS M                        2328 GUTIERREZ,CARLOS 1

     11      04/04/06

                              EMERGENCY     7

ED

AR2     01/31/05    YES
   NO,PCP
        PRINTED BY: b17606      GUTIERREZ,CARLOS M
                               DATE 4/19/2006





**Baptist Health**

**I/P AND O/P**

**ADMISSIONS AND FACESHEET**

| | FC | INIT |
|---|---|---|
| | 29 | PB |

**NAME & ADDRESS**
COOPER,DAVID
362 N ANTON DR

MONTGOMERY    AL 36105

| SS# | 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 |
| PH# | (334)265-2032 |
| COUNTY | MONTGOMERY |

**EMPLOYER**

NOT EMPLOYED

**NAME & ADDRESS**
COOPER,DAVID
362 N ANTON DR

MONTGOMERY    AL 36105

| DOB AGE | 08/23/52 53Y |
| SS# | 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 |
| PH# | (334)265-2032 |
| REL | SELF |

**EMPLOYER**

NOT EMPLOYED

**NAME & ADDRESS**

**INSURANCE CARRIER**
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS
GROUP NAME
APPROVAL#
INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP
REL. TO INSURED

**INSURANCE CARRIER**
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS
GROUP NAME
APPROVAL#
INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP
REL. TO INSURED

**INSURANCE CARRIER**
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS
GROUP NAME
APPROVAL#
INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP
REL. TO INSURED

**DIAG CODE    DIAGNOSIS**
CHEST PAIN

**ALLERGIES**

**ACCIDENT TYPE**          **NATURE OF ACCIDENT**          **ACCIDENT DATE**          **TIME**

**ARRIVAL MODE**
HAYNES AMBULANCE
**REFERRING FACILITY**          **CHURCH/DENOMINATION**

**ADMITTING PHYSICIAN**
2328 GUTIERREZ,CARLOS M
**PRIMARY CARE PHYSICIAN**
NO,PCP

**ATTENDING PHYSICIAN**
**REFERRING PHYSICIAN**
2328 GUTIERREZ,CARLOS M

**LOCATION**
**ER PHYSICIAN**

**ADMISSION TYPE**
EMERGENCY



FS 100          PRINTED BY: b17606          DATE 4/19/2006          Last Printed: 04/04/2006 09:08:11

Cooper, Da





B0009400139    COOPER,DAVID
DOB: 08/23/52    Age:53Y    MR#:079236
Admit Date/Time: 04/04/06    1345P
3074 GMS,AHMED L

**PROGRESS RECORD**

| Date | Time | Description |
|------|------|-------------|
| 4/4/6 | | c/c : chest pain , palpitation |
| | | HPI: 53 year old AA c/o palpitation this |
| | | morning , when he was at a drug store |
| | | intermittent. No HA / LOC / seizure. |
| | | Chest pain precordial region — substernal |
| | | non radiating. Not ass. with any aggravating |
| | | or relieving factors. lasting 1-2 hour |
| | | Perspiration ⊕ dizziness — on and off |
| | | SOB exertional , orthopnea ⊕ occasional |
| | | PND. |
| | | ↓crease appetite. ↓ weight (20 to ____ fluid pill) |
| | PMH : | Heart aortic valve repair 1982, 1993 |
| | | porcine valve Not on any anticoagulants |
| | | except ASA HTN, BPH |
| | All. | NISPA |
| | PSH : | Aortic valve repair |
| | Social : | On disability. does not wish to live |
| | | with family members. on street. |
| | | Tobacco 40 pack years |
| | | No alcohol, drugs . Not married, 0 children, |
| | FH : | CAD, DM |
| | | |
| | | |

PN 30001    Revised 8/03



 **ADMISSION HISTORY AND PHYSICAL**

MONTGOMERY INTERNAL
MEDICINE RESIDENCY
PROGRAM

**Assessment/Plan (continued):**

fluids b/o ? H/o CHF

③ H/o Aortic Valve Replacement — Aware.

④ HTN — Cont o/meds. Will titrate

⑤ BPH — Cont o/meds.

⑦ DVT proph. — LMWH.

⑧ GI proph — Protonix

① LFTs — will ✓ hepatitis panel

Puneet Bajaj, M.D.
*UAB General Medical Service*

Resident Physician Signature

**Attending Physician Comments:**
I have reviewed the history and physical exam of Dr. _____ , interviewed
and examined the patient personally, and reviewed the ancillary diagnostic data. I agree with
the findings, assessment, and plans summarized above.

AS/AI. Get records. I have a feeling that

he may require re AVR. Discussed c̄ pt.

Facility Physician Signature



COOPER,DAVID
DOB: 08/23/52  Age:53Y  MR #:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ, CARLOS M

**UAB**
MONTGOMERY INTERNAL
MEDICINE RESIDENCY
PROGRAM

**ADMISSION HISTORY AND PHYSICAL**

**LABS**

Ca:_____ Mg:_____ Po4:_____ DBili:_____ MCV:_____  Segs: 76  Bands:  Lymphs: 13  Monos: 10  Eos: 1

AST: 95  ALT: 64  Alk phos: 96  TBili: 0.8  U/A:_____

Albumin___ PT: 11.1  PTT: 27  INR: 0.87  ABG:_____

$$\frac{135 \quad 99 \quad 11}{3.6 \quad 29 \quad 0.8} / \frac{99}{8.4} \diagdown 6.0 \diagdown \frac{11.9}{34.8} \diagdown 178$$

**Radiology:**

CXR — Mild Cardiomegaly.

EKG — S Tachy č PVC's
L Atrial enlargement, LVH

**Other Diagnostic Tests:**

TP/ALB 6.6 / 3.2

ETOH 0

Trop 0.11

UDS — benzo ⊕

**Impression:** ① CP/Palpitations — DD's MI vs arrhythmias, vs pneumonia vs pneumothorax vs vol depletion vs PE vs GERD, prob 2° to arrhythmia (? Afib paroxymal). Will admit for observation. ✓ Troponins to R/O MI. Will prob. need o/p holter monitor. Will get all records from "North Broward Med Center" including 2D Echo & carotid U/S. FLP & give β blockers

**Assessment and Plan**

② Syncope — DD's MI vs TIA vs CVA vs vol depletion vs heat stroke vs arrhythmia. Will get records. Consider CT head/MRI - after 2V. Will carefully replace.
✓ TSH & free T₄

Physician Signature: Puneet Bajaj, M.D. UAB General Medical Service

Form #HP 20007 Revised 01/06/06
**Page 3 of 4**

HP 200

B000940013?   COOPER,DAVID
DOB: 08/23/52   Age:53Y   MR #:079236
Admit Date/Time: 04/04/06   0902A
2328 GUTIERREZ,CARLOS M

**UAB**
MONTGOMERY INTERNAL
MEDICINE RESIDENCY
PROGRAM

## ADMISSION HISTORY AND PHYSICAL

**Family History**

Mother:   HTN, CAD

Father:

Siblings:

**Social History:**

Employ:

Tobacco   40 pack-yrs.

