IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVIE COOPER, #7743** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-418-MHT |
| ) | |
| **D.T. MARSHAL,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF MELODYE MILLER, R.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Melodye Miller, R.N.**, who, after first being duly sworn by me, deposes and states as follows:

1. My name is Melodye Miller, R.N. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2. I obtained my Bachelors of Science in nursing at Troy State University in 2002 and have been licensed by the State of Alabama as a registered nurse since 2002. From 2002 to 2004, I worked as a registered nurse on the pediatric floor of Baptist Medical Center South in Montgomery, Alabama. From July 2004 to May 2005, I was employed as a registered nurse for Dr. Jim Carlisle, at the All About Kids facility. From May 2005 to February 28, 2006, I was the medical team administrator for Southern Health Partners, Inc. ("SHP") at the Montgomery County Jail.

3. It is my understanding that the plaintiff was not incarcerated at the Montgomery County Jail until April 8, 2006. Since my last day of work at SHP was February 28, 2006, I was not working at the Montgomery County Jail during the time from which plaintiff's claims arise.

_Melodye Miller, RN_
Melodye Miller, R.N.

STATE OF ALABAMA )
                 )
COUNTY OF Madison )

    I, the undersigned Notary Public in and for said county in said state, hereby certify that Melodye Miller, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN UNDER MY HAND and official seal on this the 21 day of July, 2006.

_Robert N. Daly_
Notary Public
My Commission Expires: 12-3-2007