IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                   CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. and it's rule request motion for leave to file motion for leave to amend amendment to complaint, motion for issuance of a subpoena to a non-parties.

David Cooper 7743
Date - 7-25-06

SCANNED

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward copies to the Clerk of the Court, and defendants attorneys by placing them in the U.S. mail this 25th day of July 2006. Certificate of service, motion for amend, amendment to Complaint, motion issuance of a Subpoena to a non-party.

Daniel Cooper, 7743
Date 7-25-06