IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                              CASE NO. 2:06-CIV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL 27 A 9:46

## MOTION FOR LEAVE TO AMEND

Comes now, the plaintiff, Pro se, in the above style manner, pursuant to F.R.Civ.P. motion for leave to amend. Plaintiff, wish to add the county commissioners, as defendants who plaintiff, will ask to funded his heart and prostate surgerys immediately without any delays because they are responsible for the funding of medical needs from day to day since plaintiff, has been incarcerated at this facility.

David Cooper, 7743
Date 7-25-06

# CERTIFICATE OF SERVICE

I, plaintiff, has forward copies to the Clerk of the Court, and defendants attorneys by placing them in the U.S. mail this 25th day of July 2006. Certificate of service, motion for amend, amendment to Complaint, motion issuance of a Subpoena to a non-party.

David Cooper, 7743
Date 7-25-06