IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418 MHT

DENNIS NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL 27 A 9:46

## AMENDMENT TO COMPLAINT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. amendment to complaint, plaintiff, wishes to name the County Commissioners, as defendants who plaintiff, will ask to funded his heart and prostrate surgreys immediately without any delays, because they are responsible for the funding of medical needs from day one since plaintiff, has been incarcerated at this Facility. plaintiff further states that he consider this statement to be new develpment and which plaintiff, consider to be extra ordinary circumstances which is justifying the amendment to this complaint, who funds the montgomery County Detention Facility from day to day which is their responsiblity as County commissioners. plaintiff. also wish to see that he is mindful of the magistrate judge order on motion dated 6-16-06 second paragraph, which states complaint about mefither which has occured daily, weekly, monthy. It is not the plaintiff, who is at fault who is constantly violating the defendants right but the defendants who is violating

plaintiff, rights. plaintiff further states that he have no choice but to seek on legal action regarding the violation of his right. Plaintiff in a very delicate situation regarding his medical needs, as to which he could die at any given moment regarding his heart and prostrate needs. Plaintiff further state that time might not be on his side. Therefore, he has to holler in all his action why seeking immediate help in order to stay alive. plaintiff further states his heart and prostrate surgerys which is needed is nothing to play with. plaintiff further states that on or around 6-15-06, he placed a sick-call slip in, because he was dizzie and having hard headaches, and their wasn't any response. Plaintiff again placed another sick-call slip in again no response. However, medical do check his blood pressure monthy, and can't monitor my suffering I am going thur, on two occasions, I was denied the right to see the doctor. again about 6-29-06, plaintiff is willing to request two more 1983 forms and refiled on medical, including writing the department of justice civil rights Division and request and immediate investigation as to plaintiff, requesting poloygraphs tests for defendants including his self.

Date 7-25-06.         Daniel Cooper, 7743
                      Pro se.

# CERTIFICATE OF SERVICE

I, Plaintiff has forward copies to the Clerk of the Court, and defendants attorneys by placing them in the U.S. mail this 25th day of July 2006. Certificate of service, motion for amend, amendment to Compleint motion issuance of a Subpoena to a non-party.

Daniel Cooper, 7743
Date 7-25-06