IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

RECEIVED

2006 JUL 27 A 9 46

U.S. DISTRICT COURT

CASE NO. 2:06-CIV-418-MHT.

De. NICHOLS et al ,
DEFENDANTS,

## MOTION FOR ISSUANCE OF A SUBPOENA TO A NON- PARTY

Comes now, the plaintiff, pro se, in the above style manner, Pursuant to F. R. Civ-p. motion for issuance of a Subpoena To a Non-party. Plaintiff, for a good cause, request that the County Commissioners, names be present to this court a defendants who address is 100 S. Lawrence St. montg, AL, 36104

David Cooper, 7743
Date 7-25-06.

CERTIFICATE OF SERVICE

I, plaintiff has forward copies to the Clerk of the Court, and defendants attorneys by placing them in the U.S. mail this 25th day of July 2006. Certificate of service, motion for amend, amendment to Complaint, motion issuance of a Subpoena to a non-party.

David Cooper, 7743
Date 7-25-06.