IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

v.   CASE NO. 2:06-civ-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. and it's rule request motion for leave to file a motion for default judgment in good faith as to which nurse M. miller, fail to answer the magistrate judge order on motion dated 07-07-06, deadline to file on 7-24-06 paragraph (6) six on or before July 24 2006, defendants miller, shall file an answer to the court complaint as amended.

David Cooper, 7743
Date 7-25-06

CERTIFICATE OF SERVICE

I plaintiff has forward to the Clerk of the District Court, and the defendants defense attorneys on this 25th day of July 2006, motion for leave to file AFFIDAVIT, motion for other penalties Certificate of services, motion for Default Judgment.

David Cooper 7743
Date 7-25-06