IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                    CASE NO 2:06-civ-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR DEFAULT JUDGEMENT

Comes now, the plaintiff pro se, in above style manner, pursuant to F.R.Civ-P., request that motion for default judgment be granted from this honorable court. Plaintiff, further state that the defendant Miller fail to answer the magistrate judge orders on motions dated 07-07-06, deadline to file on 7-24-06 paragraph (6) six on or before July 24, 2006, defendant nurse miller shall file a answer to the complaint, as amended, plaintiff, further state that on magistrate judge order on motion dated on paragraph (2) two line (6) six and (7) seven were as the plaintiff will have the opportunity to responded to the written report, the plaintiff, state that he didn't receive any written report from the defendant nurse miller, on 7-24-06, and yet 7-25-06, on order on motion dated 7-7-06. The plaintiff request to this honorable court to issue it's order on all relevent defendents including county commissioners to immediately fund both surgreys heart and prostrate.

2) Plaintiff, also request to this honorable court pending both surgerys until plaintiff, has heal on this unjust damages which the defendants has contribute to that case No. 2:06-civ-418-MHT be pending until he recover.

3) Plaintiff, further state that, pending to the rest of these damages which he has amended, and still seek monetary damages also be on reserve.

4) Plaintiff further is waiting to see if defendants wish to resolve the remaining damages and demand.

5) Plaintiff only again state that the defendants nurse miller, has not responded to plaintiff on 7-24-06 nor on 7-25-06 Deadline to answer amended complaint.

Respectfully Submitted Paul Cooper, 7743
Date 7-25-06

# CERTIFICATE OF SERVICE

I Plaintiff has forwarded to the Clerk of the District Court and the defendants defense attorneys on this 25th day of July 2006, motion for leave to file AFFIDAVIT, motion for other penalties Certificate of services, motion for Default Judgment.

David Cooper 1743
Date 7-25-06