IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER, 7743
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

2006 JUL 27 A 9: 44

CASE NO. 2:06-CIV-418-MHT

## MOTION FOR OTHER PENALTIES

Comes now, the plaintiff, prose, in the above style manner,
pursuant to the magistrate judge order dated 5-31-06, as to
which plaintiff, call it motion for other penalties. page
3 of 6 paragraph (5) Five 1, thru-4, as stated failure to do so
may result to dismissal regarding plaintiff, errors, and as
stated. or other penalties for violating the magistrate
Judge Order to defendants addressed by not sending plaintiff
a copy thereof, which only was filed sometime around
June 10, 2006 about Doc-number 29, which as of this
date plaintiff, didn't receive. However plaintiff receive a copy
on June 20, 2006, from defendants attorneys motion to
withdraw, motion for extension of time, and no other
motion regarding Doc-No. 29, also plaintiff did filed
a pleading around 6-22-06, asking this court what was
Doc No. 29. Defendants defense attorneys has already violated
the magistrate Judge Order, and plaintiff is looking for
this type of behavior from defendants attorneys, and that
defendants attorneys is trying to put plaintiff, at a
disadvantage. Date 7-25-06. David Cooper

I Plaintiff has forward to the Clerk of the District Court, and the defendants defense Attorneys on this 25th day of july 2006, motion for leave to file AFFIDAVIT, motion for other penalties Certificate of Services   motion for Default Judgment.

David Cooper 7743
Date 7-25-06.