IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                  CASE NO 2:06-CIV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## AFFIDAVIT

Comes now, the plaintiff, pro se, in the above style manner, will testify in any court of law regarding this affidavit under the penalties of perjury for this statement. Plaintiff state that Exhibit-F paragraph F entire paragraph will clearly show this court that their is 4 any emergency medical needs at this facility as this Exhibit F clearly shows. However, plaintiff, situation on 5-11-06 was a emergency situation instead of being treated, he was force to live in pain until 5-17-06 before refilling his prescription see Exhibit-F paragraph F entire paragraph show is base on $10.00 charge fee medical service only.

David Cooper, 1743
Date 7-25-06