IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-418-MHT |
| | ) |
| DR. NICHOLS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for leave to file filed by the plaintiff on July 27, 2006 (Court Doc. No. 51), and as county commissioners are entitled to absolute immunity under § 1983 for claims related to the appropriation of funds for operation of a county jail, *Woods v. Garner*, 132 F.3d 1417, 1420 (11th Cir. 1998) nor is there any reason for issuance of a subpoena to a non-party at this time, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this    28th day of July, 2006.

                                           /s/ Delores R. Boyd

                                      UNITED STATES MAGISTRATE JUDGE