IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-418-MHT |
| | ) |
| DR. NICHOLS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on July 27, 2006 (Court Doc. No. 52), in which the plaintiff seeks leave to file a motion for default judgment and motion for other penalties against the defendants for their alleged failure to comply with the orders of this court, and as the defendants filed a written report and answer on July 26, 2006 (Court Doc. No. 49), it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this 28th day of July, 2006.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE