IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-civ-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. motion for leave to file. Plaintiff, has included reason to file motion for default judgment, in favor of the plaintiff.

David Cooper, 7743
Date 7-26-06.

<span >RECEIVED
2006 JUL 28 A 9:40</span>

<span >Case 2:06-cv-00418-MHT-TFM   Document 55   Filed 07/28/2006   Page 1 of 2</span>

# CERTIFICATE OF SERVICE

I, Plaintiff, pro se, has forward copies of motion for default judgment, motion for leave to file, and certificate of service, a copy each one to the clerk of the district court, one to defendents defense attorneys, by placing them in the U.S. mail on this 26th day of July 2006. And motion to notify the court of miscellaneous matters.

David Cooper, 9243
M.C.D.F.
P.O. Box 4599
Montg, AL 36195