IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID COOPER,
PLAINTIFF,

V.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL 28 A 9:40

## MOTION FOR DEFAULT JUDGMENT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.p. motion for default judgment for the plaintiff. Plaintiff, states that defendants DR. Nichols, and medical nursing supervisor, has fail to respond to magistrate judge order dated 6-16-06, the dated deadline is 7-25-06, and plaintiff haven't receive any copy of anything as to which plaintiff was suppose to receive to respond to this honorable court. Plaintiff, seeks all available remedies he is suppose to receive in his favor regarding these deliberately knowing violations as to which they contribute to. The plaintiff, put his trust in the magistrate judge regarding what is in favorable for plaintiff, and truly know she represent the laws of this great land.

David Cooper 7743
Date 7-26-06.

# CERTIFICATE OF SERVICE

I, Plaintiff, pro se, has forward copies of motion for default judgment, motion for leave to file, and certificate of service, a copy each one to the clerk of the district court, one to defendants defense attorneys, by placing them in the U.S. mail on this 26th day of July 2006. And motion to notify the court of miscellaneous matters.

Daniel Cooper, 9243
M.C.D.F.
P.O. Box 4599
Montg, AL 36195