IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CIV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL 28 A 9:40

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P. motion once again for leave to file. Plaintiff has included reason to file motion for default judgment, in favor of the plaintiff.

David Cooper, 7743
Date 7-26-06.

# CERTIFICATE OF SERVICE

I, Plaintiff, pro se, has forward copies of motion for default judgment, motion for leave to file, and certificate of service, a copy each one to the Clerk of the district court, one to the defendants defense attorneys, by placing them in the U.S. mail on this 26th day of July 2006. And motion to notify the court of miscellaneous matters on 7-26-06 Deadline.

Daniel Cooper, 7743
Plaintiff, Pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195