IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF

V.

RECEIVED

2006 JUL 28 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AMEND 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS.

## MOTION FOR DEFAULT JUDGMENT

Comes now, the plaintiff, in the above Style manner pursuant to F.R.Civ-p. motion for default judgment for the plaintiff, plaintiff, States that defendants De. Nichols and medical nursing supervisor, has fail to respond to magistrate judge order dated 6-16-06, the dated deadline is 7-25-06, and plaintiff havent receive a copy of anything as to which plaintiff was suppose to receive to respond to this honorable court. Plaintiff seeks all available remdies he is suppose to receive in his favor regarding these deliberately knowing violations as to which they contribute to. The plaintiff, put his trust in the magistrate judge regarding what is in favorable for plaintiff, and truly know she represent the laws of this great land.

David Cooper 7743
Date 7-26-06.
Deadline 7-26-06.

CERTIFICATE OF SERVICE

I, Plaintiff, Pro se, has forward copies of motion for default judgment, motion for leave to file, and Certificate of Service, a copy each one to the Clerk of the district court, one to the defendents defense attorneys, by placing them in the U.S. mail on this 26th day of July 2006. And motion to Notify the court of miscellaneous matters.On 7-26-06 Deadline.

Daniel Cooper, 7743
Plaintiff, Prose
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195