IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                              CASE NO. 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, prose in the above style manner, pursuant to F.R.Civ.P. motion to notify the court of miscellaneous matters, as this most honorable court aready been inform about the defendents and their attorneys, who has acted with a terbble treacheous sheeme to deceive this honorable court, as well as to decieve plaintiff, regarding those documents which he believe will clearly shows this court about his conditions, and if not plaintiff, has in his possesion a copy of florida medical records, which clearly shows that the plaintiff, was confined there, prostrate problem turn into prostrate cancer, also MRS. A. Brown, who handle all legal-mail here should and I request be charge for her roll in plots, with the U.S. mail, with tempering with government mail.

Respectfully Submitted David Cooper, 7743
Date 7-26-06.

# CERTIFICATE OF SERVICE

I, Plaintiff, pro se, has forward copies of motion for default judgment, motion for leave to file, and certificate of service, a copy each one to the Clerk of the district Court, one to the defendants defense attorneys, by placing them in the U.S. mail on this 26th day of July 2006. And motion to notify the court of miscellaneous matters on 7-26-06 Deadline.

David Cooper, 7743
Plaintiff, Pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195