IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-418-MHT |
| | ) |
| DR. NICHOLS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motions for leave to file filed by the plaintiff on July 28, 2006 (Court Doc. No. 55 and Court Doc. No. 56), in which the plaintiff seeks leave to file motions for default judgment and a motion to notify court of miscellaneous matters, and for good cause, it is

ORDERED that the aforementioned motions for leave to file be and are hereby DENIED.

Done this   31st day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE