IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION



DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the order dated 6-22-06, and request motion for leave to file motion for issuance of a subpoena, motion for leave to amend, amendment to complaint, same certificate of service, and motion to notify the court of miscellaneous matters, certificates of services, 7-27-06.

David Cooper, 7743
Date 7-13-06
M.C.D.F.
P.O. Box 4599
Montg., AL, 36195

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward a copies to each person, the clerk of the district court, and a copy to the defendants attorney, motion for leave to file, motion to notify the court of miscellaneous matters, and certificate of service by placing them in the U.S. mail this 27th day of July, 2006.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195