IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 JUL 31  A 10: 04

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P, motion to notify the court of miscellaneous matters. Plaintiff is very sorry that he forgot to dated the motion for leave to file, and on motion for leave to amend. However, plaintiff, immediately notify the above documents undated and inform them, the defendants attorneys of 7-13-06, filing dates above. Plaintiff, believe that he might have made an error naming mrs. A. Brown, mail clerk of tempering with the mail, plaintiff didn't know what to believe after not receiving any response on three differant occasions, which defendents attorneys fail to do, 7-24-06, ms. miller, and defendents DR. Nichols, on 7-25-06 deadline and 7-26-06 deadline of again m. miller, response to plaintiff,
7-13-06, filing included.

David Cooper, 7743
Date 7-27-06.

# CERTIFICATE OF SERVICE

I, plaintiff, has forward a copies to each person, the clerk of the district court, and a copy to the defendants attorney, motion for leave to file, motion to notify the court of miscelleneous matters, and certificate of service, by placing them in the U.S. mal this 27th day of July, 2006.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195