DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED 2006 JUL 21 A 11:__
RECEIVED 2006 JUL 18 A 9:36
RECEIVED 2006 JUL 31 A 10:04

## MOTION FOR LEAVE TO AMEND

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. motion for leave to amend. Plaintiff, wishes to add the County Commissioners as defendants who plaintiff, will ask to funded his heart and prostrate surgerys immediately without any delays because they is responsible for the funding of medical needs from day one since plaintiff, has been incarcerated at this facility.

David Cooper 7743
plaintiff, pro se.
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195
Date 7-18-06.
F13>

SCANNED

# CERTIFICATE OF SERVICE

I, plaintiff, has forward a copies to each person, the clerk of the district court, and a copy to the defendants attorney, motion for leave to file, motion to notify the court of miscelleneous matters, and certificate of service, by placing them in the U.S. mail this 27th day of July, 2006.

Daniel Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195