IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.   CASE NO. 2:06-CV-418-MHT

DR NICHOLS, et al,
DEFENDANTS

## AMENDMENT TO COMPLAINT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. amendment to complaint, Plaintiff, wishes to name the County Commissioners, as defendants, who plaintiff, will ask to funded his heart and prostrate surgreys immediately, without any delays, because they is responsible for the funding of medical needs from day one since plaintiff has been incarcerated at this Facility. Plaintiff, further states that he consider this statement to be new develpment and which plaintiff, consider to be extraordinary circumstances which is justifying the amendment to this complaint, who funded the Montgomery County Detention Facility, from day to day with is their responsibility as county commissioners plaintiff, also wishes to say that he is mindful of the magistrate judge order on motions dated 6-16-06 second paragraph, which states complainting about matters which has occurred daily, weekly, monthly, it is not the plaintiff who's at fault who is constantly violating the defendants

rights, but the defendants who is violating plaintiff, rights. plaintiff, further states that he have no choice but to seek on legal action regarding the violation of his right. plaintiff, in a very delicate situation regarding his medical needs, as to which he could die at any given moment regarding his heart and prostrate surgerys. plaintiff, further state that time might not be on his side. Therefore, he has to holler in all his action why seeking immediate help in order to stay alive. plaintiff, further states his heart and prostrate surgerys which is needed is nothing to play with. plaintiff, further states that on are around 6-15-06, he placed a sick-call slip in, because he was dizzie, and having hard headaches, and their wasn't any response. plaintiff again placed another sick-call slip in, again no response. However, medical do check my blood monthly and can't monitor my suffering I am going thur, on two occisions I was denied the right to see the doctor. again about 6-29-06, plaintiff is willing to request (2) two 1983 lawsuit forms and refill on medical including writing the Department of Justice, civil rights Division, and request and immediate investigation as to plaintiff, requesting poloygraph tests for defendants including his self.

Date 7-13-06

Daniel Cooper 7743
Plaintiff, pro se.

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward a copies to each person, the clerk of the district court, and a copy to the defendants attorney, motion for leave to file, motion to notify the court of miscellaneous matters, and certificate of service, by placing them in the U.S. mail this 27th day of July, 2006.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195