IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO 2:06-CV-418-MHT

## MOTION FOR ISSUANCE OF A Subpoena TO A NON-PARTIES

Comes now, the plaintiff, pro se, in the above style manner, pursuant to the F.R.Civ.P. motion for issuance of a subpoena to a non-parties, plaintiff for a good cause request that the county commissioners names be prepresent at they address which is county commissioners, 100 S. Lawerence St., Montg, AL. 36104

David Cooper 7743
plaintiff, pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195
Date 7-13-06.

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward a copies to each person, the clerk of the district court, and a copy to the defendants attorney, motion for leave to file, motion to notify the court of miscellaneous matters, and certificate of service by placing them in the U.S. mail this 27th day of July, 2006.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195