IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. motion for leave to filed, plaintiff, wish to file motion to notify the court of miscellaneous matters, including see Exhibit-K maximum exposure, and motion for extension of time.

Date 7-28-06.
David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Mont, AL. 36195

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward copies to the below mention people, Clerk of the Court, defense attorneys certificate of service, motion for leave to file, motion to notify the court of miscellaneous matters, motion for extension of time <u>Exhibit-M</u> only to the clerk including maximum exposure <u>Exhibits-K</u> by placing them in the U.S. mail this <u>28th</u> day of July 2006. And motion for other penalties.

Paul Cooper, 17743
Plaintiff, pro se,
M.C.D.F.
P.O. Box 4599
Montg, AL 36195