IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MNT

DR. NICHOLS et al,
DEFENDANTS

RECEIVED
2006 AUG -1 A 10:02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.-P. motion to notify the court of miscellaneous matters. Plaintiff, wishes to notify this court of Exhibit-K maximum exposure, which will later on prove a lot of truth about the corruption and lies that the defendants has brought to this court which simply prove that Dr. Nichols including the medical nurse supervisor allow an LPN Nurse Williams, on 7-27-06, play doctor and nurse on 7-27-06, See maximum exposure Exhibit-K with her signature on it and also she bear-witness by her signature prescript medication also who don't have a license to do so., and the maximum exposure clearly speak against Dr. Nichols, defendant including both medical nursing supervisor, as to who are defendants, plaintiff, states that maximum exposure Exhibit-K can be use initially from the beginning of filed 1983 lawsuit to the answers of amend complaint, nurse Williams signature reveal basically how corrupted the medical department is and most of all they are liar and are co-worker cover-up their lies

for each other, and again reveal how inadquately this medical teams really is. It reveal the truth, and on the other hand show that DR. Nichols, including medical nursing supervisor, allow anything regarding these nurses behavior, and that plaintiff, is waiting to hear more lies from all defendants. Plaintiff further state that both attorneys are very skillful regard decieve, also who use their education to even decieve the magistrate judge, it is call an education form of trickey to even mess of these peoples in this country. Plaintiff further states that bascially all business is equited with education degree, and what have you, it is normal in this country of all professional to use their education skills to decieve peoples, it is also not what you have learn, but now you use what you learn. Plaintiff, further state that he didnt receive a indigent package on 7-21-06, and again 7-28-06, again. Plaintiff, didn't receive a indigent pack. Plaintiff, further state that maybe they might say and lie again and states that plaintiff, never put in for indigent those days, which would be another lie. They know plaintiff, needs his stemps envueples to redress to the court and after they seeing <u>maximum exposure Exhibit-K</u> they are going to try and justify there denial of indigent to continue try to put plaintiff, at a disvantage. Plaintiff, request a order to force the canteen to allow plaintiff, indigent because he is order by this court to respond in a certain amount of days to this honorable court, without any interference from co-workers deputies, including the disciplinary report

as indicated Summary page 22, inmates hand-Book clearly shows the plaintiff, can receive indigent Supply No. 5, pargraph C, shows that plaintiff, is allow indigent Supply in emergency situation and this is a emergency Situation because plaintiff, is under order of the court to answer within a certain amount days, and immediately request an order for him to receive all indigent Supply which are soap, toothpaste, toothbrushes, deoderant and two stamps enveples twice a week which amount to (4) Four stamps enveples and eight sheets of writing papers weekly. See Exhibit-M, a copy of page 22, in the inmates hand book, and that can't copy Exhibits for himself are the defendents but defendents have excess to get a inmates rulebook here at M.C.D.F. Plaintiff, further state with all due respect to the magistrate judge ability to see what is happen regarding defendents attorneys sneaking in his answers which was tranform into motion for Summery judge come in pley which shouldn't have been connected to the answers as plaintiff, will prove later on in his responding to Defendents answer that the magistrate judge repeatly stated on all orders not to be filed any motion for dismissal or motion for Summery judgment without asking the magistrate judge first, but they the defense attorneys are trying to decieve the judge the truth will prevail in the end.

Daniel Cooper, 7743
Date 7-28-06.

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward copies to the below mention people, clerk of the court, defense attorneys certificate of service, motion for leave to file, motion to notify the court of miscellaneous matters, motion for extension of time Exhibit-M only to the clerk including maximum exposure Exhibits-K by placing them in the U.S. mail this 28th day of July 2006. And motion for other penalties.

Paul Cooper, 177943
Plaintiff, Pro Se,
M.C.D.F.
P.O. Box 4599
Mont, AL 36195