EXHIBIT - K ALSO KNOWN AS
MAXIMUM EXPOSURE

**Medical Division Charge Sheet**

**Montgomery County Detention Facility**

Inmate Name: Cooper David    R/S: BM    DOB: 5-23-52

Booking No. 7743    Floor: 3I    Cell: ___

**SERVICES**

___ XRay $10.00   ___ Doctor Visit $10.00    X Nurse Visit $10.00
___ Lab $10.00    ___ Dentist Visit $10.00   X Prescription $3.0

Nursing Staff Signature: M. Williams    Date: 7-27-06

Inmate Signature: [signature]    Date: 7-27-06

White Original: Medical File    Yellow Copy: Accounts Manager    Pink Copy: Inmate

NO Copy To DEFENDANTS ATTORNEYS
BUT they can get copy from Nurs Williams