IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS et al
DEFENDANTS

RECEIVED
2006 AUG -1  A 10: 43
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR EXTENSION OF TIME

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. motion for extension of time. Plaintiff request on extension of time because he need all stamps enveple he is entire to under the indigent rule of this facility and that he will do the best he can with what he receive because he didn't have funds to send all answer in one legal enveple due to his indigent, he states the he will have to file so much to the court, and defense attorneys as he go and for any reason plaintiff, request to this honorable court to bear with him because he only have a eight grade education and still he is not crazy and only have a mental illness and promise to show the defense attorneys that he do posses some a knowladge, I plaintiff request as much time the court allow in order to get stamps enveple.

David Cooper, 7743
Date 7-28-06

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward copies to the below mention people, Clerk of the court, defense attorneys certificate of service, motion for leave to file, motion to notify the court of miscellaneous matters, motion for extension of time Exhibit-M only to the Clerk including maximum exposure Exhibits K by placing them in the U.S. mail this 28th day of July 2006. And motion for other penalties.

Paul Cooper, 17743
Plaintiff, pro se,
M.C.D.F.
P.O. Box 4599
Montg, AL 36195