IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MK

DR. NICHOLS et al,
DEFENDANTS.

## MOTION FOR OTHER PENALTIES

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. motion for other penalties, and pursuant to the magistrate Judge order dated 5-31-06, page 3 of 6 paragraph (5) five (a) 1-thur line 4, as stated failure to do so may result to dismissal regarding plaintiff error and as stated or other penalties. Plaintiff states that defendant nurse Miller, is in violations of the above underline Plaintiff, also stated that nurse Miller deadline on dated 07-07-06 Paragraph (6) six, fail to answer. However, the answer that the defendants DR. Nichols, and medical nursing Supervisor, are also are in violation of the above order also - See filing dated 6-16-06 which deadline was 7-25-06 received postmark on 7-27-06, mail on 7-26-06, one day after the deadline. Plaintiff states that he is unable to make a copies of postmark date to give defense attorney a copy.

Date 7-30-06.

David Cooper, 17543

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward copies to the below mention people, Clerk of the court, defense attorneys certificate of service, motion for leave to file, motion to notify the court of miscellaneous matters, motion for extension of time Exhibit-M only to the Clerk including maximum exposure Exhibits-K by placing them in the U.S. mail this 28th day of July 2006. And motion for other penalties.

Paul Cooper, 177 43
Plaintiff, pro se,
M.C.D.F.
P.O. Box 4599
Montg, AL 36195