IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743                    *

    Plaintiff,                         *

       v.                          *          2:06-CV-418-MHT

DR. NICHOLS, *et al.*,                 *

    Defendants.                        *

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on July 31, 2006 in which Plaintiff seeks leave to file a motion to notify court, a motion to amend to name the county commissioners as defendants so that they may provide funding for his medical needs, and motion for issuance of a subpoena to non-parties, and for good cause, it is

ORDERED that the motion (Doc. No. 58) be and is hereby DENIED.

Done, this 14th day of August 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE