IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 1, 2006, and for good cause, the motion shall be granted in part and denied in part.  To the extent Plaintiff seeks leave to file a motion to notify the court of Defendants' alleged corruption, lies, and cover-ups through admission of a medical division charge sheet and motion for other penalties against Defendants for their alleged failure to comply with the orders of this court, and as Defendants filed an answer and written report on July 26, 2006 (Doc. No. 49), it is

ORDERED that the motion (Doc. No. 59) be and is hereby DENIED.

Upon consideration of Plaintiff's motion for leave to file a motion for extension of time, and for good cause, it is

ORDERED that the motion (Doc. No. 59) is GRANTED.  Accordingly, it is further ORDERED that:

      1.  Plaintiff's motion for extension of time is GRANTED; and

      2.  Plaintiff is GRANTED an extension from August 16, 2006 to August 29, 2006 to file his opposition to Defendants' written report.

      Done, this 14th day of August 2006.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE