IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56. motion for leave to file; Plaintiff, states that he is requesting leave to file motion for appointment of counsel, certificate of service, motion for leave to file, plaintiff, responses to defendants affidavits individually, plaintiff, special report and answer, motion to notify the court of miscellaneous matters.

Date 8-9-06.
Daniel Cooper 7)43
M.C.D.F.
P.O. Box 4599
Monts, AL, 36195

# CERTIFICATE OF SERVICE

I, plaintiff, pro se has forward copies of the following, motion for appointment of counsel, Certificate of Service, plaintiff, responses to defendants affidavits, individually, plaintiff responses to special report and answers, as to treat as motion for summary judgment. One copies each to the above peoples including motion for leave to file, to the clerk of the court one copy and one copy to defendents defense attorneys. plaintiff answers to Defendants affidavits.

Date 8-9-06

Nacol Cooper, 7743
M.C.D.F.
P.O. Box 4599
Mont, AL. 36195