IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED

2006 AUG 14  A 9: 39

_____ CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

DAVID COOPER
PLAINTIFF

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, the Plaintiff, Pro se, in the above style manner, Pursuant to F.R.Civ-P.56, motion for appointment of Counsel. Plaintiff, States that exceptional circumstances is totally indicating warrant for the appointment of Counsel see plaintiff responses to defendants affidavits individually, affidavit of Kenneth Nichols, Gail Colborn, Melodye Miller, Donna Couey, and plaintiff responses to defendants special report and answer, including and not limited Treat as motion for summary judgement, please also obreuse plaintiff Exhibits throughtout his entire complaint. Plaintiff also states that due to all the evidence plaintiff has is warrant for appointment of counsel. Plaintiff also states that the defendants has two counsel representing defendents including back up Counsel who are in the same building together which make it a totally of (6) six Counselor, because plaintiff knows they will Step up to the the and bat with help to help their co-workers,

David Cooper, 7743

Date 8-9-06.