IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF

v.                                                                    CASE NO. 2:06-cv-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 AUG 14 A 9:39
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF RESPONSES AND ANSWERS TO DEFENDANTS SPECIAL REPORT ANSWER TREATED AS MOTION FOR SUMMARY JUDGMENT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-p. 56. Plaintiff, responses and answer to defendants special report answer treated as motion for Summary judgment.

### INTRODUCTION ONE

Defendants has filed a special report answer treated responses is that plaintiff, defense is stronger then they think. See all Exhibits which clearly shows that all defendants has perjury themselves except nurse miller, However, the plaintiff will determit file a motion for production of documents regarding her job application, and a copy of her summary on discharge regarding why she left a good position for a corrupted job here, and to see if she have a bad discharge from her previous job.

### DEFENDANTS ALLEGATIONS TWO

plaintiff, states that nurse M. Miller, DR. Nichols, Gail Colburn and Donna Couey, defendents did contribute to violating the plaintiff, eigth emendment right of the federal U.S. Constitution deliberately and has perjury themselves trying to coverup their false deeds, plaintiff, further states that defendents deliberately cause indifferent to plaintiff, heart and prostrate problem see exhibits- 3, 4, regarding Prostrate Hypertroph Cancer, and anyone with common sense would know automatically that surgrey is needed immediately, plaintiff, further states that exhibit-5 thur 10, will simply prove that plaintiff was in the process of getting his third heart surgrey, when his mental illness kick in, see also exhibit-5 paragraph 4, which clearly shows states aortic valve needs replacement aware and again on exhibit-8, as stated will carefully replace and plaintiff, cannot read the entire statement, and that he was treated at Baptist hospital with not just one doctor, but a teams of doctors who plaintiff will certainly supoenen all doctors in his behalf to jury trial who will clearly witness to this honorable Court in plaintiff, behalf, plaintiff, states that he has his medical records which do have some errors on them regarding his true date he was treated as to which he is going to request documents from the state of florida medicied financial office which DR. Nichols can't decieve that entire state into their favor, but this report will clearly show the date of treatment as to which he paid them with his emergency medicied Card after he was released on Feb 8, 2006, from North

Broward Detention Facility mentally sworn statement North Broward hospital person gave a false statement stating that plaintiff, voiding all problems there is no way this statement could be true, because plaintiff was released on Feb 8, 2006, one month different, however if defendants had any dealing trying to damages plaintiff, lawsuit with some friends of theirs who work their, it is still not a problem because the truth will ultimately prevail in the end.

### PLAINTIFF ANSWERS TO DEFENDANTS ALLEGATION

Plaintiff, states that he is very strong regarding being a good candidate for civil rights and strongly suppose the federal U.S. constitutions as to which this country was establish on. Plaintiff states that the 1963 lawsuit policy as he see it regarding what was placed on it, doesn't states anything regarding prison litigation reform act, however, plaintiff states that he is not a prisoner, or in prison, but simply in jail and who is a pre-trial detainee at the montgomery County Detention facility hereafter M.C.D.F, who is not sentence yet nor do the prison litigation reform act, effect plaintiff, at all, plaintiff further state that what defense attorneys has just cited is unexceptable.

### SWORN STATEMENT THREE

Plaintiff, states that due to him being indigent and this jail charge 50.¢ per copy he can't afford to get papers notirize, but he is willing to swear in court including but not limited his witness who will also testify in this honorable court to the truth and will swear on the declaration of perjury including plaintiff real truth.

### STATEMENT OF FACTS AND ANSWER TO ALL NUMBER

(3)

5) plaintiff will also get all his medications from CVS in florida, CVS to which he can get information from CVS anywhere in this country because he is on the computer system.

6) plaintiff will also seek to get a copy of nurse m.miller, Job application at Southern health INC, 3712 Ringold Rd. Suite 364, Chattanooga, TN. 37412, including all jobs in montgomery alabama, to see whether she has a bad discharge she was force to resigned for poorest job performance and a summarying on her discharge.

