IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN 1st DIVISION

DAVID COOPER
PLAINTIFF,

v.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

2006 AUG 14 A 9:38

## PLAINTIFF, RESPONDING TO AFFIDAVIT OF DONNA COUEY, LPN

Comes now, the plaintiff, pro se, in the above style manner pursuant to F.R.Civ.P. 56, plaintiff, responding to affidavit of Donna Couey LPN, plaintiff states that he will take a oath at jury trial.

1. Plaintiff, doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. Plaintiff, doesn't denied the first paragraph, but do denied the second paragraph regarding sick-call in the housing unit. See exhibits 1-18.
5. Plaintiff, doesn't denied this statement.
6. Plaintiff, doesn't denied this statement.
7. Plaintiff, denied that nurse Rosie Crum, RN completed any medical physical on plaintiff, plaintiff denied that he have problem voiding any situation, plaintiff denied he have abrasion on his left arm, and that he doesn't have his glasses with him and that they are at the city jail in his property, plaintiff denied that he have palpitations sometimes see exhibit-6-8, plaintiff, also states that his prostrate problem his turn into prostrate

Hypertension answers 3, 4, 5, 6, 7,

8. Plaintiff state that nurse Burkett, and nurse Dees, on April 9, 2006 give plaintiff, his medication and DR. Nichols wasn't there,

9. Plaintiff, denied this statement and that there wasn't any x-ray see exhibit-14, clearly showing no signature on it.

10. Plaintiff, denied this statement.

11. Plaintiff, denied this statement also see exhibit-K, maximum exposure, nurse Williams has damages her creidibility,

12. Plaintiff, denied this statement it was an nurse who give me this medication and it didn't take two minutes,

13. Plaintiff, denied telling DR. Nichols he was going to have his third heart surgery on april 6, 2006, because he was arrested on april 6, 2006. Plaintiff also states he have had approximately (5) five heart failure in elton m.d. previously. See exhibit-14, no signature, it never happen I don't remember ever having x-ray here.

14. Plaintiff doesn't denied this statement,

15. Plaintiff totally agree with DR. Sanders,

16. Plaintiff, denied that he ever denied medical treatment and nurse Couey LPN, has perjury herself like the rest of the Defendants, see ~~~~ also paragraph three stating plaintiff only sick-call that plaintiff completed, also see exhibit-1, 2, on filed in this court, and plaintiff, says the first paragraph is totally deception, these peoples should be charge with perjury, and obstruction of Justice,

17. Plaintiff, denied this statement see exhibit-1-2 on filed at court,

18. plaintiff, States that he prescribe Hypertroph Cancer medication was stop on 5-11-06, and he filed a grievance on 5-13-06 See exhibit 15 and 17 regarding the entire issue also see 15, Showing that as of 5-15-06, medication Still haven't been received from medical, Plaintiff further states that nurse Couey LPN, has just perjury her self again stating that i was receiving medication as of 5-15-06, Commenced when exhibit-15 clearly Shows and plainly that plaintiff, hasn't receive his medication as of yet.

19. Plaintiff, denied this Statement, See exhibit-3, 4, and exhibit-5 thur 10.

20. plaintiff, denied this Statement.

21. plaintiff, States that See exhibit-3, 4, and exhibit-5 thur 10.

Date 8-9-06.
David Cooper, 7743
M.C.D.F.
P.O. Box 4599
montg, AL. 36195

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DAVID COOPER
PLAINTIFF,

V.                                              CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## PLAINTIFF RESPONDING TO AFFIDAVIT COLBURN LPN.

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, plaintiff, responding to affidavit of Gail Colburn LPN, plaintiff, states that he will take oath at jury trial to all his statement.

1. Plaintiff doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. Plaintiff, states that see exhibit-18, further states that no defendants is telling the truth.
5. Plaintiff, also states that no defendants has denied not giving plaintiff, his medication on 4-8-06 and plaintiff, denied that he has stated he didn't receive medication on 4-9-06 about 3:00 p.m.
6. Plaintiff doesn't denied this statement.
7. Plaintiff, denied this statement and plaintiff, continue to states that nurse Dees, and nurse Burkett, did his physical.
8. Plaintiff denied in part about vision or voiding problem denied also about abrasion on his left arm and eye glosses is in his property at the city jail. See exhibit-12.

14

to decieve the honorable magistrate judge, see exhibit-H

10. plaintiff, denied this statement and believe that he had put in a Sick-Call request see exhibit 2.

11. plaintiff, totally denied this statement and that nurse williams has lost all of her credibility trying to play Doctor and nurse see exhibit-K, maximum exposure.

12. plaintiff, denied this statement and states that a nurse name unknown gave plaintiff, medication because he had problem breathing other words shortness of breath.

13. plaintiff, denied this statement and further states that no x-ray has ever occurred here at this facility see also exhibit-H4, and plaintiff, states that he has have (5) five heart failure in elton M.D. has to their is only one hospital their who will vestify this information.

14. plaintiff states that DR. nichols has just admitted that I was seen by him complaining about my prostrate problem as to which peragraph 16 which stated that I refuse medical treatment and then stated this was the only Sick-Call slip I had ever completed plaintiff, states that DR. nichols is a repeatly liar and continue to attempted to decieve this court with an pack of lies including his entire medical staff.

15. Plaintiff, agree with DR. Sanders statement.

16. plaintiff states nurse Colburn LPN, has also perjury her self in attempting to cover for DR. nichols and who also is trying to decieve the magistrate judge to believe in all these lies, plaintiff further stated that he wish to see a copy of plaintiff signature on this refuser.

17. Plaintiff, states that it was an emergency situation regarding his prostrate Hypertroph cancer see exhibit-3,4.

18. Plaintiff states that he filed a grievance of 5-13-06, and that this problem started on 5-11-06 thur 5-17-06, when he received his prostrate medication see exhibit-15, and 17, showing that as of 5-15-06 he didn't receive any medication as of that date which 5-15-06, grievence response.

19. Plaintiff, stated that exhibit-5, thur 10 aspecially exhibit-7, 9, which clearly states that assessment plan cont,' at the to of exhibit 9, W/o a rotic velve Replacement aware as to which I was inform of this surgery was to take place, exhibit-17 clearly shows that 1 and 3, at the top of the page which clearly and plainly my heart valve is abnormal, by Albert V. Chen, M.D. plaintiff further states that exhibit-8 bottom paragraph clearly and plainly states that Dr. Baju, M.D. states that will carefully replace as to which plaintiff can't read all doctors writing. plaintiff further states that all of these defendents are liers and inoruntly trying to decieve what I cell is a knowledgble magistrate judge who has seen it all regarding Constitutional rights and heard it all, the defendents has only decieve themselves.

20. Plaintiff states that he denied this statement.

21. Plaintiff states that see exhibit-3, 4, regarding his Prostrate Hypertroph cancer and see exhibits 5 thur 10.

Date 8-9-06
David Cooper, 7743
Plaintiff, pro se.

exhibit-3, and exhibit-5 thur 10. This statement will clearly and plainly shows this court that nothing Commenced on 5-15-06, and that this statement say that they was waiting on the medication to commenced in on 5-15-06.

19. Plaintiff, doesn't denied this statement.
20. Plaintiff, denied this entire statement see Exhibit-3, 4, and exhibit-5 thur 10.
21. Plaintiff, totally denied this statement.
22. Plaintiff, denied this statement see exhibit-3, 4, and exhibit-5 thur 10.

Date 8-9-06,
David Cooper, 17743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195