IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF

V.

Dr. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED
2006 AUG 14 A 9:39
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P. 56, motion for appointment of counsel. Plaintiff, states that exceptional circumstances is totally indicating warrant for the appointment of counsel see plaintiff responses to defendants affidavits individually, affidavit of Kenneth Nichols, Gail Colbourn, Melodye Miller, Donna Couey, and plaintiff responses to defendants special report and answer including and not limited treat as motion for summary judgement, please also observe plaintiff exhibits throughtout his entire complaint. Plaintiff, also states that due to all the evidence plaintiff has is warrant for appointment of counsel. Plaintiff, also states that the defendants has two counsel representing defendants including back up counsel who are in the same building together which make it a totally of (6) six counselor, because plaintiff knowns they will step up to the plate and bat with help to help their co-workers.

David Cooper, 177743
Date 8-9-06.