IN THE UNITED STATES DISTRICT COURT, MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

INWARD COOPER
PLAINTIFF,

V.                                   CASE No. 2:06-CV-418-MHT

RECEIVED
2006 AUG 17 A 10:00

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, motion for leave to file, motion to notify the Court of miscellaneous matters, Certificate of service

Date 8-13-06
David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195

# CERTIFICATE OF SERVICE

I plaintiff, has forward motion for leave to file motion to notify the court of miscellaneous matters, and Certificate of service a copy each one to the Clerk of the court, and one copy except exhibits to defense attorneys, and he couldn't get anyone to make copy for him it is extremely important to this court.

Date 8-13-06,
Daniel Cooper, 1743
M.C.D.F.
P.O. Box 4599
monty, AL 36195