IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

DAVID COOPER,
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED
2006 AUG 17 A 10:00
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P motion notify the court of miscellaneous matters. Plaintiff states that he almost forget to filed to this honorable court which clearly and plainly states that plaintiff, had two previous heart surgreys follow the first arrow, and the doctors at baptist hospital stating their ententing of repair to his heart which will be his third heart surgrey, please follow the second arrow, as stated PSH arotic valve repair which clearly shows that Dr. Nichols, and his other defendents has perjury themselves. Please forward a copy of these exhibits to the defense attorneys and please add the amount of these exhibits with my court fees because plaintiff intent to pay this honorable courtis fees, including for copy. Plaintiff stated he got bless to get someone to make his copies of his exhibits to response to these defendants action. Plaintiff states he will supoerra the entire team of doctors from baptist hospital. See also exhibit-F, F-1, F-2.

Date 8-13-06   David Cooper, 137743
Date 8-13-06,



EXHIBIT-F-1

Cooper, Da

COOPER, DAVID
DOB: 09/23/52  Age:53Y  MR #:079236
Admit Date/Time: 04/04/06   1315P
3074 GMS, AHMED L

**Baptist HEALTH**
**PROGRESS RECORD**

| Date | Time | Description |
|------|------|-------------|
| 4/4/6 | | c/c: Chest pain, palpitations |
| | | HPI: 53 year old AA c/o palpitations this morning, when he was at a drug store. Intermittent. No HA/LOC/seizures. Chest pain precordial region – substernal non-radiating. Not ass with any aggravating or relieving factors. Lasting 1-2 hours. Perspiration ⊕ dizziness on and off. SOB exertional. Orthopnea ⊕ ocassional PND. Decrease appetite. ↓ weight (20 lb fluid pill) |
| → | PMH: | Had aortic valve repair 1982, 1993 porcine valve. Not on any anticoagulants except ASA. HTN, BPH |
| | All. | NKDA |
| → | PSH: | Aortic valve repair |
| | Social: | On disability. Does not wish to live with family member. On street. Tobacco 40 pack years. No alcohol, drugs. Not married, 0 children. |
| | FH: | CAD, DM |

PN 30001  Revised 8/03

PRINTED BY: b17606   DATE 4/19/2006


COOPER, DAVID
DOB: 08/23/52  Age: 53Y  MR#: D79236
Admit Date/Time: 04/04/06  0902A
232B GUTIERREZ, CARLOS M


UAB MONTGOMERY INTERNAL MEDICINE RESIDENCY PROGRAM

# ADMISSION HISTORY AND PHYSICAL

**Date:** 04/04/06
**Referring MD:**
**Primary MD:**

**Chief Complaint:** CP & palpitations

**History of Present Illness:** 53 yrs AA O⃗ c̄ PMH as written c/o palpitations today AM when he was at a store. Also CP 10/10, compressing, substernal, non radiating, no aggr/relieving factors, lasted several hrs. Got better in ER. SOB⊕, N/V⊕, sweating⊕, dizziness⊕, black out⊕, but no LOC. Had similar episode 2wks ago & was admitted to "North Broward Med. Center" at Fort Lauderdale for 4-5 days. Does not remember the name of physician there. There he was given fluid pills which he took while in hosp. Lost weight b/o the fluid pill. No longer taking the pill.

**PMH:** HTN, ~~CAD~~, BPH
Aortic Valve Replacement X2 (1982, 1993)
"Heart Surgery twice, Waiting on third one."

**MEDS:** ASA
- Cardura

**Allergies:** NKDA

Puneet Bajaj, M.D.
UAB General Medical Service
Physician Signature

