DAVID COOPER
PLAINTIFF,

v.   CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, motion for leave to file certificate of service and affidavit in his behalf, done this 16th day of August 2006. Also motion to notify the court of miscellaneous matters.

David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Monty, AL 36195

RECEIVED 2006 AUG 18 A 11:24

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward a copies each to the Clerk of the Court, and a copy to defense attorneys, affidavit and certificate of service. done this 16th day of August 2006. also motion to notify the court on miscellaneous matters.

Paul Cooper 77 43
M.C.D.F.
P.O. Box 4599
Montg, AL 36195