IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER,
PLAINTIFF,

V.

CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## AFFIDAVIT

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, Affidavit. Plaintiff, states that their ist anything being done here at M.C.D.F. about medical staff regarding the entire medical staff, refusing to treat inmates in a emergency situation, and that inmate Hebert Williams, on 8-16-06 repeatly bang on the glass in regards to his emergency situation of a toothache, and he is a Diabectic, who was extremely sick, and was refused medical treatment from the third shift deputies including the medical staff. This is the type of action which plaintiff, complainted about on 5-11-06, thur 5-16-06, in medical emergency situation, this is being done to all inmates who are in emergency medical situation who immediately need medical treatment, and we will take oath under the penalties of perjury to the above statement in any court of law. The entire medical team here routinely allow inmates to suffer pain until DR. Nichols, come in which is once weekly, and who have the nerves to charge inmates a $10.00 fees why inmates health are permanently being damage by them, also charge and it is clear here that inmates are required to pay a $10.00 charge. See exhibit on medical rules regarding the treatment of inmates without any emergency situations on file a copy of the inmates rulebook which clearly states nothing about emergency situation on file.

Date 8-16-06.

David Cooper 7743

1. Allen Johnston 74204
2. Tommy Pilgrim 67698
3. Quincy Davis # 87068
4. Elton Walton # 79810
5. Wesley Miles # 73985
6. Danny L. Mules # 85199 AIS # 184964
7. David Cooper # 7243
8. Clifford Moore, 13164
9. George Drain 19390
10. Jumaine Jones
11. Florence Washington 9174
12. Mavaris Brown 87788
13. W.F. Woodward 076011
14. Hubert William 87606
15. Lucky Floyd 87349
16. David Iven 77618
17. Anthony Jones 76812
18. Clinton Wright 9564
19. Brian Rudolph 87830

Plaintiff continue to states that this is our half the inmates assigned to the housing unit 2A, and that we cannot go to any other housing unit and if we could then we would have approximately 400 to 500 inmates signatu who would testify about inmates suffering in pain due to the denial of medical treatment from officials at M.C.D.F.