IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 17, 2006 in which Plaintiff seeks leave to file exhibits in support of his opposition to Defendants' written report, and for good cause, it is

ORDERED that the motion (Doc. No. 66) be and is hereby GRANTED.

Done, this 21st day of August 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE