IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743                    *

    Plaintiff,                         *

        v.                       *        2:06-CV-418-MHT

DR. NICHOLS, *et al.*,                 *

    Defendants.                        *

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 18, 2006 in which Plaintiff seeks leave to file an affidavit in support of his opposition to Defendants' written report, and for good cause, it is

ORDERED that the motion (Doc. No. 67-2) be and is hereby GRANTED.

Upon consideration of Plaintiff's motion for leave to file filed by Plaintiff on August 18, 2006 in which Plaintiff seeks leave to file a motion to notify the court of miscellaneous matters, and for good cause, it is

ORDERED that the motion (Doc. No. 67-3) be and is hereby DENIED.

Done, this 21st day of August 2006.

          **/s/ Delores R. Boyd**
          DELORES R. BOYD
          UNITED STATES MAGISTRATE JUDGE