IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                                      CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS,

## PLAINTIFF RESPONDING TO AFFIDAVIT COLBURN LPN.

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, plaintiff, responding to affidavit of Gail Colburn LPN. plaintiff, states that he will take oath at jury trial to all his statement.

1. Plaintiff doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. Plaintiff, states that see exhibit-18, further states that no defendants is telling the truth.
5. Plaintiff, also states that no defendants has denied not giving plaintiff, his medication on 4-9-06 and plaintiff denied that he has stated he didn't receive medication on 4-9-06 about 3:00 p.m.
6. Plaintiff doesn't denied this statement.
7. Plaintiff, denied this statement and plaintiff, continue to states that nurse Dees, and nurse Burkett, did his physical.
8. Plaintiff denied in part about vision are voiding problem denied also about abrasion on his left arm and eye glasses is in his property at the city jail. See exhibit-12.

14

to decieve the honorable magistrate judge, see exhibit-H

10. plaintiff, denied this statement and believe that he had put in a Sick-Call request see exhibit 2.

11. plaintiff, totally denied this statement and that nurse williams has lost all of her credibility trying to play Doctor and nurse see exhibit-K, maximum exposure.

12. plaintiff, denied this statement and states that a nurse name unknown gave plaintiff, medication because he had problem breathing other words shortness of breath.

13. plaintiff, denied this statement and further states that no X-ray has ever occurred here at this facility see also exhibit H4, and plaintiff states that he has have (5) five heart failure in elton M.D. has to their is only one hospital their who will vertify this information.

14. plaintiff states that DR. nichols has just admitted that I was seen by him complaining about my prostrate problem as to which paragraph 16 which stated that I refuse medical treatment and then stated this was the only sick-call slip I had ever completed plaintiff states that DR. nichols is a repeatly liar and continue to attempted to decieve this court with a pack of lies including his entire medical staff.

15. plaintiff, agree with DR. Senders statement.

16. plaintiff, states nurse Colburn Lpn, has also perjury her self in attempting to cover for DR. nichols and who also is trying to decieve the magistrate judge to believe in all these lies, plaintiff further stated that he wish to see a copy of plaintiff signature on this refuser.

17. plaintiff, states that it was an emergency situation regarding his prostrate Hypertroph cancer see exhibit- 3,4.

18. plaintiff states that he filed a grievance of 5-13-06, and that this problem started on 5-11-06 thur 5-17-06, when he received his prostrate medication see exhibit- 15, and 17, showing that as of 5-15-06 he didn't receive any medication as of that date which 5-15-06, grievance response.

19. plaintiff, stated that exhibit-5, thur 10 aspecially exhibit-7, 9, which clearly states that assessment plan cont, at the to of exhibit 9, w/o arotic valve Replacement aware as to which I was inform of this surgery was to take place, exhibit-17 clearly shows that 1 and 3, at the top of the page which clearly and pleinly my heart valve is abnormal, by Albert V. Chan, M.D. plaintiff further states that exhibit-8 bottom paragraph clearly and pleinly states that P.R. Bajaj M.D. states that will carefully replace as to which plaintiff can't read all doctors writing. plaintiff further states that all of these defendents are liers and inorantly trying to decieve what I call is a knowledgble magistrate judge who has seen it all regarding constitutional rights and heard it all, the defendents has only decieve them selves.

20. plaintiff states that he denied this statement.

21. Plaintiff states that see exhibit- 3, 4 regarding his prostrate Hypertroph cancer and see exhibits 5 thur 10.

Date 8-9-06
David Cooper, 7743
Plaintiff, pro se.

18. Plaintiff, in his statement he further stated that exhibit 15 and 17 will clearly and plainly shows this court that nothing commenced on 5-15-06, and that this statement say that they was waiting on the medication to commenced in on 5-15-06.

19. Plaintiff, doesn't denied this statement.

20. Plaintiff, denied this entire statement see Exhibit 3, 4, and exhibit-5 thur 10.

21. Plaintiff, totally denied this statement.

22. Plaintiff, denied this statement see exhibit-3, 4, and exhibit 5 thur 10.

Date 8-9-06.
David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montgomery, AL. 36195