IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO 2:06-CV-418-MHT

RECEIVED
2006 AUG 14 A 9:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF, RESPONDING TO AFFIDAVIT OF DONNA COUEY, LPN,

Comes now, the plaintiff, pro se, in the above style manner pursuant to F.R.Civ-p.56, plaintiff, responding to affidavit of Donna Couey LPN, plaintiff states that he will take a oath at jury trial.

1. Plaintiff, doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. Plaintiff, doesn't denied the first paragraph, but do denied the second paragraph regarding sick-call in the housing unit. See exhibit-18.
5. Plaintiff, doesn't denied this statement.
6. Plaintiff, doesn't denied this statement.
7. Plaintiff, denied that nurse Rosie Crum, R.N completed any medical physical on plaintiff, plaintiff denied that he have problem voiding any situation, plaintiff denied he have abresion on his left arm, and that he doesn't have his glasses with him and that they are at the city jail in his property, plaintiff denied that he have palpitations sometimes see exhibit-6-8, plaintiff, also states that his prostrate problem has turn into prostrate

Hypertrophic Cardie, see exhibit-3, 4;

8. Plaintiff state that nurse Burkett, and nurse Dees, on April 9, 2006 give plaintiff, his medication and Dr. nichols wasn't there.

9. Plaintiff, denied this statement and that there wasn't any x-ray see exhibit-14, clearly showing no signature on it.

10. Plaintiff, denied this statement.

11. Plaintiff, denied this statement also see exhibit-K, maximum exposure, nurse Williams has damages her creidibility.

12. Plaintiff, denied this statement it was an nurse who gave me this medication and it didnt take two minutes.

13. Plaintiff, denied telling Dr. nichols he was going to have his third heart surgrey on april 6, 2006, because he was arrested on april 6, 2006. Plaintiff also states he have had approximately (5) five heart failure in elton m.d. previously. See exhibit-14, no signature, it never happen I don't remember ever having x-ray here.

14. plaintiff doesn't denied this statement.

15. Plaintiff totally agree with DR. Sanders.

16. Plaintiff, denied that he ever denied medical treatment and nurse Couey LPN, has perjury herself like the rest of the defendants, see ~~exhibit~~ also paragraph three stating plaintiff only sick-call that plaintiff completed, also see exhibit-1, 2, on filed in this court, and plaintiff, says the first paragraph is totally deception, these peoples should be charge with perjury, and obstruction of justice.

17. Plaintiff, denied this statement see exhibit-1-2 on filed at court.

18. Plaintiff, states that his prostrate Hypertroph Cancer medication was stop on 5-11-06, and he filed a grievance on 5-13-06 See exhibit 15 and 17 regarding the entire issue also see 15, showing that as of 5-15-06, medication still haven't been received from medical, Plaintiff further states that nurse Couey LPN, has just perjury her self again stating that I was receiving medication as of 5-15-06, Commenced when exhibit-15 Clearly shows and plainly that plaintiff, haven't receive his medication as of yet.

19. Plaintiff, denied this statement, see exhibit-3, 4, and exhibit-5 thur 10.

20. Plaintiff, denied this statement.

21. Plaintiff, states that see exhibit 3, 4, and exhibit-5 thur 10.

Date 8-9-06,
David Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195