

# DEPARTMENT OF MEDICAL RECORDS
### 201 E. Sample Road
### Deerfield Beach, FL 33064

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148  CAP: 1513401

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612  CAP: 1511701

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979  CAP: 1497901

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305  CAP: 2997001

---

## EMERGENCY DEPARTMENT RECORD

### ED Record Adult NB
### 03/27/06 09:23 am Performed by PAGAN RN, RACHEL
### Entered on 03/27/06 09:45 am

**Triage**
Mode of Arrival-ED                                    EMS...
ED Chief Complaint Primary                            Chest Pain
Patient States (Complaint)                            REPORT OF HOMELESS PT ON BENCH WITH C/O CHEST
                                                      PAIN.
Have You Ever Had A Tetanus Shot                      Unknown
Last Tetanus                                          Unknown
Has Anyone Injured You In Past 12 Mos                 No
Follow Up For Possible DV                             No
Primary MD Not Listed (Non-Staff)                     None

**Psychosocial Assessment**
Behavior.                                             Anxious, Cooperative
Present Living Situation                              Other: HOMELESS

**Meds/Allergies**
Allergy                                               Reaction
1. penicillin
Language                                              English
Current Medications Grid
  1. Medication Name                                  ASA
  2. Medication Name                                  CARDUR (PROSTATE)
     Medication Dosage                                UNK DOSE
     Route                                            PO
  3. Route                                            PO
  4. Route                                            PO
     Medication Frequency                             Once a day
  5. Medication Name                                  SEROQUEL
     Medication Dosage                                200 MG
     Route                                            PO
     Medication Frequency                             Twice a day

**ED Med History**
Triage Medical History                               History Provided By Patient
MED HX ED Grid
   CAD:  History Of
Medical History-ED
   Hypertension: History Of:
ED Medical History
   Prostate Hypertrophy/Cancer:  History Of:
   Schizophrenia:  History Of:
   Voiding Problems:  History Of:
OTHER Medical History                                ALCOHOL ABUSE

---

| | | |
|---|---|---|
| ADMIT DATE: 3/27/2006   DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP   MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | FIN#: 264526787 |
| ORDER DR: N/A | | LOCATION: **N 5E** |
| | CORP ID: **1627979** | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**