EXHIBIT 4

# DEPARTMENT OF MEDICAL RECORDS
## 201 E. Sample Road
### Deerfield Beach, FL 33064



**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## EMERGENCY DEPARTMENT RECORD

```
                        ED Record Adult NB
         03/27/06 09:23 am Performed by PAGAN RN, RACHEL
                  Entered on 03/27/06 09:45 am

MAR/IV's
                                        9:29:00
                                          2- EMR aspirin; 162 mg PO NOW - 03/27/06
                                        9:29:00
ED Medication Grid
  1. Date Med Given                     03/27/06
     Time Med Given                     09:25
     Medication/Dose/Route/Frequency      lorazepam; 1 mg IV NOW
     Given By                           RP
  2. Date Med Given                     03/27/06
     Time Med Given                     09:26
     Medication/Dose/Route/Frequency      aspirin; 162 mg PO NOW
     Given By                           RP

IV Access
ED Vascular Access Grid
  1. Date/Time of IV                    03/27/06 09:15
     Access Type                        SL
     Access Site                        Left, Forearm
     IV Catheter Gauge                  20 Gauge
     Attempts                           1X
     Inserted By                        EMS

Adult Assessment
Neurological Assessment                 Findings/Reassessment...
Respiratory Assessment                  Findings/Reassessment...
Cardio/Peripheral Vascular Assessment   Findings/Reassessment...

Neuro Assessment
Glascow Coma Scale                      Yes...

Glascow Coma Scale
Eye Opening                             Spontaneous
Verbal Response                         Oriented
Motor Response Neuro Flow Sheet         Obeys commands
Coma Scale Score GCS                    15

Resp Assessment
Lung Auscultation
    Lung Bilateral:  Clear
```

| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
|---|---|---|---|
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**