EXHIBIT 5

COOPER, DAVID
DOB: 08/23/52  Age: 53Y  MR #079236
Adm Date/Time: 04/04/06  1315P
3074 GMS, AHMED L



**Baptist HEALTH PROGRESS RECORD**

| Date | Time | Description |
|---|---|---|
|  | Gen | 53 yr old AA does not appear to be in distress |
|  |  | pallor ⊖ no icterus, cyanosis, clubbing lymph nodes (−) |
|  | CVR | S1 S2 ⊕ RRR 2/6 M in all areas more pr aortic area extending to carotids |
|  |  | Diastolic murmur prominent left upper sternal area |
|  | PA | Soft non tender non distended BS ⊕ |
|  | Ext | peripheral pulses feet No edema |
|  | CNS | A&O × 4 no focal gait ⊖ |
|  | A/P | ① Palpitations: Angina vs arrhythmia vs thyroid disease vs anxiety — follow: cardiac enzymes, place on telemetry, get records from FL, OH |
|  |  | ② Murmur: AS/AI will get a 2D Echo |
|  |  | ③ Syncope: TIA, Angina, vasovagal will plan a CT in AM Carotid Doppler in AM |
|  |  | ④ Aortic Valve replacement — Gasroe |

PN 30001  Revised 8/03
PN 300
PRINTED BY: B17606   DATE 4/19/2006