EXHIBIT-6





**Baptist HEALTH PROGRESS RECORD**

| Date | Time | Description |
|---|---|---|
| | | GMS |
| 4/5/6 | 9 AM | Patient feeling better. No symptoms at rest. Feels dizzy and anxious, palp, when on walking. φ CP/SOB at rest |
| | | ○ 116/60, 82/min, 98, 18, 95% |
| | | Carotid - radiating murmur |
| Aspirin | | CVS: S₁ S₂ heard. Systolic and diastolic murmur |
| Lovenox | | RRR — Corregan's pulse ⊕ |
| Reglan | | RS: CTAB no crepts. P/A - Soft NT NB |
| Protonix | | CNS: A&Ox3 |
| doxazosin | A/P | ① Palpitations - resolved |
| | | ② Heart murmur - AR/AI |
| | | Patient getting an Echo today → possible AVRepl |
| | | ③ h/o BPH - doxazosin |
| | | ④ DVT prophylaxis - Lovenox |
| | | ⑤ |
| LDL - 65 | | |
| HDL - 117 | | 135 | 95 | 11 | 99 |
| | | 2.0 | 2.5 | 0.8 | 8.4  - 4/4/6 |
| Trig - 91 | | |
| | | 136 | 103 | 8 | 88  - 4/5/6 |
| | | 3.3 | 27 | 0.8 | 7.7 |
| | | Awaiting Echo report |
| | | Endocarditis prophylaxis ✓ for attending |

PN 30001  Revised 8/03

PRINTED BY: b17606      DATE 4/19/2006