1. Abnormal regional LV motion.
2. Normal EF.
3. Moderate AI across the prosthetic valve which is abnormal. Elevated velocity across the aortic valve in systole, which is also abnormal. Recommend TEE.

---

ALBERT V. CHAN, M.D.

TR: AC/PP

D: 04/05/2006 13:50:00
T: 04/07/2006 11:05:07
JOB: 6480091/12259

D: 04/05/2006
T: 04/07/2006

Authenticated by ALBERT V. CHAN, MD On 4/10/06 4:40:33 PM

PRINTED BY: b17606        DATE 4/19/2006