EXHIBIT-8



## UAB ADMISSION HISTORY AND PHYSICAL
MONTGOMERY INTERNAL MEDICINE RESIDENCY PROGRAM

COOPER, DAVID
DOB: 08/23/52  Age: 53Y  MR#:079236
Admit Date/Time: 04/04/06  0902A
2528 GUTIERREZ, CARLOS M

### LABS
Ca:___ Mg:___ Po4:___ DBili:___ MCV:___  Segs: 76  Bands:___ Lymphs: 13  Monos: 10  Eos: 1
AST: 95  ALT: 64  Alk phos: 96  TBili: 0.8  U/A:___
Albumin___ PT: 14.1  PTT: 27  INR: 0.87  ABG:___

135 | 99 | 11    / 99 \   / 11.9 \
3.6 | 29 | 0.8  \ 8.4 / 6.0 \ 34.8 / 178

### Radiology:
CXR - Mild Cardiomegaly.

EKG - S Tachy c̄ PVC's
Lt Atrial enlargement, LVH

### Other Diagnostic Tests:
TP/ALB 6.6/3.2
ETOH 0
Trop 0.11
UDS = Benzo ⊕

### Impression:
① C/ Palpitations - DD's MI vs arrhythmias, vs pneumonia vs pneumothorax vs vol depletion vs PE vs GERD, prob 2° to arrhythmia (? Afib paroxysmal). Will admit for observation. √ Troponins to R/O MI. Will prob. need o/p Holter monitor. Will get all records from "North Broward Med Center" including 2D Echo & carotid U/S. FL & give β blockers

② Syncope - DD's: MI vs TIA vs CVA vs vol depletion vs heat stroke vs arrhythmia. Will get records. Consider CT head/MRI after 24°. Will carefully replace.
√ TSH & free T4

### Assessment and Plan

Puneet Bajaj, M.D.
Physician Signature  UAB General Medical Service
Form #HP 20007 Revised 01/06/06
Page 3 of 4

HP 200
PRINTED BY: b17606