EXHIBIT-9

## ADMISSION HISTORY AND PHYSICAL

UAB Montgomery Internal Medicine Residency Program

**Assessment/Plan (continued):**

fluids b/o ? H/O CHF

③ H/O Aortic Valve Replacement — Aware.
④ HTN: — Cont o/meds. Will titrate
⑤ BPH — Cont o/meds.
⑦ DVT proph. — a LMWH.
⑧ GI proph. — Protonix
⑨ ↑LFTs — will ✓ hepatitis panel

Puneet Bajaj, M.D.
UAB General Medical Service

Resident Physician Signature

**Attending Physician Comments:**
I have reviewed the history and physical exam of Dr. ___Bajaj___, interviewed and examined the patient personally, and reviewed the ancillary/diagnostic data. I agree with the findings, assessment, and plans summarized above.

AS/AI. Get records. I have a feeling that he may require re AVR. Discussed c̄ pt.

No way pleint. of [illegible] Y=5.
County Jail on 4-19-06

Faculty Physician Signature

Form #HP 20007 Revised 01/06/06

PRINTED BY: b17606    DATE 4/19/2006    Page 4 of 4