EXHIBIT T

*ran own seroquel*

*See statement*

# MEDICATION ADMINISTRATION RECORD

*ran out of own seroquel - Triavil started*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ASA 81mg + PO
qd
09/06        ← own meds

DeCongestine SR +
PO BID/1 EOD
17-4/24/06

Manlile 50 mg
Tab + po qd
1/8/06

4 mg po BID
5/06. See report.

4/9/06        4/30/06
*ran out of own medication*
*on 4-30-06*
*See date above*

NKA

Cooper, David

Approved By Doctor:
By:                    Title:              Date: