EXHIBIT-12

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | ✓ | | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | | Blood | | ✓ | Muscle Problem | | |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Comments | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | | | |
| Throat | | ✓ | Liver | | ✓ | Regular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | Irregular Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | # of days Menstrual Period | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | LMP | | |
| Pneumonia | ✓ X4 | | Bladder Infection | | ✓ | Gravida/Para | | |
| Tuberculosis | | ✓ | Trouble Voiding | ✓ | | Last Pap | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Contraception | | |
| | | | | | | Other | | |

Additional Notes: Cataracts bilaterally, Pneumonia 1994.

# EXAM:

Age **53** Sex **M** Race **BLACK** Ht. **72"** Wt. **188#**

BP **102/56** Pulse **76** Resp **18** Temp **97.6**

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | ABRASION ON (L) ARM | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | WNL | |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | Reading + Regular eye glasses | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | Heart palpatation Sometimes |
| Ears: Appearance, Canals, Hearing | WNL | | Extremities: Pulses, Edema, Joints | WNL | |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | WNL | | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | WNL | H |
| Nose | WNL | | Spine | WNL | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | WNL | | Genital/Urinary System | | PROstate problem Frequency + urgency |

# LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? Yes or (No) | | + SKIN test treated c̄ INH x(ya) |
| VDRL / RPR | | |
| Other Lab Tests needed: | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | WNL | |
| General appearance (motor behavior, mannerisms | WNL | |
| Affect (mood) | WNL | |
| Content of thought, history of suicide, present thoughts of suicide | WNL | |

Physical Examiner's Signat~~ure~~ Rosie Quimby

Physician's Signature:

Date: 9 Apr 06
Date: 4/11/06