EXHIBIT 1-13

# PHYSICIANS' ORDERS

*This page fresh in NOT COPY from any original copy.*

Southern Health Partners, Inc.

---

**Name:** David Cooper

**Diagnosis (if chg'd):** Schizophrenia

*noted 4/28/06 Dr Goodson*

① Trievil 9/50 + p.o. B/D.

**D.O.B.:** 8/23/52

**Allergies:** NKA

**Use Last   Date:** 4/28/06

☐ *Generic Substitution Is NOT Permitted*

---

**Name:** Cooper, David

**Diagnosis (if chg'd):** *This clearly show Plaintiff had his own medication because he think out*

D.C. Seroquel   on 5-12-06

*noted 5/12/06 Dr Goodson*

**D.O.B.:** 8/23/52

**Allergies:** NKA

**Use Last   Date:** 5/12/00

☐ *Generic Substitution Is NOT Permitted*   *up until 5-12-06*

---

**Name:**

*This statement shows plaintiff receive serequil on 5-12-06*

**Diagnosis (if chg'd):** *up on 5-12-06*

## EXHIBIT-13

**D.O.B.:**

**Allergies:**

**Last   Date:**

☐ *Generic Substitution Is NOT Permitted*

---

**Name:**

**Diagnosis (if chg'd):**

**D.O.B.:**

**Allergies:**

**Use Last   Date:**

☐ *Generic Substitution Is NOT Permitted*

---

**Name:**

**Diagnosis (if chg'd):**

**D.O.B.**

**Allergies:**

**Use Last   Date:**

☐ *Generic Substitution Is NOT Permitted*

---

**Name:**

**Diagnosis (if chg'd):**

**D.O.B.**

**Allergies:**

**Use Last   Date:**

☐ *Generic Substitution Is NOT Permitted*