*EXHIBIT-14*

# SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| DATE | LAST NAME | FIRST NAME | MI |
| 4/10/2006 | COOPER | DAVID | |
| D.O.B. | SEX | FACILITY | |
| 8/23/1952 | | MONTGOMERY COUNTY JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| NICHOLS *is living* | | MT9831 | |

AP PORTABLE CHEST – 4/10/06

FINDINGS: I see no evidence of air space disease or pleural effusion. Cardiomediastinal silhouette appears grossly unremarkable. Patient status post sternotomy with intact sternal wires.

IMPRESSION: No acute pulmonary disease.

DICTATED BUT NOT REVIEWED

_____
William Abbott, M.D./cdw     *No signature, what hospital supposly did this.*

tt:  4/10/2006 2:45:08 PM
td:  4/10/2006 2:30:22 PM

*Didn't see William Abbott MD on 4-10-06, at Southern Radiology Services, LLC at all.*