*[Handwritten annotation at top:] This clearly shows by the 5-15-06 report which clearly shows that medication was received on 5-15-06. Stating that plaintiff prostrate medication started on april 25 however this I review she is truling a lie. this clearly revealed 5-15-06*

# MCDF PERSONNEL RESPONSE TO GRIEVANCE

GRIEVANCE # : 20060267

Please complete and return to Grievance Clerk

PERSONNEL NAME: MEDICAL           DATE: 05/15/06

INMATE NAME: DAVID COOPER   BKG # 7743   LOC: 2A

Your Cardura has been increased to 4mg 2X a day by Dr Nichols. That is the only treatment ordered at this time. Your Cardura has been ordered and you will receive it as soon as it comes in.

Results from Baptist? I will have Dr Nichols look at Records when he comes in next. And Decide what tx is needed next.

PERSONNEL SIGNATURE: [signature] m7A

RESPONSE DATE: 5/15/06