# MEDICATION ADMINISTRATION RECORD  EXHIBIT-16

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| ASA 81mg ½ PO daily | | |
| Cardura 4mg ½ PO BID | | |

5-1-06   5-31-06

NKA   clarify hos medication 5-31-06

Approved By Doctor: Williams PA