EXHIBIT - 17

Medical

RECEIVED 05/15/06
20060267

# MONTGOMERY COUNTY DETENTION FACILITY
## GRIEVANCE OR APPEAL OF DECISION

Date: 5-13-06                                  Cellblock: 2A

Name: DAVID Cooper                             Booking No. 7743

Date/Time of Alleged Incident: 5-13-06 Afternoon nurse did not bring my prostrate medication

THE FOLLOWING INFORMATION SHOULD BE INCLUDED:

1. Description or Summary of the Complaint
2. Name of Individual(s) Involved
3. Signature of Inmate

On 5-13-06 the afternoon nurse didn't bring my prostrate medication and as the Doctor is aware of the suffering I previous when through regarding pain from not receiving enough prostrate medication I can't afford to miss my medication due to any nurse error, also what is happening regarding the heart surgery and prostrate surgery which I need, I haven't had any response from my last visit with the Doctor regarding the results after he receive the Doctor information from Baptist Hospital. The afternoon shift is the second shift. This nurse is also denieding me medical treatment by not giving me my prostrate medication and it is the second shift this happen on.

David Cooper
Signature of Inmate

PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

Revised 06/11/04