IN THE UNITED STATES DISTRICT COURT OF THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS,

RECEIVED
2006 AUG 23  A 10:50

CASE NO. 2:06-CV-418-MHT

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.CIV.P. 56, motion for leave to file. Plaintiff states that in preparing for granting a motion to produce documents, in also preparing for jury trial truly needs the documents to further prove that Nurse Melodye Miller, has also fabricated her story.

Done this 20th day of August 2006.

David Cooper, 7743
Plaintiff, pro se.

## CERTIFICATE OF SERVICE

I, plaintiff, pro se, has forward a copy each to the office of the Clerk, District Court, and one copy to the defense attorney's motion for leave to file, motion to produce documents, and Certificate of Service done on this 20th day of August, 2006.

Daniel Cooper, 7243
M.C.D.F.
P.O. Box 4599
Montg, AL 36195