IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                    CASE NO. 2:06-CV-418/MHT

DR. NICHOLS, et al,
DEFENDANTS,

RECEIVED
2006 AUG 23 A 10:50

## MOTION TO PRODUCE DOCUMENTS

Comes now, the plaintiff, pro se, in the above style manner pursuant to F.R.Civ-P, 56, motion to produce documents.

### REQUESTS THE SUMMARYING ON DISCHARGES REGARDING THE REASON DISCHARGED

1.) Plaintiff, requests a summarying on the discharge regarding the reason Donna Covey, LPN was relieved from her duties at Hearthstone assisted living center in Huntsville, Alabama from 1999 to 2000, also from the Limestone Correctional Center in Capshaw, Alabama who worked from 2000 to 2001, Southern Health Partners, Inc. 2002 to 2004 and at the Madison County Jail in Huntsville, Alabama who worked from 2004 through March 2006, also requests who worked from March 1, 2006 to May 9, 2006, and SHP in May 9, 2006 continue to worked at the Montgomery County Detention Facility.

2). Plaintiff requests the summarying on the discharge regarding who worked the reason Gail Colburn LPN from 1999 to 2001 at Limestone Correctional facility in Capshaw Alabama. Plaintiff states that he requests all summarying regarding her reason for discharge with SHP in Huntsville Alabama and Decatur, Alabama 2001, also at Eglin Air Force base from Fort Walton beach Fl, from 2003, thur 2005, also medical staffing network plaintiff, assume it was also in Fort Walton beach, Fl. Plaintiff, also requests the same

Summarying as stated above from pH's okaloosa County jail in Crestwood Fl. also nov 1, 2005 SHp autauga County metro jail who worked,

(3) plaintiff, also requests the same as above summarying on the reason nurse melodye miller was discharged as she worked from ~~2002~~ 2002 to 2004 on the pediatric floor of baptist medical center in South montgomery alabama. also from July 2004 to may 2005, at DR. jim corlisle at the all about kids Facility, also assuming in the montgomery alabama area, and also the reason for discharge who worked from may 2005, to February 28, 2006, from Southern health partner Inc. plaintiff, also requests a summarying on the reason for nurse miller being relief from her duties at SHP.

4) plaintiff, also requests from nurse melodye miller, the bank that she deal with including her social security number which will vertify from the social security administration statement regarding truthfully when her social security number was secized to work on ony job. plaintiff states that he very serriously to uncover nurse melodye miller, fabicating as she quit working at SHP, on Feb 28, 2006 and that her banking account will totally reveal without a shadow of a doubt that she had deposited one of her checks eighter from SHP, or the montgomery County Detention Facility after Feb 28, 2006, including his witness inmate micheal Furguson, statement approximately may 15, 2006, he is the one who asked her for her name and she wouldn't give her name to him,

## RELIEF SOUGHTED

Plaintiff, requests for an order from this honorable Court in good faith, to the proper authority as indicated on their sworn affidavits as to which plaintiff, believe is purely fabication from these defendents as all previous evidence has also proven to reveal the defendents teacherous scheme to

continue to attempt to decieve the plaintiff, as well as this honorable Court. plaintiff, States that these documents requested from the proper authority including an order given directly to nurse melodye miller, bank of deeling including her social security number which will truly reveal whether her last day of worked as a employee from the records of the social security administration eighter way it will reveal that she worked after Feb 25, 2006. plaintiff, Sincerely and very devoted requests these order which will further prove that plaintiff, is totally in the right, and has not in any shape attempted to decieve this honorable Court nor has it been any lies come from his lips the truth must prevail without a shadow of a doubt, plaintiff also request this honorable Court to issue order to the proper authority to mail to this Court all summarying on the defendants discharge and request this Court to forward a copy to plaintiff as well as the defense attorneys, plaintiff further states the he believe that the defendents defense attorneys will seek a protective order for defendents best interest, however, plaintiff, States that the defendents doesn't deserve any motions granted due to their teacherous scheme to decieve this Court, also he automatically requesting a denial, in the best interest of justice and to remind this honorable Court that not only is the defendents has perjury themselves including obstruction of justice as to which both attorneys was fully aware of and personally inguages themselves in a conspiray also they're crime partners the defendents the plaintiff also states that defense attorneys should be charge with conspiracy to this Court and obstructions of justice in attempting and knowingly try to decieve the highest Court in this country except the Supreme Court who plaintiff, thinks got all defendents together like on one around June 19th 2006, as clearly shows that nurse melodye millier, was together which both attorneys as indicates on their motion filed to this honorable Court indicates on their motion filed to this

honorable court as stated withdrawal of motion for extension of time filed june 19, 2006 please see record, who both attorneys got all defendants together and all defendants are basically stating the same statement which has already proven to this court as lies, plaintiff, further states that he only have a 8th grade educations as to which both attorneys have collage degrees on a protective order granted wouldn't be in the best interest of justice including the plaintiff, will also notify the alebama state bar regarding both attorneys action. plaintiff, further states that this is not a monopoly game, and these peoples are criminals against true justice and who truly are the emnemy against humility regarding human life. plaintiff, respectfully requests the denial of any protective order or motion to dismiss due to the evidence which plainly and clearly been revealed.

Respectfully Submitted
David Cooper 7743
Date 8-20-06.

## CERTIFICATE OF SERVICE

I, plaintiff, pro se, has forward a copy each to the office of the Clerk, District Court, and one copy to the defense attorney's motion for leave to file, motion to produce documents, and Certificate of Service done on this 20th day of August, 2006.

Daniel Cooper, 7243
M.C.D.F.
P.O. Box 4599
Montg, AL 36195