IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.   CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now the Plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P. 56. Motion for leave to file. Plaintiff is filing Plaintiff first interrogatory to Nurse Melodye Miller, RN. and is forwarding a copy to her defense attorney, in hope that it's motion be granted and if not please let defense attorney no.

David Cooper, 7743
Date 8-22-06

# CERTIFICATE OF SERVICE

I, plaintiff, pro se, has forward a copy each to the clerk of the Court and defense attorney, motion for leave to file plaintiff, first interrogatory to nurse m. miller, and certificate of service done this 22 day of august 2006.

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195