IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF

V.

CASE NO. 2:06-CV-418-MNT

DR. NICHOLS, et al,
DEFENDANTS

## PLAINTIFF, FIRST INTERROGATORY TO NURSE MILLER

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P, 56. Plaintiff, first interrogatory to Nurse miller.

## INTERROGATORY QUESTION BEGAN

1.) Nurse M. miller, for what reason did you leave 2002 to 2004, as you worked on the pediatric floor at baptist medical center.

2.) Nurse M. miller, for what reason did you leave DR. jim Carlisle, all about kids facility from 2004 to may 2005.

3.) Nurse M. miller, for what reason dey you leave SHP Inc, from may 2005 to Feburary 28, 2006.

4.) Nurse m. miller, please state whether you have been employed at any other job since Feb 28, 2006.

5.) Nurse miller, please state what bank you deal with.

6.) Nurse miller, please give me your Social Security number.

7.) Nurse miller, please state whether you receive your pay check from SHP Inc, or Montgomery County Detention Facility, or where do you receive your pay check, and do you have a direct deposit account, or checking, or savings.

8. Nurse miller, please states when your expiration date is ended at SHP Inc.

David Cooper 7743
Date 8-22-06

CERTIFICATE OF SERVICE

I, plaintiff, pro se, has forward a copy each to the clerk of the Court and defense attorney, motion for leave to file plaintiff, first interrogatory to nurse m. miller, and certificate of service done, this 22 day of august 2006.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195