IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 23, 2006 in which Plaintiff seeks leave to file a motion for production of documents, and for good cause, it is

ORDERED that the motion (Doc. No. 72) be and is hereby DENIED.

Done, this 25th day of August 2006.

**/s/Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE