IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID COOPER,
PLAINTIFF,

V.

Dr. NICHOLS et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED
2006 AUG 25 A 9:24

## MOTION FOR LEAVE TO FILE

Comes now the plaintiff, pro se, in the above style manner pursuant to F.R.Civ.P. 56, motion for leave to file. I plaintiff wish to plaintiff, responding to affidavit of Kenneth Nichols, and plaintiff, responding to affidavit of Melodye Miller.

David Cooper 177413
Date 8-23-06,
M.C.D.F.
P.O. Box 4599
Mont., AL, 36195

# CERTIFICATE OF SERVICE

I, plaintiff, responding to affidavit of Kenneth Nichols, have forward a copy each to the Clerk of the Court, and defense attorney, also plaintiff, responding to affidavit Melodye Miller.

Date 8-25-06
David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195