IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED

2006 AUG 21 A 9:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2:06-CV-418-MHT

RECEIVED

2006 AUG 25 A 9:24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF RESPONDING TO AFFIDAVIT OF KENNETN NICHOLS

Comes now, the plaintiff, pro se, in the above style manner, Persuant to F.R.Civ.p. 56, plaintiff responding to affidavit of kenneth Nichols, M.D. plaintiff, states that he will take an oath at jury trial regarding all of his allegations on file at this honorable Court,

1. Plaintiff, doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. plaintiff, doesn't denied the first pargraph of this statement but do denied the second pargraph of this statement See exhibit-18.
5. Plaintiff doesn't denied this statement.
6. plaintiff, denied the second pargraph and states that it was nurse Dees, and nurse Burkett who seen him plaintiff, states they gave him a physical. plaintiff further states that he doesn't have any problem with trouble voiding and denied that any abrasion is on his left arm. plaintiff, further denied that he have palitation retimes See exhibit-5-6-8.

8. ple....

9. Plaintiff, totally denied this statement See exhibit-14, with no signature on it, DR. nichols is falsifying documents

10. plaintiff, denied this Statement.

11. Plaintiff, also denied this Statement and that nurse williams has already damages her creidibility Playing doctor and nurse on exhibit-k, maximum exposure.

12. plaintiff, denied this statement,

~~Plaintiff~~, denied porgraph number 2, Plaintiff, continue to denied eny x-ray See exhibit-14, which was not signature, plaintiff, also states he had approximately (5) five heart failure in elton, M.D.

14. plaintiff, States that DR. Nichols, has just perjury him self See porgraph 16, porgraph (3) three this is the only Sick-call completed but on porgraph two (2) stating I refused medical treatment please Show me a copy of the refuser with my name on it, this clearly shows I seen DR. nichols, april 25, 2006 also See exhibit-1,2, on filed in court,

5. plaintiff, doesn't denied DR. Sanders Statement.

6. plaintiff, States that DR. nichols, has perjury himself denying that I only Completed sick-call once, on the other hand Stated that I refused treatment which is purely fabiction and perjury along with obstructoin of justice,

17. plaintiff, totally denied this statement See exhibit-1,2, on filed and also number 14, above and 16 below clearly Showing as plain as day that this statement are nothing at lies.

7) plaintiff denied that document was signed by plaintiff arm,
and the court can check plaintiff arm in full veiw, and their
is't any reading plus regular eye glasses in his possession and
we have participus and prostrate problems. See exhibit - 3,4,5,
and 8.

8) plaintiff, fully agree with DR. Nichols order receiving his
own medication which seroquel, apirin, Doxcesion which is
verdura 2. m.g. daily, and plaintiff, denied that any perscription
was filed in their Drug store on april 9, 2006. See exhibit - 11
which also clearly shows it was plaintiff, medication own
medication and exhibit - 13, D.C seroquel.

## LEGAL ARGUMENT

Plaintiff, states that all exhibits clearly shows that DR. Nichols,
nurse Colburn, Donna Couey, has denied plaintiff, also
nurse Miller, has denied plaintiff medical needs and who
also has perjury themselves, except nurse miller, as of
yet including but not limited should be charge with
Obstruction of justice, on sworn affidavits, and
falsifying a false documents of some x-ray which never
happen, See exhibit-14, as to which no doctor has signed
it. Plaintiff, states that not only is the defendant trying
to decieve plaintiff, but including the honorable magistrate
Judge which all forms of deception this is what we
have in law enforcement here, under the banner of
falsehood why defendants are trying to hide behind
Judges and law enforcement contributing to Corruption
in this great country. Plaintiff, further states that what
the defendants stated is due to be dismissed should'nt
never be allow, because of the truth which has been
presented to this honorable Court, Plaintiff, never tried
to decieve this Court nor presented any lies also nor any

forms of deception along with forms of educational trickery, in attempting to cover-up are hide the truth due to his degree of knowledge, wisdoms, are hide the truth, plaintiff, has spoken the truth and is ready to swear at any trial along with his witness regarding his evidence o the truth including he will take a polygraph test in he name of truth all will swear before god the creator, to this truth plaintiff, further states that everything the defendants has presented to this honorable court should be void including but not limited their next move which is motion for a dismissal, because the evidences plaintiff To verify the truth from falsehood. Plaintiff, states that defendants so-call case in their favor has totally fail flat on its face without any suppose and the truth should prevail and falsehood automatically vanish, plaintiff, states that all evidences is in plaintiff, favor and all things the defendants has presented should be ban because all evidences i showing to this court in plaintiff behalf, which also clearly show his court his (8) eighth amendment has been violated and the 14 amendment as well see all exhibits revealing all lies that the defendants has foretold see also exhibit, K, maximum exposure of deception and that these exhibits is enough which represent the truth, regarding this so-call untrained judgment for from also their so-call health professional, and their judgment is truly unacceptable. Plaintiff, further state that all evidences will shows that the plaintiff will prevail against these defendants also with jury trial. plaintiff, once again state that all exhibits which clearly shows Dr. nicholb, is a liar, a deciever, and that his so-call review of these records clearly shows different than Dr.

