IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 25, 2006 in which Plaintiff seeks leave to file a response to Defendants' affidavits in support of their written report, and for good cause, it is

ORDERED that the motion (Doc. No. 75) be and is hereby GRANTED.

Done, this 29th day of August 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE