IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED 2006 AUG 21 A 9:48 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

RECEIVED 2006 AUG 25 A 9:24 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

PLAINTIFF RESPONDING TO AFFIDAVIT OF KENNETH NICHOLS

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. 56, plaintiff responding to affidavit of Kenneth Nichols, M.D. Plaintiff, states that he will take an oath at jury trial regarding all of his allegations on file at this honorable court.

1. Plaintiff, doesn't denied this statement.
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, doesn't denied this statement.
4. Plaintiff, doesn't denied the first paragraph of this statement but do denied the second paragraph of this statement. See exhibit-18.
5. Plaintiff doesn't denied this statement.
6. Plaintiff, denied the second paragraph and states that it was nurse Dees, and nurse Burkett who seen him. Plaintiff, states they gave him a physical. Plaintiff further states that he doesn't have any problem with trouble voiding and denied that any abrasion is on his left arm. Plaintiff, further denied that he have palpitation at times. See exhibit-5-6-8.

8. plaintiff, denied this statement.
9. Plaintiff, totally denied this statement see exhibit-14, with no signature on it, DR. Nichols is falsifying documents.
10. plaintiff, denied this statement.
11. Plaintiff, also denied this statement and that nurse williams has already damages her creidibility playing doctor and nurse on exhibit-k, maximum exposure.
12. plaintiff, denied this statement.
13. plaintiff, denied pergraph number 2, plaintiff, continue to denied any X-ray see exhibit-14, which was no signature, plaintiff, also states he had approximately (5) five heart failure in elton, M.D.
14. plaintiff, states that Dr. Nichols, has just perjury him self see porgraph 16, pergraph (3) three this is the only sick-call completed but on porgraph two (2) stating I refused medical treatment please show me a copy of the refuser with my name on it, this clearly showing I seen DR. Nichols, april 25, 2006 also see exhibit-1,2, on filed in court.
15. plaintiff, doesn't denied DR. Sanders statement.
16. plaintiff, states that DR. Nichols, has perjury himself denying that I only completed sick-call once, on the other hand stated that I refused treatment which is purely fabication and perjury along with obstructoin of justice.
17. plaintiff, totally denied this statement see exhibit-1,2, on filed and also number 14 above and 16 below clearly showing as plain as day that this statement are nothing but lies.

7) Plaintiff denied any abnormalities in his left arm, and the court can check plaintiff arm in full veiw, and their is't any reading plus regular eye glasses in his possession, and he have palpations and prostrate problem see exhibit-3,4,5, and 8.

8) plaintiff, fully agree with DR. Nichols order receiving his own medication which Serquel, apirin, Doxcesion which is Cardura 2. m.g. daily, and plaintiff, denied that any Perscription was filed in their Drug store on april 9, 2006. See exhibit-11, which also clearly Shows it was plaintiff, medication own medication and exhibit-13, D.C. Seroquel.

## LEGAL ARGUMENT

Plaintiff states that all exhibits clearly shows that DR. Nichols, nurse Colburn, Donna Couey, has denied plaintiff, also nurse Miller, has denied plaintiff medical needs and who also has perjury themselves, except nurse miller, as of yet including but not limited should be charge with Obstruction of justice, on sworn affidavits, and falsifying a false documents of some X-ray which never happen, see exhibit-14, as to which no doctor has signed it. plaintiff, states that not only is the defendant trying to decieve plaintiff, but including the honorable magistrate Judge which all forms of deception, this is what we have in law enforcement here, under the banner of falsehood why defendants are trying to hide behind Jedges and law enforcement contributing to corruption in this great country. plaintiff, further states that what the defendants stated is due to be dismissed should'nt never be allow, because of the truth which has been Presented to this honorable court, plaintiff, never tried to decieve this court nor presented any lies also nor any

forms of they deception, also any forms of reductional trickery, in attempting to cover-up are hide the truth due to his degree of knowledge, wisdoms, are hide the truth. Plaintiff, has spoken the truth and is ready to swear at any trial along with his witness regarding his evidence to the truth including he will take a polygraph test in the name of truth all will swear before god the creator, to this truth. Plaintiff, further states that everything the defendants has presented to this honorable court should be void including but not limited their next move which is motion for a dismissal, because the evidences plaintiff had verify the truth from falsehood. Plaintiff, states that defendants so-call case in their favor has totally fail flat on its face without any suppose and the truth should prevail and falsehood automatically vanish. Plaintiff, states that all evidences is in plaintiff, favor and all things the defendants has presented should be ban because all evidences is showing to this court in plaintiff behalf, which also clearly show this court his (8) eighth amendment has been violated and the 14 amendment as well see all exhibits revealing all lies that the defendants has foretold see also exhibit, K, maximum exposure of deception and that these exhibits is enough which represent the truth, regarding this so-call retrained judgment for from also their so-call health professional, and their judgment is truly unexceptable. Plaintiff, further states that all evidences will shows that the plaintiff will prevail against these defendants also with jury trial. Plaintiff, once again states that all exhibits which clearly shows Dr. Nichols, is a liar, a deciever, and that his so-call review of these records clearly shows different than Dr.

