IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-MHT

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuent to F.R.Civ-p. 56. Motion for leave to file, plaintiff, states that he intent to file another personal affidavit in his behalf along with exhibits which will clearly shows someone have friends at North Broward medical center, 201 E. Sample Rd. Deerfield beach, Fl. 33064, who knowly change the date of his emergency treatment vist on approximately Feb 10, 2006, and who also lied about plaintiff, stating that plaintiff, right underlined on exhibit-3 Prostrate Hypertrophy Cancer in attempting to make this court think that plaintiff, voids problems regarding his medical needs. See exhibit-20 thur 23, which will clearly and plainly shows also he was incarcerated at North Broward Detention Facility, and if this court check with the Ft. Lauderdale Sheriff office will verify plaintiff, was lock-up, from march 10, 2006, to Feb 8, 2006. See the underlined peragraph 11, which clearly shows the date he change his address, and that court verify verify plaintiff statement and will send this court a copy of the change of address if requested, on 2-9-06. and that their no way plaintiff, had problem voiding medical needs because he was only out of jail one month in according to the medical report someone friends change the emergency room vist date including added a lie about voiding problem in attempting to sabbothge plaintiff, civil action, plaintiff refuse to allow this and he is more advanced then the defendants think see Exhibit-3 underlined, and see exhibit-23 as to if this honorable request a copy of emergency room vist their record is very accurrate. Date 8-28-06.   David Cooper 7743

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward a copy to the Clerk of the Court, and a copy to defense attorney except for exhibits, motion for leave to file affidavit, and Certificate of Service done this 28th day of august 2006.

_____ 7743
Plaintiff, pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195