## AFFIDAVIT

Comes now, the plaintiff, pro se, who will take oath at the jury trial to this statement under the penalties of perjury now and then and states that his statement is true and correct to the best of his knowledge. Plaintiff, states that exhibit-3, last underlined paragraph after prostrate Hypertrophy Cancer states that plaintiff, have problem voiding problem which truely doesn't exist see exhibit-20 thur 22, clearly shows the date plaintiff, was released and change his address to 1698 Blount Rd. Pompano Beach, Fl, 33069, on Feb 9, 2006. Plaintiff, also wish to state that he have more peoples address who help plaintiff, received prescription medication fill at a health facility for indigent people who also allow plaintiff, to stay two nights of Florida coldest nights, along with plaintiff, wearing a catheter 20 gauge see exhibit-4, on file, and that exhibit-20 thur 22, will vertify the change date of address and if this court request a copy of this change from this court then this address change will vertify from north Broward Detention Facility to 1698 Blount Rd. Pompano Beach, Fl. 33069, on Feb 9, 2006. See also exhibit-23, and that if this court seek an order to the state of Florida medicaid office will vertify the date plaintiff, was treated because they paid plaintiff, bill. Plaintiff, further states that the defendents can't get the entire state of Florida to lie for them, nor change their records, so therefore their teachereous scheme as far as attempting to sabbothge plaintiff, civil action has also fail, and plaintiff, believe that this is what happen with these medical records. Plaintiff, further states that exhibit-24, thur 31, it only further prove that plaintiff, team of doctors at baptist medical center is correct and they took the right steps to save plaintiff, life as to which no follow-up treatment was given from north Broward medical center and plaintiff, further states that Dr. Nichols, shouldn't ever be allow to work on any human being. Plaintiff, doesn't have copies for defendents and requests that copies be of all exhibits be send to defense attorney and please added cost of copies to his filing fees.

8-28-06 

EXHIBIT-20

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CIVIL DOCKET FOR CASE #: 05-CV-61921

Cooper v. Law Library Clerk, et al.                              Filed: 12/16/05
Assigned to: William P. Dimitrouleas
Demand: $0                                  Nature of Suit: 550
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in other court: None

Cause: 42:1983 State Prisoner Civil Rights


DAVID COOPER                    David Cooper
    plaintiff                   ppp
                                [NTC] [PRO SE]
                                1698 Blount Road
                                Pompano Beach, FL 33069

    v.

LAW LIBRARY CLERK
    defendant
    [term 03/15/06]

LIEUTENANT, on 3 to 11 shift
    defendant

KEN JENNE, Sheriff
    defendant
    [term 03/15/06]

RILEY, Deputy
    defendant

DES CARDEN, Deputy, 8958
    defendant
    [term 03/15/06]

FOOD SERVICES SUPERVISOR'S
DISCIPLINARY COMMITTEE
    defendant
    [term 03/15/06]

--------------------------------

12/16/05     1       COMPLAINT filed; FILING FEE IFP; Magistrate Judge Patrick
                     A. White (ss) [Entry date 12/19/05]

12/16/05     2       MOTION by David Cooper to proceed in forma pauperis (ss)
                     [Entry date 12/19/05]

12/16/05     3       MOTION by David Cooper for appointment of counsel (ss)
                     [Entry date 12/19/05]

12/16/05     4       Clerk's Order of Magistrate Judge Assignment to Magistrate
                     Patrick A. White, re: Administrative Order (ss)
                     [Entry date 12/19/05]

```
Proceedings include all events.                                    MAGREF     PAW
0:05cv61921    Cooper v. Law Library Clerk, et al.
```

