IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on August 30, 2006 in which Plaintiff seeks leave to file an additional response and supporting evidentiary material in opposition to Defendants' written report, and for good cause, it is

ORDERED that the motion (Doc. No. 78) be and is hereby GRANTED.

A review of the docket reflects that pursuant to court order, Defendants filed a written report to Plaintiff's complaint on July 26, 2006. On July 27, 2006 the court entered an order granting Plaintiff an opportunity to respond to Defendants' written report on or before August 16, 2006. By order filed August 14, 2006 the court granted Plaintiff's request for an extension of time to file his opposition to and including August 29, 2006.

Plaintiff filed his opposition, including exhibits, on August 22, 2006. On August 29, 2006 the court granted Plaintiff leave to file an additional opposition. (*See* Doc. No. 76.) The instant order grants Plaintiff leave once again to file a further response and supporting

documentation in opposition to Defendants' written report.

Plaintiff is advised that he is not entitled to litigate this matter in piecemeal fashion at his leisure and the court will not tolerate a continuous stream of requests for leave to file additional opposition. Plaintiff's deadline for filing his opposition to Defendants' written report expired on August 29, 2006. Any further requests for leave to file additional pleadings in opposition to Defendants' written report which are filed beyond this deadline will not be granted absent exceptional circumstances.

Accordingly, it is ORDERED that:

1. **NO** further requests for leave to file a response to Defendants' written report filed which are filed after August 29, 2006 will be considered by the court; and

2. **NO** requests for leave to file a request for additional time to file a further opposition shall be entertained by the court.

Done, this 5th day of September 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE