# AFFIDAVIT

Comes now, the plaintiff, pro se, who will take oath at the jury trial to this statement under the penalties of perjury now and then and states that his statement is true and correct to the best of his knowledge. Plaintiff, states that exhibit-3, last underlined paragraph after prostrate Hypertrophy Cancer states that plaintiff, have problem voiding problem which truely doesn't exist. See exhibit-20 thur 22, clearly shows the date plaintiff, was released and change his address to 1698 Blount Rd. pompano beach, Fl, 33069, on Feb 9, 2006. Plaintiff, also wish to state that he have more peoples address who help Plaintiff, received prescription medication fill at a health facility for indigent people who also allow plaintiff, to stay two nights of florida coldest nights, along with plaintiff, wearing a catheter 20 gauge. See exhibit-4, on file, and that exhibit-20 thur 22, will vertify the change date of address and if this court request a copy of this change from this court then this address change will vertify from north Broward Detention Facility to 1698 Blount Rd. pompano beach, Fl, 33069, on Feb 9, 2006. See also exhibit-23, and that if this court seek an order to the state of Florida medicial office will vertify the date plaintiff, was treated because they paid plaintiff, bill. Plaintiff, further states that the defendants can't get the entire state of Florida to lie for them, nor change their records, so therefore their treacherous scheme as far as attempting to sabbothge plaintiff, civil action has also fail, and plaintiff, believe that this is what happen with these medical records. Plaintiff, further states that exhibit-24, thur 31, it only further prove that plaintiff, team of doctors at baptist medical center is correct and they took the right steps to save plaintiff, life as to which no follow-up treatment was given from north Broward medical center and plaintiff, further states that Dr. Nichols, shouldn't even be allow to work on any human being. Plaintiff, doesn't have copies for defendants and requests that copies be of all exhibits be send to defense attorney and please added cost of copies to his filing fees.

8-28-06                               David Cooper, 7743

# CERTIFICATE OF SERVICE

I plaintiff, pro se, has forward a copy to the Clerk of the Court, and a copy to defense attorney except for exhibits, motion for leave to file, Affidavit, and Certificate of Service done this 28th day of August, 2006.

_David Cope 7743_
Plaintiff, pro se
M.C.D.F.
P.O. Box 4599
Montg., AL. 36195