EXHIBIT 20

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CIVIL DOCKET FOR CASE #: 05-CV-61921

Cooper v. Law Library Clerk, et al.                              Filed: 12/16/05
Assigned to: William P. Dimitrouleas
Demand: $0                              Nature of Suit: 550
Lead Docket: None                       Jurisdiction: Federal Question
Dkt # in other court: None

Cause: 42:1983 State Prisoner Civil Rights


DAVID COOPER                    David Cooper
     plaintiff                  ppp
                                [NTC] [PRO SE]
                                1698 Blount Road
                                Pompano Beach, FL 33069


    v.

LAW LIBRARY CLERK
     defendant
  [term  03/15/06]

LIEUTENANT, on 3 to 11 shift
     defendant
_____

KEN JENNE, Sheriff
     defendant
  [term  03/15/06]
_____

RILEY, Deputy
     defendant
_____

DES CARDEN, Deputy, 8958
     defendant
  [term  03/15/06]

FOOD SERVICES SUPERVISOR'S
DISCIPLINARY COMMITTEE
     defendant
  [term  03/15/06]

---------------------------------

12/16/05     1        COMPLAINT filed; FILING FEE IFP; Magistrate Judge Patrick
                      A. White (ss) [Entry date 12/19/05]

12/16/05     2        MOTION by David Cooper to proceed in forma pauperis (ss)
                      [Entry date 12/19/05]

12/16/05     3        MOTION by David Cooper for appointment of counsel (ss)
                      [Entry date 12/19/05]

12/16/05     4        Clerk's Order of Magistrate Judge Assignment to Magistrate
                      Patrick A. White, re: Administrative Order (ss)
                      [Entry date 12/19/05]