ETOH: (+)   Drugs   ∅

Sexual History:

**Review of Systems:** Circle Pertinent ( ✔ ❑ if negative)
❑ Gen: (appetite), (weight change), fevers, night sweats, _____
❑ Head: headache, loss of consciousness, trauma, _____
❑ EENT: (vision), hearing, otitis, sinusitis, sore throat, _____
❑ Respiratory: hemoptysis, cough, dyspnea, wheezing, pleurisy, _____
❑ CV: (Chest pain), orthopnea, PND, palpitations, murmur, _____
❑ GI: (nausea), (vomiting), abd, pain, dysphagia, melena, hematemesis, _____
❑ GU: hematuria, dysuria, frequency, hesitancy, sores, urethral/vaginal discharge, _____
❑ Menses: menarche, irregularity, menopause, post menstrual bleeding, _____
❑ Rheumatology: pain, swelling, stiffness, locking of joints, _____
❑ Endocrinology: polyuria, polydipsia, heat or cold intolerance, _____
❑ Hematology: prolonged bleeding, easy bruising, anemia, _____
❑ Dermatology: rashes, pruritus, mole or tumor, _____

**Physical Exam**   B/P: 138/51   P: 103   RR: 14   T: 98.2   O2 Sat: 95% RA   ⑤ 138/80
**General:**

HEENT: PERRL, EOMI.

NECK: JVD ∅, supple

CHEST: CTAB

CARDIAC: S1 S2 (+) PPR,
Diastolic & Systolic murmur (+)
3/5

Back:

**Abdomen:**
soft, NT, BS (+)
②, 138/56   p 100
⑨ 131/59   p 117
p 96

**GU/Rectal**

EXT: pulses (+), edema ∅

Skin: ∅

Neurology: Nf

**Psychiatric**

Puneet Bajaj, M.D.
UAB General Medical Service
Physician Signature



B0609400139        COOPER,DAVID
DOB: 08/23/52    Age:53Y   MR #:079236
Admit Date/Time: 04/04/06      1315P
3074 GMS,AHMED L

**Baptist** HEALTH **PROGRESS RECORD**

| Date | Time | Description |
|------|------|-------------|
| | Con | 5½ y/o delo AA does not appear to be in distress |
| | | fellor ⊕ no icterus, cyanosis, clubbing lymph nodes (–) |
| | CV | S₁S₂ ⊕   RRR     3M in all areas more in aortic area extending to Carotids |
| | | Diastolic murmur prominent left upper sternal area |
| | PA | Soft non tender non distended BS ⊕ |
| | Ext | peripheral pulses feet No edema |
| | CNS | AAO×4 no focal gait ⊕ |
| | A/P | ① Palpitations: Angina   vs arrythmia vs thyroid disease   vs anxiety – follow: Cardiac enzymes Place on telemetry   get records from FL, OH |
| | | ② Murmur.   As/Ai will get a 2D Echo |
| | | ③ Syncope: TIA, Angina, vasovagal will plan a CT in AM. Carotid Doppler in AM |
| | | ④ Aortic Valve replacement – aware |

PN 30001    Revised 8/03



B0609400139    COOPER,DAVID
DOB: 08/23/52    Age:53Y MR #:079236
Admit Date/Time: 04/04/06    1315P
3074 GMS,AHMED L



**Baptist**
HEALTH    **PROGRESS RECORD**

| Date | Time | Description |
|------|------|-------------|
| | | ⑤ HTN, BPH — aware will optimize meds |
| | | ⑥ DVT prophylaxis : Lovenox |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PN 30001    Revised 8/03



80609400139   COOPER,DAVID
DOB: 08/23/52   Age:53Y   MR#:079236
Admit Date/Time: 04/04/06   1315P
3074 GMS,AHMED L

**Baptist HEALTH**
**PROGRESS RECORD**

| Date | Time | Description    GMS |
|------|------|--------------------|
| 4/5/6 | 8 Am | Patient feeling better. No symptoms at rest. Feels dizzy and anxious, palpit when on walking ∅ CP /SOB at rest |
|  | ∘ | 116/60, 821 mt, 98, 18, 95% |
|  |  | Carotid - radiating murmur |
| Aspirin |  | CVS: S₁S₂ heard. Systolic and diastolic murmur |
| Lovenox |  | RRR. Coregas's pulse ⊕ |
| Reglan |  | RS: CTAB no crepts P/A - Soft NT ND |
| Protonix |  | CNS: A&O×3 |
| doxazosin Atp | | ① Palpitation - resolved |
|  |  | ② Heart murmur. AR /AI |
|  |  | Patient getting an Echo today ? possible AV Repl admit |
|  |  | ③ h/o BPH - doxazosin |
|  |  | ④ DVT prophylaxis - Lovenox |
|  |  |  |
| LDL - 65 |  |  |
| HDL - 117 |  | 135 \| 93 \| 11 \| 99<br>2.0 \| 2.3 \| 0.8 \| 8.4  — 4/4/6 |
| Trig - 91 |  |  |
|  |  | 136 \| 103 \| 8 \| 88<br>3.3 \| 27 \| 0.8 \| 7.7  — 4/5/6 |
|  |  |  |
|  |  | Awaiting Echo report. |
|  |  | Endocarditis prophylaxis. √ for intubation |
| - |  |  |

PN 30001   Revised 8/03

FN 300

Name: COOPER, DAVID          )          DOB:   8/23/1952          )
MR:  B000079236          Acct:  B0609400139
AdmPhys:  GMS, Ahmed
Admit date:  4/4/2006          Discharge date:   4/6/2006

CHEMISTRY

Chemistry Tests

COLLECTION DATE:     4/5/06     4/4/06
COLLECTION TIME:   2:35:00 AM   3:00:00 PM

|  |  |  | REF RANGE | UNITS |
|---|---|---|---|---|
| Pat Fasting | yes |  |  |  |
| Gluc | 88 |  | [60-120] | mg/dL |
| BUN | 8 |  | [7-20] | mg/dL |
| Creat | 0.8 |  | [0.6-1.4] | mg/dL |
| Sodium | 136 |  | [135-145] | mmol |
| Potassium | 3.3 | L | [3.5-5.0] | mmol |
| Chloride | 103 |  | [97-112] | mmol |
| CO2 | 27 |  | [22-32] | mmol |
| Calcium | 7.7 | L | [8.5-10.5] | mg/dL |
| Magnesium |  | 1.6 | [1.6-2.4] | mg/dL |
| Phos |  | 2.8 | [2.0-4.8] | mg/dL |

COLLECTION DATE:     4/4/06
COLLECTION TIME:   9:29:00 AM

|  |  |  | REF RANGE | UNITS |
|---|---|---|---|---|
| Gluc | 99 |  | [60-120] | mg/dL |
| BUN | 11 |  | [7-20] | mg/dL |
| Creat | 0.8 |  | [0.6-1.4] | mg/dL |
| Sodium | 135 |  | [135-145] | mmol |
| Potassium | 3.6 |  | [3.5-5.0] | mmol |
| Chloride | 99 |  | [97-112] | mmol |
| CO2 | 29 |  | [22-32] | mmol |
| Calcium | 8.4 | L | [8.5-10.5] | mg/dL |
| Total Protein | 6.6 |  | [6.4-8.2] | gm/dl |
| Albumin | 3.2 |  | [2.8-5.0] | gm/dl |
| Alk Phos | 96 |  | [50-136] | u/l |
| ALT | 64 | H | [0-55] | u/l |
| AST | 95 | H | [8-42] | u/l |
| Bili Total | 0.8 |  | [0.0-1.0] | mg/dL |
| Alcohol i | 0 |  | [0-10] | mg/dL |

4/4/2006 9:29:00 AM Alcohol:
An 80 mg/dl alcohol level is equivalent to the state defined level of
intoxication.