7) plaintiff, also listen to defense attorneys who stated that nurse m.miller, last day on this job was Feb 28, 2006, However, plaintiff have a witness by the name of michael Fergusion, 84391, who will testify under oaths at court that on or around may 15, 2006, he try to get nurse miller, name for plaintiff, and she wouldn't give her name and who was waiting on Diabetics approximately 5:00 A.M. that morning.

8) Plaintiff, also states that their isn't any emergency medical treatment. See inmates rulebook, which is a exhibit oready filed in this court. plaintiff, further stated that medical only call sick-call inmates to medical when the doctor is here so they received 10.00 charge each visit.

9) Plaintiff states that he had to suffers regarding his prostrate problem, which now is cancer from 5-13-06, and up to 5-17-06, 5-17-06, plaintiff was started back on his medication due to plaintiff, ran out of his personal medication.

10) plaintiff, also states that he had a bladder infection in florida which cause plaintiff, to have a IV catheter gauge in him approximately two days in florida from north Broward medical center, and wore it out stated in Broward county Outreach center, 1700. Blount Rd. Pompano beach,

(4)

1) answer, of the defendants ever do routine sick+call inside the housing units. See exhibit-18, this statement is purely fabrication and plaintiff have witness who are just willing to swear in court under oath, under perjury to these lies. However, plaintiff, states that all activity regarding medical treatment are done in the medical area of this M.C.D.F. The defendants sworn affidavits get caught lying plaintiff, will seek charges for perjury themselves and obstructions of justice plaintiff, is fighting for his rights and life.

2) Plaintiff, states that on 4-8-06 at approximately 6:00 a.m. his medication was transfer here to M.C.D.F. from the city jail requesting a deputy who name is unknown, plaintiff states that nurse m. miller, received plaintiff medication as stated previously fail to give plaintiff his medication, on 4-8-06, even after plaintiff, requested it

3) Plaintiff, then asked nurse miller on 4-9-06, approximately 5:00 A.m in the morning to please give him his medication and she stated she only do Diabetics although approximately 600. inmates are at M.C.D.F.

4) Plaintiff, also ask nurse Dees, to give him his medication approximately 9:30 A.m. on 4-9-06, who also stated that she didn't have it, plaintiff stated he was going to file a grievance, MS, Dees, response was I don't care so plaintiff, file a grievance and took it to the deputy who was assigned to this unit, she rec'd the grievance, and call medical and then, he was called out to take a physical who then gave plaintiff his own prescription medication approximately at 3:00 p.m.

(5)

Fla. 33064, because the nurse at St. Lawerence chapel is the one who helped plaintiff, get his prescription feild at another health facility for low income peoples. Plaintiff, sue that if this court order this nurse to respond in writing she will certainly answer because she no plaintiff, situation including seeing a nurse prolisertion have plaintiff, on file that true doter plaintiff, came there on the coldest night in florida their records will vertify the truth, the plaintiff, think that DR.Nichols have friends in that hospital who lied on hospital report.

11) Plaintiff, stated that he didn't have a ideal that he had prostrate Hypertroph Cancer, see exhibit-3,4, until he sent for records at north Broward medical center only since he had been in this facility,

12) Plaintiff, further states that it was approximately Feb 10 2006, when he was seen by north Broward medical center, and that his, medical financial office report will reveal the truth.

13) Plaintiff, states that april 9, 2006, nurse Dees, and nurse Burkett, was the ones who seen him, and not Rosie Orum R.N.

14) Plaintiff, states that he do have a problem with gonortea and syphills and the only thing wrong with plaintiff, eyes is he needs his glasses which are at the City jail in his property.

15) See exhibit-12, regarding plaintiffs problem also see exhibit-5, 6, 8, 12.

16) plaintiff states that DR. Nichols, didn't order any medication on 4-9-06, and if he continue to state this plaintiff will request a production of documents from their drug store to seek the truth.

(6)