medical opinion matter and that he believe
regarding my heart and prostrate problem clearly shows
an entire different opinions, than what he has currently
presented. Plaintiff, further recognize he has a mental-illness,
however, he is not crazy and knows when he is being abused
from any prison of this earth. plaintiff further states that
exhibits and exhibit-3, that 10 will verify this truth.
Plaintiff wish this court issue an immedidely order requer-
ing regarding plaintiff, heart and prostrate Surgreys be automatic
done basically on evidences which has been presented.

RESPONSES TO DEFENDANT'S REQUEST TO BE TREATED
AS A MOTION FOR SUMMARY JUDGMENT PURUSUANT FRCIV P

Plaintiff states that in all things filed in defendants favor ha
fall flat on it's face, without any legal Standard to Stand
upon exhibits plaintiff, has presented clearly show plainti
needs these two Surgreys and if this honorable court cann
read these doctors report including exhibit-9 and that he
not only seen one doctor but a whole team of doctors to
which this court can order before trial to read their
statement, or talk to anyone and their names is on all
exhibits regarding Baptist hospital report and that plainti
intent to Supoena them from Baptist hospital as witne
including the ambulance Driver, who rush plaintiff to
Baptist hospital on 4-4-06, and that plaintiff heart rate
was over 200 beats a minute and that the ~~~~~~ evidence
in light mostly favor plaintiff.

MOTION TO DENIED SUMMARY JUDGMENT AND
GRANTING IN FAVOR OF PLAINTIFF

plaintiff, states that all evidences is in plaintiff, behalf
which also clearly shows that defendant DR. Nichol

nurse could have committed there own sworn affidavits and perjury themselves in attempting to try and deceive the magistrate judge and that their every move is transparent and it don't take a rocket science to see it. plaintiff, request that motion for summary judgment be dismissed and granting plaintiff a immediate order for heart and prostrate surgeys, and adequate time to heal then Further is request to this court that is will continue to seek monetary damages regarding the deliberately human torture he was subject to this form of treatment as a citizen of the united states who completely violated his constitutional rights, and who had the nerves to attempt to deceive this court, including falsifying a x-ray which never happens see exhibits 14. See also exhibit-15, and 17, regarding my initial statement that from 5-11-06, to to 5-16-06, I didn't receive any medication for my prostrate problem and on 5-15-06, I filed a grievance against medical as to which there answer on response on 5-15-06, is statement exhibit-17 and 15, will clearly shows as of 5-15-06, plaintiff, haven't received any medication on exhibit-16, nurse williams has fabicated her story also see exhibit-K, maximum exposure regarding her credibility. also plaintiff has made a error on some of his legal documents stating that is was 5-13-06 when his prostrate medication stop. But truly it was 5-11-06,

Date 8-9-06
David Cooper, 7743
M.C.P.F.
P.O. Box 4599
Mont's, AL. 36195

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

RECEIVED

200b AUG 21 A 9:48    CASE NO. 2:06-cv-

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DR. NICHOLS et al
DEFENDANTS

PLAINTIFF, RESPONDING TO AFFIDAVIT OF MELODYE MILLER,

Comes now, the plaintiff, pro se, in the above style manner. Pursuant to F.R.Civ-p.56, plaintiff, respond is to affidavit of melodye miller. Plaintiff, state that he will take a oath at jury trial regarding all his statement and allegations,

1. plaintiff, doesn't denied this statement
2. plaintiff, doesn't denied this statement.
3. plaintiff, denied this statement, and further state that nurse melodye miller, was confront by one of plaintiff witness, that he asked her name and she wouldn't give it to him on approximately may 15, 2006, and that michael ferguson will testify in court at jury trial to his statement under oath of this honorable court. Plaintiff further states that he has been having trouble with certain inmates stealing some of his papers work involving in this action and if this court or the defendants see any thing missing which was filed please let me know and I will certainly correct these errors of jealous inmates,

Date 8-9-06
David Cooper 7743
Plaintiff, pro se.

# CERTIFICATE OF SERVICE

I, plaintiff, responding to affidavit of Kenneth nichols, has forward a copy each to the Clerk of the Court, and defense attorney, also plaintiff, responding to affidavit melodye miller.

Date 8-25-06

David carpe 7743

m.c.p.f.

P.O. Box 4599

monty, AL. 36195