medical report Appeals opinion that he believe regarding my heart and prostate problem clearly shows an entire different opinion, than what he has currently presented. Plaintiff further recognize he has a mental-illness, however, he is not crazy and knows when he is being abused from any person of this earth. Plaintiff further states that exhibits and exhibit-3, that 10 will verify this truth. Plaintiff wish this court issue an immediately order requesting regarding plaintiff heart and prostate surgerys be automatically done basically on evidences which has been presented.

## RESPONSES TO DEFENDANTS REQUEST TO BE TREATED AS A MOTION FOR SUMMARY JUDGMENT PURUSUANT FRCIV

Plaintiff states that in all things filed in defendants favor has fail flat on it's face, without any legal standard to stand upon exhibits plaintiff has presented clearly show plaintiff needs these two surgerys and if this honorable court cannot read these doctors report including exhibit-9 and that he not only seen one doctor but a whole teams of doctors to which this court can order before trial to read their statement, or talk to anyone and their names is on all exhibits regarding Baptist hospital report and that plaintiff intent to supoena them from Baptist hospital as witness including the ambulance driver who rush plaintiff to Baptist hospital on 4-4-06, and that plaintiff heart rate was over 200 beats a minute and that the ~~████~~ evidence in light mostly favor plaintiff.

## MOTION TO DENIED SUMMARY JUDGMENT AND GRANTING IN FAVOR OF PLAINTIFF

Plaintiff states that all evidences is in plaintiff behalf which also clearly shows that defendant DR. Nichol

nurse Collins in matter fact have sworn affidavits and perjury themselves in attempting to try and decieve the magistrate judge and that their every move is transparent and it don't take a rocket science to see it. Plaintiff, request that motion for summary judgment be dismissed and granting plaintiff a immediate order for hernia and prostrate surgerys, and adequate time to heal then further I request to this court that I will continue to seek monetiary damages regarding the deliberately human torture he was subject to this form of treatment as a citizen of the United States who completely violated his constitutional rights, and who had the nerves to attempt to decieve this court, including falsifying a x-ray which never happen see exhibit 14. See also exhibit-15, and 17, regarding my initial statement that from 5-11-06, to to 5-16-06, I didn't receive any medication for my prostrate problem, and on 5-15-06, I filed a grievance against medical as to which there answer on response on 5-15-06, as statement exhibit-17, and 15, will clearly shows as of 5-15-06, Plaintiff, haven't received any medication on exhibit-16, nurse Williams has fabicated her story also see exbibit-K, maximum exposure regarding her credibility. also plaintiff has made a error on some of his legal documents stating that is was 5-13-06 when his prostrate medication stop. But truly it was 5-11-06.

Date 8-9-06  
David Cooper, 7743  
M.C.D.F.  
P.O. Box 4599  
Montg, AL, 36195

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.   CASE NO 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED 2006 AUG 21 A 9:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF RESPONDING TO AFFIDAVIT OF MELODYE MILLER

Comes now, the plaintiff, pro se, in the above style manner. Pursuant to F.R.Civ.P. 56, plaintiff, responding to affidavit of melodye miller. Plaintiff, state that he will take a oath at jury trial regarding all his statement and allegations.

1. plaintiff, doesn't denied this statement
2. Plaintiff, doesn't denied this statement.
3. Plaintiff, denied this statement, and further state that nurse melodye miller, was confront by one of plaintiff witness, that he asked her name and she wouldn't give it to him on approximately May 15, 2006, and that Michael Ferguson will testify in court at jury trial to his statement under oath of this honorable court. Plaintiff further states that he has been having trouble with certain inmates stealing some of his papers work involving in this action and if this court are the defendants see any thing missing which was filed please let me know and I will certainly correct these errors of jealous inmates.

Date 8-9-06
David Cooper 7743
Plaintiff, pro se.

# CERTIFICATE OF SERVICE

I, plaintiff, responding to affidavit of Kenneth nichols, hves forward a copy each to the Clerk of the Court, and defense attorney, also plaintiff, responding to affidavit melody e miller.

Date 8-25-06
David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195