| | | |
|---|---|---|
| 01/05/06 | 5 | ORDER PERMITTING PLAINTIFF TO PROCEED WITHOUT PREPAYMENT OF FILING FEE BUT ESTABLISHING DEBT TO CLERK of $250.00 granting [2-1] motion to proceed in forma pauperis ( Signed by Magistrate Judge Patrick A. White on 1/4/06) [EOD Date: 1/10/06] (nt) [Entry date 01/10/06] |
| 01/05/06 | 6 | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT ( Signed by Magistrate Judge Patrick A. White on 1/4/06) [EOD Date: 1/10/06] (nt) [Entry date 01/10/06] |
| 01/12/06 | 7 | RESPONSE by David Cooper to [6-1] order (ss) [Entry date 01/13/06] |
| 01/31/06 | 8 | Letter REQUEST by David Cooper for restraining order against North Broward Bureau Law Library (ss) [Entry date 02/01/06] |
| 02/02/06 | 9 | ORDER Denying [8-1] request for restraining order against North Broward Bureau Law Library (Signed by Judge William P. Dimitrouleas on 2/2/06) [EOD Date: 2/2/06] (ss) |
| 02/03/06 | 10 | PRELIMINARY REPORT AND RECOMMENDATIONS on any claims based on respondent superior in this civil action be dismissed pursuant to 28 U.S.C. 1915, The Defendants Jenne; Descarden, NBDC Disciplinary Committee; and the NBDC Law Library Clerk be dismissed as parties. of Magistrate Judge Patrick A. White (Signed on: 2/3/06 . Case no longer referred. Objections to R and R due by 2/13/06 CCAP (lk) [Entry date 02/06/06] [Edit date 02/06/06] |
| 02/08/06 | 11 | NOTICE of Change of Address of Party by David Cooper (ss) [Entry date 02/09/06] |
| 02/16/06 | 12 | Notice of lawsuit and request for waiver of service for summons as to Riley Mailed on: 2/16/06 30 days to file waiver. (mh) [Entry date 02/21/06] |
| 02/27/06 | 13 | ORDER TO SHOW CAUSE Objections reset to 3/14/06 for [10-1] report and recommendations (Signed by Judge William P. Dimitrouleas on 2/27/06) [EOD Date: 2/28/06] (ss) [Entry date 02/28/06] |
| 03/15/06 | 14 | ORDER Adopting [10-1] report and recommendations; Dismissing defendants Jenne, DesCarden, NBDC Disciplinary Committee, and the NBDC Law Library Clerk as parties to this action (Signed by Judge William P. Dimitrouleas on 3/15/06) [EOD Date: 3/16/06]   CCAP (ss) [Entry date 03/16/06] |
| 03/22/06 | 15 | Letter MOTION by David Cooper to amend damages from $3,000,000.00 to $25,000.000.00 (ss) [Entry date 03/23/06] |
| 03/22/06 | 16 | Letter SECOND MOTION by David Cooper to amend re: attorney fees and court costs (ss) [Entry date 03/23/06] |
| 03/22/06 | 17 | Letter MOTION by David Cooper for extension of time to fund this action (ss) [Entry date 03/23/06] |
| 03/23/06 | 18 | OMNIBUS ORDER Granting [15-1] motion to amend damages from |

NBMC - PATIENT FACESHEET

```
PATIENT #:      264526787    MR #:  589206     PT TYPE:  C      DSCH IND:
                                                PT STS:          ROOM:
PATIENT NAME:   COOPER ,DAVID                   ROLLOVER:        HOSP SVC:  MED
                                                AGE:     53      NURSE STA:
PT SS #:  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    REL: MOS               BIRTHDATE: 08/23/1952   MARITAL STS:  S
LOC ADDR:                                       PERM ADDR:              SEX: M
                                                  1698 BLOUNT ROAD
                                                  MAILING ADDRESS
                                                  POMPANO BEACH    FL  33069
                                                         ↑ see

GUAR NAME:   COOPER ,DAVID                      GUAR SS #:
GUAR ADDR:   1698 BLOUNT ROAD                   GUAR RELATIONSHIP:  S
             POMPANO BEACH    FL  33069         GUAR PHONE:  111-111-1111
PLAN CODE S33
PRIMARY INSURANCE:  M'CAID 21 & OVER            POLICY  #: 8229858152
POLICY HOLDER'S NAME: COOPER ,DAVID             GROUP   #:
INS. COMPANY PHONE #:                           IP AUTH #:
BILLING ADDR:  MEDICAID          ← see ←        OP AUTH #:
               PO BOX 7062                      ER AUTH #:
PLAN CODE W01     TALLAHASSEE     FL  32314
SECOND INSURANCE:  TFA/M'CAID TIME USED         POLICY  #: 082442746
POLICY HOLDER'S NAME: COOPER ,DAVID             GROUP   #:
INS. COMPANY PHONE #:                           IP AUTH #:
BILLING ADDR:                                   OP AUTH #:
                                                ER AUTH #:
PLAN CODE                                       ADMIT DR NO:
THIRD INSURANCE:                                ATN DR NO: 061417
INS. COMPANY PHONE #:                           POLICY  #:
BILLING ADDR:                                   GROUP   #:


EMPLOYER NAME: UNEMPLOYED                ADDRESS:
EMPLOYER PHONE:

GUAR EMPL NAME:   UNEMPLOYED             PHONE #:
GUAR EMPL ADDR:                          EXT #:


SPOUSE/NEXT OF KIN:  PT STS ,NO          PHONE #:
             ADDRESS:


ADMIT SOURCE:     TRAUMA IND:  N         PREV ADMIT DATE:
ADMIT DR.:
ADMIT DR. PHONE#: 954-938-8998                    ADMIT DATE:  03/27/06
PVT DR.:                       PVT DR #:          DSCH DATE:   03/28/06
ATN DR.:                                          INJURY DATE:
TYPE OF DELIVERY:
 DX:

COMMENTS:                                         CONFIDENTIAL:

HDR:<........................>  DSM IND:         PT LANGUAGE:
MANAGED CARE IND:                EPI IND:           CORP ID#: 0001627979

10:30 07/04/06 FROM 3CH4,NSACTVF2
3D728078
```