%%END

```
Name:  COOPER, DAVID        )       DOB:  8/23/1952              )                    \
MR:  B000079236              Acct:  B0609400139
AdmPhys:  GMS, Ahmed
Admit date:  4/4/2006              Discharge date:  4/6/2006
```

## CHEMISTRY

### Cardiac Enzymes

```
COLLECTION DATE:    4/5/06        4/4/06       4/4/06
COLLECTION TIME:  2:35:00 AM   8:06:00 PM   9:29:00 AM
```

|             |      |      |      | REF RANGE | UNITS |
|-------------|------|------|------|-----------|-------|
| Troponin-I  | 0.12 | 0.17 | 0.11 | [<=0.60]  | ng/mL |

### Lipid Panel

```
COLLECTION DATE:    4/5/06
COLLECTION TIME:  2:35:00 AM
```

|         |      | REF RANGE    | UNITS |
|---------|------|--------------|-------|
| Chol    | 200  | [100-240]    | mg/dL |
| Trig    | 91   | [30-200]     | mg/dL |
| HDL     | 117  | [40-96]      | mg/dL |
| LDL     | 65   | [<=150]      | mg/dL |
| VLDL    | 18.2 | [7.0-33.0]   | mg/dL |
| Chol/HDL| 1.7  | [0.0-5.0]    |       |
| LDL/HDL | 0.6  | [0.0-3.1]    |       |

### Thyroid Studies

```
COLLECTION DATE:    4/4/06
COLLECTION TIME:  3:00:00 PM
```

|         |      | REF RANGE    | UNITS |
|---------|------|--------------|-------|
| T4 Free | 1.33 | [0.72-2.00]  | ng/mL |

```
4/4/2006 3:00:00 PM  T4 Free:
Test performed by BMC South Chemistry Department
```

### Hepatitis Tests

```
COLLECTION DATE:    4/4/06
COLLECTION TIME:  3:00:00 PM
```

|          |             | REF RANGE     | UNITS |
|----------|-------------|---------------|-------|
| Hep Bs Ab| Nonreactive | [Nonreactive] |       |

```
4/4/2006 3:00:00 PM  Hep Bs Ab:
Test performed by BMC South Chemistry Department
```

%%END

```
Name:  COOPER, DAVID    )      DOB:  8/23/1952          )
MR:  B000079236              Acct:  B0609400139
AdmPhys:  GMS, Ahmed
Admit date:  4/4/2006              Discharge date:  4/6/2006
```

### CHEMISTRY

Drugs of Abuse

```
COLLECTION DATE:    4/4/06
COLLECTION TIME:   9:08:00 AM
```

|                |              | REF RANGE   | UNITS |
|----------------|--------------|-------------|-------|
| U Amph Scrn    | Negative     | [Negative]  |       |
| U Barb Scrn    | Negative     | [Negative]  |       |
| U Benzodia Scrn| Positive  *  | [Negative]  |       |
| U Cocaine Scrn | Negative     | [Negative]  |       |
| U Opiate Scrn  | Negative     | [Negative]  |       |
| U PCP Scrn     | Negative     | [Negative]  |       |
| U Cannab Scrn  | Negative     | [Negative]  |       |

%%END

```
Name:  COOPER, DAVID        )       DOB:   8/23/1952           )
MR:  B000079236          Acct:  B0609400139
AdmPhys:  GMS, Ahmed
Admit date:  4/4/2006              Discharge date:  4/6/2006
```

COAGULATION


```
COLLECTION DATE:    4/4/06
COLLECTION TIME   9:29:00 AM

                                 REF RANGE    UNITS
         PT          11.1      [10.5-13.5]    Sec
         INR         0.87      [0.79-1.38]
         PTT          27       [21-34]        Sec
```

%%END

```
Name:  COOPER, DAVID              DOB:  8/23/1952
MR:    B000079236        Acct:  B0609400139
AdmPhys:  GMS, Ahmed
Admit date:  4/4/2006           Discharge date:  4/6/2006
```

## HEMATOLOGY

### Routine Hematology

COLLECTION DATE:    4/5/06      4/4/06
COLLECTION TIME:  2:35:00 AM  9:29:00 AM

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| WBC | 7.4 | 6.0 | [4.1-10.3] | X10-3/uL |
| RBC | 3.82  L | 3.80  L | [4.69-6.13] | X 10-6/uL |
| Hemoglobin | 11.6  L | 11.9  L | [13.0-17.5] | gm/dl |
| Hematocrit | 35.5  L | 34.8  L | [40.0-51.0] | % |
| MCV | 93 | 92 | [81-100] | FL |
| MCH | 30 | 31 | [27-31] | pg |
| MCHC | 33 | 34 | [32-35] | gm/dl |
| Platelet Count | 196 | 178 | [140-400] | X10-3/uL |
| RDW | 15.7  H | 15.4  H | [11.5-14.5] | % |

### Automated Differential

COLLECTION DATE:    4/5/06      4/4/06
COLLECTION TIME:  2:35:00 AM  9:29:00 AM

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| Neutro Auto | 57 | 76  H | [40-75] | % |
| Lymph Auto | 28 | 13  L | [20-53] | % |
| Mono Auto | 12 | 10 | [0-12] | % |
| Eos Auto | 2 | 1 | [0-8] | % |
| Basophil Auto | 0 | 0 | [0-2] | % |
| Neutro Abs | 4.2 | 4.5 | [1.4-6.5] | # |
| Lymph Abs | 2.1 | 0.8  L | [1.0-4.8] | # |
| Mono Abs | 0.9  H | 0.6 | [0.1-0.6] | # |
| Eos Abs | 0.2 | 0.1 | [0.0-0.7] | # |
| Basophil Abs | 0.0 | 0.0 | [0.0-0.2] | # |

%%END

Name: COOPER, DAVID                    DOB: 8/23/1952
MR: B000079236              Acct: B0609400139
AdmPhys: GMS, Ahmed
Admit date: 4/4/2006              Discharge date: 4/6/2006

SEND OUTS

LabCorp

COLLECTION DATE:    4/4/06
COLLECTION TIME:   3:00:00 PM

|            |     | REF RANGE | UNITS |
|------------|-----|-----------|-------|
| T3 total   | 103 | [85-205]  | ng/dL |

%%END

Name: COOPER, DAVID   )   DOB:   8/23/1952
MR:  B000079236            Acct:  B0609400139
AdmPhys: GMS, Ahmed
Admit date:  4/4/2006          Discharge date:  4/6/2006

## RADIOLOGY

| Procedure Name: | Accession Number: | Procedure Date/Time: | Ordering Physician: |
|---|---|---|---|
| DX Chest 1 View | DX-06-0038239 | 4/4/2006 09:16:23 AM | Gutierrez, Carlos M, MD |

Reason For Exam:
chest pain

FINDINGS
COOPER, DAVID

PORTABLE CHEST:

Mild cardiomegaly. Lungs are clear.

Faxed to the ER at 9:42 a.m.

ELECTRONICALLY SIGNED BY: Bailey, Joseph M, MD

TECHNOLOGIST:  KN
TRANSCRIBED DATE AND TIME:  04/04/2006 09:48
TRANSCRIPTIONIST:  tlb

%%END

BAPTIST HEALTH
0628
COOPER, DAVID
B0609400139
B000079236

PATIENT VERIFICATION DATA:
COOPER, DAVID- 0609400139

DATE OF STUDY:

REASON FOR STUDY:
Chest pain. History of aortic valve replacement.

REQUESTING PHYSICIAN:
Dr. Ahmed.

The quality of this study is fair.