**North Broward Medical Center**

## DEPARTMENT OF MEDICAL RECORDS
201 E. Sample Road
Deerfield Beach, FL 33064

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## EMERGENCY DEPARTMENT RECORD

```
                    ED Record Adult NB
          03/27/06 09:49 am Performed by KESKINOV RN, SONIA
                  Entered on 03/27/06 09:52 am
Vital Signs/General Information
     O2 Saturation                        100 %
     Pain Scale                           5
  2. Date of VS                           03/27/06
     Time of VS                           09:49
     VS Taken By                          SK
     Heart Rate                           103 bpm
     Respirations                         18 br/min
     Systolic Blood Pressure              120 mmHg
     Diastolic Blood Pressure             60 mmHg
     BP Site                              Right arm
     Vital Signs Position                 Sitting
     O2 Saturation                        100 %
     Pain Scale                           1
Patient On Room Air Or Oxygen             Oxygen
Rate of Oxygen                            2.00 L/min
GCS Scale                                 Yes...

Adult Fall Risk Assessment
Cardiovascular/Respiratory Disease        Yes
Medication Affecting BP or LOC            Yes
Fall Risk Score                           10
Assessed, Does Not Meet Criteria          No risk for fall

MAR/IV's
FN Meds                                   EMR :

                                            1- EMR lorazepam; 1 mg IV NOW - T;N 03/27/06
                                          9:29:00
                                            2- EMR aspirin; 162 mg PO NOW -  03/27/06
                                          9:29:00
ED Medication Grid
  1. Date Med Given                       03/27/06
     Time Med Given                       09:25
     Medication/Dose/Route/Frequency        lorazepam; 1 mg IV NOW
     Given By                             RP
  2. Date Med Given                       03/27/06
     Time Med Given                       09:26
     Medication/Dose/Route/Frequency        aspirin; 162 mg PO NOW
     Given By                             RP
```

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**

Printed: 07/04/06 10:25 AM



**DEPARTMENT OF MEDICAL RECORDS**
201 E. Sample Road
Deerfield Beach, FL  33064

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## CONSULTATION REPORT

FAMILY HISTORY:  Noncontributory.

REVIEW OF SYSTEMS:  Patient is denying headache.  Denying problems with vision or hearing.  Denying difficulty swallowing.  No abdominal pain.  No fevers.  No joint pain.  No recent weight gait or weight loss.

PHYSICAL EXAMINATION:

GENERAL:  The patient is alert and oriented.

VITAL SIGNS:  Blood pressure is 110/60, the pulse is 80 and regular, respiratory rate is 18.

EYE EXAM:  Anicteric sclerae.

NOSE AND MOUTH EXAM:  Within normal limits.

NECK EXAM:  Normal carotid upstroke.  Bruits are not heard.  Jugular venous distention and hepatojugular reflux are not seen.