M-MODE MEASUREMENTS:
1. LV end diastolic diameter = 59 mm (increased).
2. LV end systolic diameter = 20 mm (normal).
3. Posterior wall = 15 mm (increased).
4. Septal wall =15 mm (increased).
5. Aortic root diameter = 39 mm (mildly increased).
6. Left atrial end systolic diameter = 44 mm (increased).
7. Hence, by M Mode there is evidence for LVH, left atrial
enlargement, and mild aortic enlargement.

DOPPLER FLOW/COLOR MAPPING ANALYSIS:
1. LVOT velocity is not readily measured.
2. The peak velocity across the aortic prosthetic valve is
about 4 m/s which is elevated.
3. There is moderate AI by color flow mapping analysis. This
is certainly more than what is expected from a prosthetic valve.
Hence, I believe there is a possibility of prosthetic valve
dysfunction, suggest TEE.
4. Mild MR is noted.
5. Mild TR is noted.

VALVE FUNCTION:
1. The prosthetic valve is seen, very difficult images, obviously
in transthoracic study. The leaflet appeared to be thickened.
2. The mitral valve is mildly thickened.
3. The tricuspid valve is normal.
4. Pulmonic valve not well seen.

CHAMBER AND FUNCTION:
1. There is mild to moderate concentric LVH.
2. EF of the left ventricle is about 50% to 55%, which is
lower limits of normal.
3. Apex is severely hypokinetic. This does suggest abnormal
regional wall motion. In addition, the mid distal anterior wall
is also hypokinetic. The rest of the wall contracts normally.
4. The right sided chambers are normal.
5. No pericardial effusion.

(CONTINUED)

1. Abnormal regional    ll motion.                    )
2. Normal EF.
3. Moderate AI across the prosthetic valve which is abnormal.
Elevated velocity across the aortic valve in systole, which is
also abnormal. Recommend TEE.


_____
ALBERT V. CHAN, M.D.

TR: AC/PP

D: 04/05/2006 13:50:00
T: 04/07/2006 11:05:07
JOB: 6480091/12259


D: 04/05/2006
T: 04/07/2006

Authenticated by ALBERT V. CHAN, MD On 4/10/06 4:40:33 PM

Cooper, David
63years
Male          Black

Loc: 5

History: Unknown
Technician: kmc

Vent. rate          103 bpm
PR interval         162 ms
QRS duration        92 ms
QT/QTc              380/471 ms
P-R-T axes          59 54 43

ID: 008231952        4-Apr-2006     8:16:33

Sinus tachycardia with frequent premature ventricular complexes
Left atrial enlargement
Left ventricular hypertrophy
Nonspecific ST abnormality
Abnormal ECG

Referred by: Gutierrez

Unconfirmed

COOPER,DAVID
DOB: 09/25/52     Age:53Y   MR #:6079236
Adm't Date/Time: 04/04/06        0902A
2328 GUTIERREZ,CARLOS M



B0009400139    COOPER,DAVID
DOB: 08/23/52    Age:53Y    MR #:079238
Admit Date/Time: 04/04/08    0902A
2328 GUTIERREZ,CARLOS.M

Patient Information



## AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | **RADIOLOGY** | | |
| | CT<br>❑ C-Spine<br>❑ T-Spine<br>❑ L-Spine | ❑ Abnormal gait<br>❑ Abnormal involuntary movement<br>❑ Lack of Coordination<br>❑ Osteomyelitis | ❑ Meningitis<br>❑ Neoplasm<br>❑ Pain<br>❑ Spina bifida<br>❑ Transient paralysis limb | Injuries related to ❑ MVC ❑ GSW<br>❑ Stabbing<br>❑ Other |
| | ❑ CT AngioChest<br>❑ With IV Only | ❑ Chest Pain<br>❑ Hemoptysis<br>❑ SOB | ❑ Tachypnea<br>❑ Other | |
| | ❑ CT Pelvis Abdomen<br>❑ Without Contrast<br>❑ Oral Contrast<br>❑ IV Contrast<br>❑ Rectal Contrast<br>❑ Stone Search<br>❑ Appendicitis Protocol<br>❑ Diverticulitis Protocol | ❑ Abdominal Pain<br>❑ Abdominal Rigidity<br>❑ Abdominal Swelling<br>❑ Abdominal Tenderness<br>❑ Aneurysm<br>❑ Ascites<br>❑ Blunt/Penetrating Trauma<br>❑ Edema<br>❑ Extravasation of Urine<br>❑ Fever<br>❑ Hepatomegaly/Splenomegaly | ❑ Injury to Blood Vessels<br>❑ Infection, Post Op<br>❑ Internal Injury<br>(Thorax, ❑ Abdomen & Pelvis)<br>❑ Liver Disease<br>❑ Renal Colic | ❑ Other _____ |
| | ❑ CT Other | | | |
| | ❑ MRI of | | | |
| | ❑ Ultrasound<br>❑ Complete Abdomen<br>❑ RUQ(GB)_____<br>❑ Pelvic<br>❑ Obstetrical _____ | ❑ Abdominal Pain<br>❑ Abdominal Tenderness<br>❑ Abnormal X-ray<br>❑ Ascites<br>❑ Abdominal Swelling<br>❑ Abdominal Mass | ❑ Colic<br>❑ Flank Mass<br>❑ Flank Pain<br>❑ Flank Tenderness<br>❑ Hepatomegaly/Splenomegaly | ❑ Pelvic Pain<br>❑ Pelvic Mass<br>❑ Pelvic Tenderness<br>❑ Spleen Mass<br>❑ Other _____ |
| | ❑ Doppler Series | ❑ Erythema<br>❑ Lower Extremity Pain | ❑ Swelling<br>❑ Tenderness | ❑ Other |
| | | **CARDIOLOGY** | | |
| | ❑ BP Both Arms | | | |
| | ❑ Orthostatic VS | | | |
| | ❑ Cardiac Monitor | | | |
| | ☒ EKG | | | |
| | ❑ Repeat EKG | | | |
| | ❑ ECHO | | | |
| | ❑ Cath Lab | | | |
| | | **RESPIRATORY** | | |
| | ❑ Pulse Oximetry | | | |
| | ❑ Oxygen ___ L/min | ❑ Cannula<br>❑ Non-Rebreather Mask | ❑ Non-Simple Mask | |
| | ❑ Nebulizer | ❑ Peak Flow<br>❑ DuoNeb | ❑ Albuterol<br>❑ Atrovent | ❑ Xopenex<br>❑ Other |
| | ❑ Inhaler with space teaching | | | |
| | ❑ C-PAP<br>❑ Bi-PAP | ❑ Vent Settings | | |
| | ❑ Central Line | | | |
| | ❑ Chest Tube | ❑ Right<br>❑ Left | | |