CARDIAC EXAM:  The PMI is not felt.  There is normal S1.  The second heart sound is not appreciated.  There is a grade 3/6 holosystolic murmur at the left sternal border that radiates to the axilla.  Grade 2/6 diastolic murmur heard along the left sternal border.  Grade 2/6 systolic ejection murmur at the left sternal border with radiation to the neck.  Grade 2/6 holosystolic murmur at the right sternal border.

LUNGS:  Clear.

ABDOMEN:  Soft and nontender.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**



# DEPARTMENT OF MEDICAL RECORDS
### 201 E. Sample Road
### Deerfield Beach, FL 33064

**North Broward Medical Center**

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory)<br>Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)<br>CLIA: 10D0285148  CAP: 1513401 | Lewis Starasoler, M.D. (IPMC Laboratory)<br>George P. Azar, JR., M.D. (IPMC Pulmonary)<br>CLIA: 10D0284612  CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory)<br>Steven M. Shapiro, M.D. (NBMC Pulmonary)<br>CLIA: 10D0278979  CAP: 1497901 | Peter A. Tsivis, M.D. (CSMC Laboratory)<br>Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)<br>CLIA: 10D0665305  CAP: 2997001 |

## CONSULTATION REPORT

EXTREMITIES: No clubbing, cyanosis or edema.

IMPRESSION:
1. Supraventricular tachycardia/apparent paroxysmal atrial fibrillation.
2. Status post aortic valve replacement on 2 occasions with bioprosthetic valve.
3. History of schizophrenia.

PLAN:
1. Patient is admitted at this time to telemetry.
2. Patient has been known to be noncompliant in the past. I would not think Coumadin would be a good idea for this patient. Would consider aspirin.
3. Begin low-dose beta blockade therapy.
4. Echocardiogram will need to be done.
5. Further recommendations to follow.


DAVID G. PARIS, MD
DP:as2
D: 03/28/2006  8:16 A/Job: 000214748
T: 03/28/2006  2:55 P  /Doc: 1307179

cc: THERESA FORTALEZA-DAWSON, MD
    DAVID G. PARIS, MD

---

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**



**North Broward Medical Center**

### DEPARTMENT OF MEDICAL RECORDS
*201 E. Sample Road*
*Deerfield Beach, FL 33064*

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## HISTORY & PHYSICAL

CHEST: Equal in expansion, barrel shape. No retraction. Old midline sternal surgical scar healed.

LUNGS: Clear to auscultation.

CARDIAC: S1, S2 normal. Regular rate and rhythm. Borderline tachycardic. No thrill.

ABDOMEN: Normoactive bowel sounds. Soft, nontender, nondistended.

EXTREMITIES: No clubbing, cyanosis, or edema.

NEUROLOGIC: Patient alert and oriented x 3, coherent, able to get out of bed and sit in the chair without any problems.

LABORATORY DATA: CBC normal, except for hemoglobin of 12.7. Basic metabolic profile normal except for random blood sugar of 137. Baseline cardiac enzymes negative. Brain natriuretic peptide 439 which is slightly elevated. Liver function tests are normal, except for AST of 174, ALT 70. Lipase is normal. Ethanol high at 292.

Chest x-ray showed no acute pathology.

EKG showed sinus tachycardia, 104 beats per minute, left atrial enlargement and left ventricular hypertrophy by voltage and nonspecific ST-T wave changes.

IMPRESSION:
1. Atypical chest pain with shortness of breath and palpitations. Rule out myocardial infarction.
2. Transient atrial fibrillation, resolved spontaneously to sinus rhythm.
3. Alcohol and tobacco abuse.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**

Printed: 07/04/06 10:25 AM

EXHIBIT 28



**North Broward Medical Center**

### DEPARTMENT OF MEDICAL RECORDS
*201 E. Sample Road*
*Deerfield Beach, FL  33064*

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## EKG REPORT

EKG Image

EKG Diagnosis
Sinus tachycardia
Left ventricular hypertrophy
Nonspecific ST abnormality
Abnormal ECG
No previous ECGs available
Sinus tachycardia
Left ventricular hypertrophy
Nonspecific ST abnormality
Abnormal ECG
No previous ECGs available

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**



# DEPARTMENT OF MEDICAL RECORDS
### 201 E. Sample Road
### Deerfield Beach, FL 33064

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## LABORATORY

3/27/2006 9:40:00 AM TROPONIN I:
REFERENCE RANGE
0.00 - 0.40 ng/mL:   Not consistent with acute myocardial infarction.
$\geq$ 0.40 ng/mL:   Consistent with myocardial damage such as myocardial infarction.