ER 160

PRINTED BY: b17606            DATE 4/19/2006



**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

Patient Information

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| **LABORATORY** | | | | |
| | ☑ Troponin I | ☐ Abnormal Electrocardiogram<br>☐ ACS (Angina, Acute MI)<br>☐ Apnea/SOB/Wheezing | ☐ Arrhythmia/Tachycardia<br>☐ Chest Pain<br>☐ Injury to Thorax, Abdomen, Pelvis | ☐ Respiratory Distress<br>☐ Insufficiency<br>☐ Other |
| | ☐ Urinalysis<br>☐ Clean Catch<br>☐ Cath | ☐ Abdominal Pain<br>☐ Diabetes<br>☐ Dysuria<br>☐ Edema<br>☐ Fever | ☐ Flank Pain<br>☐ Hematuria<br>☐ Hesitancy<br>☐ Hypertension<br>☐ Known Kidney Disease | ☐ Long-term Medications<br>☐ Nocturia<br>☐ Pelvic Pain<br>☐ Trauma to Kidney/Urinary Tract<br>☐ Other |
| | ☐ Foley Catheter | Record Output | | |
| | ☐ Blood Cultures | X's___ | ☐ Fever | ☐ Other |
| | ☐ Hemoccult<br>☐ Gastroccult | Other | | |
| | ☐ GC Chlamydia<br>☐ Wet Prep | ☐ Herpes | Other | Other |
| | ☐ Urine Pregnancy<br>☐ Serum Pregnancy | ☐ Qualitative<br>☐ Quantitative | | |
| | ☐ Toxicology Screen<br>☑ ETOH Level | ☒ Urine Drug Screen<br>☐ Serum Drug Screen | ☐ Other Drug Level(s) | |
| | ☐ Other Lab Tests | ☐ | ☐ | ☐ |
| | ☐ Type (Rh)<br>☐ Type & Screen<br>☐ Type & Cross | X's___Units | ☐ Other Blood Products | |
| **RADIOLOGY** | | | | |
| | X-ray<br>☐ C-Spine<br>☐ T-Spine<br>☐ L-Spine | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | X-ray<br>☐ Chest<br>☒ Portable<br>☐ Standing PA/L | ☐ Abnormal Sputum<br>☐ Abnormal Weight Loss<br>☐ Abnormal X-ray<br>☐ Chest Pain<br>☐ Clubbing of Fingers | ☐ Coma<br>☐ Cough<br>☐ Cyanosis<br>☐ Fever<br>☐ Hemoptysis | ☐ Palpitations<br>☐ Respiratory Infection<br>☐ Respiratory Distress<br>☐ Shock<br>☐ Other |
| | X-ray<br>☐ Abdominal Series<br>☐ KUB | ☐ Abdominal Pain<br>☐ Abdominal Rigidity<br>☐ Abdominal Swelling<br>☐ Abdominal Tenderness<br>☐ Aneurysm<br>☐ Ascites | ☐ Blunt/Penetrating Trauma<br>☐ Edema<br>☐ Extravasation of Urine<br>☐ Fever<br>☐ Hepatomegaly/Splenomegaly<br>☐ Injury to Blood Vessels | ☐ Infection, Post Op<br>☐ Internal Injury (Thorax)<br>☐ Abdomen & Pelvis)<br>☐ Liver Disease<br>☐ Renal Colic<br>☐ Other |
| | X-ray<br>Upper Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | X-ray<br>Lower Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | ☐ VQ Scan | ☐ Chest Pain | ☐ SOB | ☐ Other |
| | ☐ CT Head/Brain<br>☐ Without Contrast<br>☐ With & Without | ☐ Closed Head Injury (Concussion)<br>☐ CVA/TIA<br>☐ Delirium/Dementia<br>☐ Headache (excluding _Migraine) | ☐ Occlusion of Artery<br>☐ Penetrating Trauma<br>☐ Seizure<br>☐ Sinusitis (chronic)<br>☐ Stroke | ☐ Subarachnoid – Intracerebral<br>Hemorrhage<br>☐ Suspected Metastasis<br>☐ Syncope/Collapse<br>☐ Other |



ER 160

PRINTED BY: b17606          DATE 4/19/2006



B060940O139    COOPER,DAVID
DOB: 08/23/52    Age:53Y   MR #:079236
Admit Date/Time: 04/04/06    :0902A
2328 GUTIERREZ,CARLOS M

Patient Identification



**AERAS**
**PHYSICIAN**
**ORDER SHEET**

| Date/Time | TEST | | SYMPTOMS | |
|---|---|---|---|---|
| | | **LABORATORY** | | |
| | ❑ 911 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT PTT<br>Type & Cross 2 Units – OR<br>O-Negative Emergency Release |
| | ❑ 922 Trauma Panel | CBC<br>Comprehensive Metabolic<br>Troponin | Alcohol<br>Urinalysis<br>Pregnancy Test | PT PTT<br>Type & Screen |
| | ❑ 933 Trauma Panel | CBC<br>Basic Metabolic<br>Urinalysis | Pregnancy Test | |
| | ❑ ABG | ❑ Acute Asthma<br>❑ Acidosis<br>❑ Alkalosis<br>❑ Burns to Face<br>❑ Cardiopulmonary Arrest<br>❑ CHF | ❑ COPD<br>❑ Dyspnea (unexplained)<br>❑ Hypoventilation<br>❑ Morbid Obesity<br>❑ Multiple Trauma<br>❑ Noxious Gas Inhalation | ❑ Pleural Effusion<br>❑ Pneumonia<br>❑ Pneumothorax<br>❑ Pulmonary Embolus<br>❑ Respiratory Distress<br>❑ Other _____ |
| | ❑ AccuChek | ❑ Decreased LOC<br>❑ Hx of Diabetes/Hypoglycemia | | ❑ Other |
| | ❑ Amylase<br>❑ Lipase | ❑ Abdominal Pain<br>❑ Diabetes<br>❑ Nausea/Vomiting | ❑ Other | |
| | ❑ BMP Basic Metabolic Panel | ❑ Complications Related to<br>❑ Pregnancy<br>❑ Diabetes Complications<br>❑ Dizziness/Giddiness<br>❑ Drowsiness | ❑ Edema<br>❑ Febrile Convulsions<br>❑ Glomerulonephritis<br>❑ Hypertensive Disease | ❑ Hypoglycemia<br>❑ Long-term use of Medications<br>❑ Seizure (convulsion)<br>❑ Other _____ |
| | ❑ CMP Comprehensive Metabolic | ❑ Acidosis<br>☒ Alkalosis<br>❑ CHF<br>❑ Coma<br>❑ Diabetes<br>❑ Diarrhea | ❑ Dehydration<br>❑ Dizziness<br>❑ Drowsiness<br>❑ Edema/Ascites<br>❑ Hypertension<br>❑ Long-term Medication(s) | ❑ Malnutrition<br>❑ Nausea/vomiting<br>❑ Pulmonary Edema<br>❑ Seizure<br>❑ Other _____ |
| | ❑ BNP | ❑ Congestive Heart Failure<br>❑ Edema/Lower Extremities | ❑ Pulmonary Edema<br>❑ SOB | ❑ Other |
| | ☒ CBC | ❑ Abdominal Pain<br>❑ Abnormal Bleeding<br>❑ Blood Loss – Hemorrhage<br>❑ Chills<br>❑ Epistaxis<br>❑ Fatigue/Malaise<br>❑ Flank Pain | ❑ Infection<br>❑ Hemoptysis<br>❑ High Risk Medication(s)<br>❑ Lethargy<br>❑ Long-term Medications<br>❑ Lymphadenopathy<br>❑ Malnutrition | ❑ Pallor<br>❑ Postural Dizziness<br>❑ Short of Breath – Apnea<br>❑ Splenomegaly<br>❑ Weakness<br>❑ Weight Loss<br>❑ Other _____ |
| | ❑ D-Dimer | ❑ Erythema<br>❑ Lower Extremity Pain | ❑ Swelling<br>❑ Tenderness | ❑ Other |
| | ❑ Digoxin | ❑ Arrhythmia (A-Fib/A-Flutter/Aberrancy)<br>❑ Concomitant Use of Interacting Drug<br>❑ CHF | ❑ Digoxin Toxicity<br>❑ Anorexia<br>❑ Nausea ❑ Vomiting ❑ Diarrhea<br>❑ Abdominal Pain<br>❑ Headache | ❑ High Risk Patient<br>❑ Long-term Medication(s)<br>❑ Other _____ |
| | ❑ Magnesium | ❑ Abnormal Weight Loss<br>❑ Arrhythmia(s)<br>❑ Chronic Alcoholism<br>❑ Coma<br>❑ Convulsion<br>❑ Diabetic Acidosis<br>❑ Diuretic Therapy | ❑ Drowsiness<br>❑ Drug Abuse<br>❑ Fatigue/Malaise<br>❑ Hypocalcemia<br>❑ Hypokalemia<br>❑ Long-term Medication(s)<br>❑ Muscular Paralysis | ❑ Pre-eclampsia<br>❑ Shock<br>❑ Syncope<br>❑ Tetany<br>❑ Tremor<br>❑ Other _____ |
| | ☒ PT-INR<br>☒ PTT | ❑ Acute MI<br>❑ Acute Pancreatitis<br>❑ A-Fib/A-Flutter<br>❑ Anemia | ❑ Epistaxis<br>❑ GI Bleeding<br>❑ Hematuria<br>❑ Hemorrhage | ❑ Long-term Antibiotics<br>❑ Poisoning by Anticoagulant<br>❑ Unstable Angina<br>❑ Vitamin K Deficiency |