3/27/2006 9:40:00 AM BNP:
A BNP value greater than 100 pg/mL is consistent with a diagnosis of CHF in the appropriate clinical setting. False positive results are more common in females greater than 75 years of age. Blood concentrations of natriuretic peptides may also be elevated in patients with myocardial infarctions and in patients who are candidates for or are undergoing renal dialysis.

---

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**

EXHIBIT 30



**North Broward Medical Center**

**DEPARTMENT OF MEDICAL RECORDS**
*201 E. Sample Road*
*Deerfield Beach, FL 33064*

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## DISCHARGE SUMMARY

ds
Name:       COOPER, DAVID                Room:      --
MR #:       000589206                    Hos Svc:   MED
Acct. #:    000264526787                 Admission: 03/27/2006
Dict. Dr:   THERESA FORTALEZA-DAWSON, MD    Discharge: 03/28/2006
Dict. Resident:
Dictated By:

North Broward Medical Center

**ADMITTING DIAGNOSIS:** Chest pain.

**HISTORY OF PRESENT ILLNESS:** A 53-year-old male with an established history of porcine aortic valve replacement for endocarditis, paranoid schizophrenia, alcohol and tobacco abuse with last intake of alcohol the night prior to admission. He presented to the North Broward Medical Center Emergency Room with a chief complaint of chest pain and shortness of breath.

**ADMISSION ORDERS:** The patient was admitted to the telemetry floor with the diagnosis of chest pain, ruling out myocardial infarction, and alcohol withdrawal. The patient was put on a cardiac diet. Medications ordered were aspirin, Cardura, Seroquel, Tylenol, thiamine, Librium and folic acid.

**HOSPITAL COURSE:** Consultation was carried out by Dr. Paris. His impression was a patient with supraventricular tachycardia, paroxysmal atrial fibrillation, status post aortic valve replacement on two occasions and history of schizophrenia. His plan - the patient was to be admitted to telemetry. The patient had been known to be noncompliant in the past. Begin low dose beta-blocker therapy, echocardiogram and further recommendations to follow.

| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
|---|---|---|---|
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**

Printed: 07/04/06 10:25 AM                                    Page 14 of 24

EXHIBIT - 31



**North Broward Medical Center**

**DEPARTMENT OF MEDICAL RECORDS**
201 E. Sample Road
Deerfield Beach, FL 33064

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## CONSULTATION REPORT

cn
Name:          COOPER, DAVID
MR #:          000589206
Acct. #:       000264526787
Dict. Dr:      DAVID G. PARIS, MD
Resident:
Ref. Dr:
Dictated By:

Room:          --
Hos Svc:       MED
Adm. Date:     03/27/2006
Consult:       03/27/2006

North Broward Medical Center

**REASON FOR CONSULTATION:** CARDIOLOGY CONSULTATION.

**HISTORY OF PRESENT ILLNESS:** This patient is a 53-year-old gentleman with history of endocarditis in the past, apparent status post aortic valve replacement on 2 occasions, 1980 and 1993. He was given a bioprosthetic valve. History of schizophrenia and history of rapid heartbeat, the last occurring back he states in 1992. He came to the emergency room for evaluation of palpitations. Patient apparently was brought in by paramedics after being found weak and was given Adenocard with restoration of sinus rhythm. Strips show evidence of SVT which appears to be atrial fibrillation; however, he did revert to sinus rhythm with Adenocard. He has no prior history of myocardial infarction. No history of congestive heart failure. Patient denies paroxysmal nocturnal dyspnea, denies orthopnea, has had no complaints of peripheral edema. He has had no complaints of syncope.

**CURRENT MEDICATIONS:** Seroquel.

**SOCIAL HISTORY:** Patient smokes, drinks beer excessively.

**ALLERGIES:** NO KNOWN ALLERGIES.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| | | | FIN#: **264526787** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | LOCATION: **N 5E** |
| ORDER DR: N/A | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**

Printed: 07/04/06  10:25 AM