**PAGE 1 OF 4    Form #ER 16005 Revised 02/13/06**

PRINTED BY: b17606        DATE 4/19/2006

## PROCEDURES / TREATMENT CARE

**EYE**

- O Eye Exam – *NO FB found*
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation  R  L  Both
- O Amount_____

**NOSE/EAR**

- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R  L

```
80809400139
COOPER,DAVID
DOB: 08/23/52    Age:53Y  MR#:078236
Admit Date/Time:  04/04/06
2328 GUTIERREZ,CARLOS M    0902A
```

O Procedure *"Time Out"* by:_____

**CARDIOLOGY**

- Ø Cardiac monitor
- Ø EKG – by ED staff
- O Repeat EKG by ED staff
- Ø Pulse Ox-continuous
- O Central line  O < 5yr  O ≥ 5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥ 5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

**GI / GU**

- O Straight/quick cath for UA
- O Foley catheter   Size_____
- O Bladder irrigation
- O Foley removed
- O Rectal exam   O Anoscopy
- O Rectal disimpaction
- O Enema   O Repeat x ___
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

**RADIOLOGY**

- Ø X-Ray preparation
- O CT  US  MRI  IVP
- O IV contrast  O Oral contrast
- O Monitor in radiology / CT

**LAB**

- Ø Venipuncture (ED Staff)
- Ø Lab Test (any)
- Ø Specimen collection[not blood]
- O Point of care test
- O Urine Dip   O Rapid Strep
- O Central line blood draw
- O Hemocult    + –
- O Genital cultures

**SPECIAL PROCEDURES**

- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

**BEHAVIORAL MANAGEMENT**

- O Psychiatric evaluation
- O Restraints
- O Seclusion  or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

**PULMONARY**

- O Airway: Oral/Nasal   Ø Oxygen  Mask  Cannula  Ø Liters/min
- O Intubation  Tube: _____
- O PTA  O ED  O Anesthesia
- O Rapid sequence induction
- O Ventilation assist Bi-Pap C-Pap
- O Cricothyroidotomy
- O Tracheostomy
- O Trach Care
- O Suction Oral/Nasal/Trach
- O End-tidal CO2  + –
- O Thoracentesis (Needle)
- O Chest tube insertion
    Tube size:_____ R / L  O Bilateral
- O Nebulizer(s) X _____
- O CPR
- O CODE   Time:_____
    Medical  Pediatric  Trauma
- O Code Sheet Completed
- Trauma team  O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:**  O Sent home   O Secured / hospital safe   Ø Patient retains/accepts responsibility   O Sent with patient
O Dentures  O Glasses  O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other:_____

- O Discharged Time____   Admitted Time 1240 Room 401   Transferred  Time:_____   O Expired  Time:_____
    - O Nursing Home
    - O AMA signed  unsigned
    - O LBMSE
    - Ø Regular Room
    - O Telemetry
    - O Surgery
    - O Psychiatric
    - O ICU / CCU
    - O Cath Lab
    - O Observation
    - O Hospital
    - O Psychiatric
    - O Extended Stay (>4 hours)
    - O Coroner called
    - O Released to Funeral Home
    - O Organ donation addressed
    - Notes:

## TEACHING / DISCHARGE CARE

**CORE MEASURES:**   O AMI   O Pneumonia   O Heart Failure   O Stroke

| | | |
|---|---|---|
| Smoking cessation advised  O <3 min  O ≥3 min | Instruction(s) given to: | Discharge Mode: | Accompanied by: |

- Smoking cessation advised  O <3 min  O ≥3 min
- O Discharge Instruction sheet provided
- O Verbal understanding of discharge / RX
- O Meds dispensed by physician_____
- O Extended patient education
- O Work/School Excuse (see copy)

Instruction(s) given to:
- O Patient
- O Parent / Family
- O Friend
- O Other

Discharge Mode:
- O Ambulatory  O Carried
- O Ambulance  O Crutches
- O Wheelchair  O Stretcher

Accompanied by:
- O Self /Parent
- O Spouse  O Friend
- O Police  O Family
- O Other

O Workers Comp Papers Initiated  (see copy)   O ED Boarder  Time:_____

## TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT | Triage Out Note: |
|------|------|-------|------|-----|----------|------------|-----|------------------|
| 1220 | 98.9 | 90 | 12 | 139/59 | 99% | 0 | ___ | Pt. awake, alert, oriented |

Triage Out Note: Pt. awake alert, oriented
Move all extremities well. ⊕
c/o ⊖ distress noted

Condition: Ø improved  O  unchanged  O_____

Signature and Employee ID _____  Initials __ Admit Report called to:_____  Time:_____

Signature and Employee ID _____  Initials __

Discharge Nurse _____  Initials __

PRINTED BY: 517606    DATE 4/19/2006



B0609400139    COOPER,DAVID
DOB: 08/23/52    Age:53Y    MR #:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ,CARLOS M



**Baptist HEALTH**    Nursing Chart
Long Form    Page 3

Patient Name: _____

## MEDICATIONS

| IV Push is medications given in < 16 minutes | *(Put medications in the same syringe on one line)* |

| Time | IV Push | IM | SC | PO | Other | Medication | Dose | Site | Initials | Time | Pain Scale Other | Initials |
|------|---------|----|----|----|----|------------|------|------|----------|------|-----------|----------|
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | | | | | | | |

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics:  O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

## PARENTERAL THERAPY – IV FLUIDS

O IV Pump   O Warmed solution   O Buritrol

| Site | Per Hr IV | KVO | Lock | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |
|------|-----------|-----|------|-----------|-----------|-----------|------------|------------------------------|--------------|------------|----------|
| 1 Site | O | O | O | 1115 | 1200 | O | O | | | O | |
| Time Gauge 18 | | | | | | O | O | | | O | |
| MA Attempts x | | | | | | O | O | | | O | |
| | | | | | | O | O | | | O | |
| 2 Per Hr IV KVO Lock | O | O | O | | | O | O | | | O | |
| Time Site | | | | | | O | O | | | O | |
| Gauge x | | | | | | O | O | | | O | |
| 3 Per Hr IV KVO Lock | O | O | O | | | O | O | | | O | |
| Time Site | | | | | | O | O | | | O | |
| Gauge x | | | | | | O | O | | | O | |

| INTAKE | Amount | OUTPUT | Amount |
|--------|--------|--------|--------|
| Oral | | Urine | |
| IV | | Gastric | |
| Other | | Other | |
| TOTAL | | TOTAL | |

**Response to IV therapy**
O Tolerated well, no adverse reaction noted

**Blood Transfusion**
O Routine   O Emergent
Total # of units _____

**IV Site at disposition**
Time: _____   O Patent   O Discontinued
O No redness   O No swelling   O catheter intact

## Vital Signs

O Continuous NIBP (strips attached)

**Titrated Medications**   O See flow sheet

| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
|------|------|-------|------|-----|----------|----------------|------------|------|--------|--------|--------|----------|
| 0115 | | 100 | 12 | 144/44 | 99% | | | | | | | |



80809400139    COOPER,DAVID
DOB: 09/23/52    Age:53Y   MR#:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ,CARLOS M



MONTGOMERY INTERNAL
MEDICINE RESIDENCY
PROGRAM

# ADMISSION HISTORY AND PHYSICAL

**Date:** 0 4/04/06
**Referring MD:**
**Primary MD:**

**Chief Complaint:** CP & palpitations

**History of Present Illness:** 53 yrs AA ♂ c̄ /MH as written c/o palpitations today AM when he was at a store. Also CP 10/10, compressing, substernal, non radiating, no aggr/relieving factors, lasted several hrs. Got better in ER. SOB ⊕, N/V⊕, sweating⊕, dizziness⊕, black out⊕, but no LOC. Had similar episode 2wks ago & was admitted to "North broward Med. Center" at Fort lauderdale for 4-5 days. Does not remember the name of physician there. There he was given fluid pills which he took while in hosp. Lost weight b/o the fluid pill. No longer taking the pill.

**PMH:** HTN, ~~CAD~~, BPH
Aortic Valve Replacement X2 (1982, 1993)

**MEDS:-** ASA
Cardura

**Allergies:** NKDA

Puneet Bajaj, M.D.
UAB General Medical Service
**Physician Signature**



HP 200



 **Baptist Health**
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

80609400139   COOPER,DAVID
DOB: 08/23/52   Age:53Y   MR #:079235
Admit Date/Time: 04/04/06   0902A
2328 GUTIERREZ,CARLOS M

## DISCHARGE INSTRUCTIONS - MEDICAL CHART

| Weight | Phone | Allergies | | | Location **South** |
|---|---|---|---|---|---|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** | | |
|---|---|---|---|---|
| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
| 1. | | | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

*(handwritten across medicines area)* No Express Admit Unit

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma  ☐ Crutches  ☐ Head Injury  ☐ Threatened Ab
☐ Back Pain  ☐ Fever  ☐ Otitis Media  ☐ Vomiting / Diarrhea
☐ Cast / Splint Care  ☐ Fracture  ☒ Sprains / Bruises  ☐ Wound Care
  ☐ STD  ☐ Other(s) _____

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
_____
_____
_____
_____

Referred to:
☐ Dr. _____
  Phone: _____
☐ Call on next business day for follow-up appointment
  in _____ days / weeks   ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified: _____

☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _____
Instructed By: _____

☐ Patient
☐ Relative
☐ Other _____

Time Released  >  ☐ ☐ ☐ Hrs.

Physician: _____

## WORK / SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for _____ days*
  Restrictions: _____
☐ _____ was here with relative/ child.
☐ Other: _____

Time off from School or Work longer than 5 days should be approved by a Personal or Company Occupational Medicine Physician, unless otherwise stated.

PRINTED BY - 617606   DATE 4/19/2006

BSB-0092 (06/02)

☑ Nursing Assessment Reviewed    ☑ Vitals Reviewed    ☐ Bilateral BP

## PHYSICAL EXAM

**General Appearance**
✓ no acute distress
✓ alert

**EYES**
✓ nml inspection

**ENT**
✓ ENT nml inspection
✓ pharynx nml

**NECK**
✓ nml inspection

**RESPIRATORY**
✓ no resp. distress
✓ chest non-tender
✓ nml breath sounds

**CVS**
✓ regular rate, rhythm
✓ no murmur
✓ no gallop
✓ no friction rub
✓ normal pulses

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe tenderness)

**GASTROINTESTINAL**
✓ non-tender
✓ no organomegaly

**RECTAL**
__ non-tender
__ heme neg stool

**SKIN**
✓ color nml, no rash
✓ warm, dry

**EXTREMITIES**
✓ non-tender
✓ normal ROM
__ no pedal edema
__ no calf tenderness

**NEURO / PSYCH**
__ oriented x3
__ mood / affect nml
__ CN's nml as tested
__ no motor / snsry deficit

**EKG MONITOR STRIP**    NSR    Rate____
__ normal    __ abnormal
EKG ___ NML ☑ Interp. by me ☑ Reviewed by me  Rate 103
NSR    nml intervals    nml axis    nml QRS    nml ST/T
☑ T LAE / LVH / PVCs / NSTA's
not / changed from:
Repeat EKG    unchanged /

Chest Pain - 33

JV _____
__ mild / moderate / severe distress
__ anxious / lethargic
__ scleral icterus / pale conjunctivae

__ purulent nasal drainage
__ pharyngeal erythema

__ thyromegaly
__ lymphadenopathy ( R / L )

__ see diagram
__ respiratory distress
__ manifests distinct pain on movement of ( R / L ) arm / trunk
__ splinting / deep air mvmnt
__ rales
__ rhonchi
__ wheezing

__ irregularly irregular rhythm
__ extrasystoles ( occasional / frequent )
__ tachycardia / bradycardia
__ PMI displaced laterally
__ JVD present
__ murmur  grade /6  sys / dias
    cresc / cresc-decresc / decresc
__ gallop ( S3 / S4 )
__ friction rub
__ decreased pulse(s)
    R carotid ___ fem ___ dors ped ___
    L carotid ___ fem ___ dors ped ___

__ tenderness
__ guarding
__ rebound
__ abnml bowel sounds
__ hepatomegaly / splenomegaly / mass

__ black / bloody / heme pos. stool
__ tenderness

__ cyanosis / diaphoresis / pallor
__ skin rash

__ pedal edema
__ calf tenderness
__ clubbing

__ disoriented  to: person / place / time
__ depressed affect
__ facial droop / EOM palsy / anisocoria
__ weakness / sensory loss

---

## LABS, EKG & XRAYS:

CBC (normal) except    Chemistries (normal) except    Ca ___    UA
WBC ⊙    BUN ⊙    Bilirubin ___    (normal) except
Hgb ___    Creat ___    Magnesium ___    WBC ⊙
Hct ___    Gluc ___    BNP ___    RBC's ___
Platelets ___    Alk Phos ___    D-Dimer ___    bacteria ___
segs ___    ALT 604    CK ⊙    clip ___
bands ___    AST 695    CKMB ___
lymphs ___    Na ___    Troponin ___
monos ___    K ___    PT ___
eos ___    Cl ___    PTT ___
         CO2 ___    INR ___

**CXR**  ☐ Interp. by me  ☐ Reviewed by me  ☑ Discsd w/ radiologist
__ nml / NAD  __ no infiltrates  __ nml heart size  __ nml mediastinum
not / changed from:
**Pulse Ox** 98 % on (RA) ___ L / ___ % at (time) ___
✓ normal    __ abnormal

## treatment
**Medications Given:** time: ___
ASA    ACE inhibitor    Beta Blockers    Thrombolytics    Nitrates

**Discharge Medications:** ___

## PROGRESS:
Re-evaluation time ___    unchanged    improved    re-examined
Re-evaluation time ___    unchanged    improved    re-examined
Re-evaluation time ___    unchanged    improved    re-examined

PSVT | v~ a.fib ( ? Holiday ♡

**TREATMENT:** • angina protocol
• unstable angina protocol
• acute MI protocol or acute coronary syndrome protocol
**MEDICAL DECISION:**
__ Rx given

__ Follow up with ___
Relinquished care to Dr. ___ (110)
☑ Discussed w/ Dr. ___    Time: ___
__ will see patient in  office / ED / hospital
__ Counseled patient / family regarding:
__ lab results  ☑ diagnosis  __ need for follow-up
☑ admit orders written

CRIT CARE - 30-74 min
75-104 min ___ min
__ Prior records ordered
__ Additional history from:
family caretaker paramedics

## CLINICAL IMPRESSION:
Chest Pain - acute  precordial    Acute MI
Chest Wall Pain - acute    Unstable Angina
Dyspnea - acute    Pericarditis - acute
Costochondritis - acute    Acute Aortic Dissection
Myofascial Strain - acute    Pulmonary Embolism
Viral Syndrome - acute    Acute Pulmonary Edema / CHP
Bronchitis - acute    Atrial Fibrillation - rapid vent. response
Viral Pleuritis (Pleurisy)    controlled uncontrolled new-onset chronic
Abnormal EKG    Pneumonia
GERD    Pneumothorax
palpitations    ETOH abuse

**DISPOSITION**    ☐ home  ☑ admitted  ☐ transferred
**CONDITION**    ☐ unchanged  ☐ improved  ☐ stable

x ___    MD / DO  x ___
Robben
☑ Hx review. Patient interviewed. Medical Decision Making...
Physician

DATE 4/19/2006



COOPER, DAVID
DOB: 08/23/52   Age: 53Y   MR #: 073238
Admit Date/Time: 04/04/06   0002A
2326 GUTIERREZ, CARLOS M

© 1996 - 2004 T-System, Inc. Circle or check affirmatives; backslash (\) negatives.

33

# Baptist Health
# EMERGENCY PHYSICIAN RECORD
## Chest Pain   (5)

DATE:_____ TIME:_____ ROOM:_____  ___ EMS Arrival

HISTORIAN: patient  spouse  paramedics_____
___HX/___EXAM UNOBTAINABLE 2° TO:_____

## HPI

chief complaint: ~~chest pain~~/ discomfort
Palpitations _____
started: on off for weeks —
Near syncopal _____
per ___ems pt's HR 200's

**time course:**
still present   better
gone now
lasted
resolved on arrival in ED

constant   "waxing & waning"
intermittent episodes lasting _____
worse / persistent since _____

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
pain
numbness
"like prior MI"

**location of pain:**

**radiation:** none  diagrammed above

**associated symptoms:**
nausea
vomiting
shortness of breath
sweating

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**
sitting up
rest
antacids
nothing

nitroglycerin 1 2 3 ___
patient's own supply -
given by paramedics
relief- none / partial /
complete / transient
Oxygen   NRB   ___ L

**onset during:**
sleep  rest  light activity
mod. / heavy exertion
emotional upset
cannot recall

**severity:**
maximum: (1-10) _____
mild  moderate  severe
when seen in ED:  (1-10) _____
gone  almost gone  mild  moderate  severe
residual discomfort in arm  (R/L)

Similar symptoms previously_____

Recently seen / treated by doctor_____

## PAST HX   negative   * = MI risk factors
*high blood pressure
*diabetes  insulin / oral / diet
*high cholesterol
*heart disease
      heart attack (MI)_____
      angina / heart failure / CAD

emphysema
collapsed lung
stroke
peptic ulcer
      documented?  yes  no
gall stones
thyroid disease

*DVT / PE / risk factors
GERD
other problems   Aortic (procedure) valve Replacement

Surgeries / Procedures   none   non-contributory
cardiac bypass_____
cardiac cath_____
angioplasty_____
thrombolytics_____
pacemaker_____

tonsillectomy_____
cholecystectomy_____
appendectomy_____
hysterectomy_____
defibrillator_____

VALVE REPLACEMENT

Medications   none  see nurses note
NSAID  acetaminophen  BCP's_____
ASA  time of last dose_____

Allergies   NKDA
see nurses note

## SOCIAL HX   recent ETOH   smoker   drug abuse

## FAMILY HX  DM  HTN  CAD (less than 55yo / greater than 55yo)
sudden death   stroke   diabetes_____

## ROS
___HX/___EXAM UNOBTAINABLE 2° TO:_____

CHEST / CONST
fever_____
chills_____
cough_____
      sputum_____
ankle swelling_____
calf / leg pain_____

NEURO
headache
blackouts
EYES / ENT
blurred vision
sore throat
GI / GU
abdominal pain
black / bloody stools
problems urinating

FEMALE REPRODUCTIVE
LNMP  O_____
vaginal discharge_____
abnormal bleeding_____

SKIN / LYMPH / MS
skin rash / swelling
joint pain_____
all systems neg. except as marked

x_____   RN / PA / NP
HISTORY  RN t-PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.   _____ MD

# Affidavit of Gail Colburn

# Exhibit B

RECEIVED 05/15/06
20060269

Medical

# MONTGOMERY COUNTY DETENTION FACILITY
# GRIEVANCE OR APPEAL OF DECISION

Date: 5-13-06                    Cellblock: 2A

Name: David Cooper              Booking No. 7443

Date/Time of Alleged Incident: 5-13-06 Afternoon nurse did not bring my prostrate medication.

**THE FOLLOWING INFORMATION SHOULD BE INCLUDED:**

    1.    **Description or Summary of the Complaint**
    2.    **Name of Individual(s) Involved**
    3.    **Signature of Inmate**

on 5-13-06 the Afternoon Nurse didn't bring my prostrate medication and as the Doctor is aware of the suffering I previous when through regarding pain from not receiving enough prostate medication I can't afford to miss any medication due to any Nurse error also what is happening regarding the heart surgery and prostrate surgery which I need, I haven't had any response from my last visit with the Doctor regarding the results after he receive the Doctor information from Baptist Hospital. the afternoon shift is the second shift. This Nurse is also denieding me medical treatment by not giving me my prostrate medication in night and it is the second ~~this a~~ shift this happen on.

Signature of Inmate

**PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP**

Revised 06/11/04

# Affidavit of Gail Colburn

# Exhibit C

# MCDF PERSONNEL RESPONSE TO GRIEVANCE

GRIEVANCE # : _____ 20060267

Please complete and return to Grievance Clerk

PERSONNEL NAME: _____ MEDICAL _____ DATE: __ 05/15/06

INMATE NAME: _____ DAVID COOPER _____ BKG # __ 7743 __ LOC: __ 2A

Your Carduva has been increased to 4mg 2X a day by Dr Nichols. That is the only treatment ordered at this time. Your Cardura has been ordered and you will receive it as soon as it comes in.

Results from Baptist? I will have Dr Nichols look at Records when he comes in next. And Decide what tx is needed next.

PERSONNEL SIGNATURE: _Raip Car_____ m 7A

RESPONSE DATE: _____ 5/15/06 _____