Proceedings include all events                                          MAGREF        PAW
0:05cv61921        Cooper v. Law Library Clerk, et al.

| Date | # | Description |
|---|---|---|
| 01/05/06 | 5 | ORDER PERMITTING PLAINTIFF TO PROCEED WITHOUT PREPAYMENT OF FILING FEE BUT ESTABLISHING DEBT TO CLERK of $250.00 granting [2-1] motion to proceed in forma pauperis ( Signed by Magistrate Judge Patrick A. White on 1/4/06) [EOD Date: 1/10/06] (nt) [Entry date 01/10/06] |
| 01/05/06 | 6 | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT ( Signed by Magistrate Judge Patrick A. White on 1/4/06) [EOD Date: 1/10/06] (nt) [Entry date 01/10/06] |
| 01/12/06 | 7 | RESPONSE by David Cooper to [6-1] order (ss) [Entry date 01/13/06] |
| 01/31/06 | 8 | Letter REQUEST by David Cooper for restraining order against North Broward Bureau Law Library (ss) [Entry date 02/01/06] |
| 02/02/06 | 9 | ORDER Denying [8-1] request for restraining order against North Broward Bureau Law Library (Signed by Judge William P. Dimitrouleas on 2/2/06) [EOD Date: 2/2/06] (ss) |
| 02/03/06 | 10 | PRELIMINARY REPORT AND RECOMMENDATIONS on any claims based on respondent superior in this civil action be dismissed pursuant to 28 U.S.C. 1915, The Defendants Jenne; Descarden, NBDC Disciplinary Committee; and the NBDC Law Library Clerk be dismissed as parties. of Magistrate Judge Patrick A. White (Signed on: 2/3/06 . Case no longer referred. Objections to R and R due by 2/13/06 CCAP (lk) [Entry date 02/06/06] [Edit date 02/06/06] |
| 02/08/06 | 11 | NOTICE of Change of Address of Party by David Cooper (ss) [Entry date 02/09/06] |
| 02/16/06 | 12 | Notice of lawsuit and request for waiver of service for summons as to Riley Mailed on: 2/16/06 30 days to file waiver. (mh) [Entry date 02/21/06] |
| 02/27/06 | 13 | ORDER TO SHOW CAUSE Objections reset to 3/14/06 for [10-1] report and recommendations (Signed by Judge William P. Dimitrouleas on 2/27/06) [EOD Date: 2/28/06] (ss) [Entry date 02/28/06] |
| 03/15/06 | 14 | ORDER Adopting [10-1] report and recommendations; Dismissing defendants Jenne, DesCarden, NBDC Disciplinary Committee, and the NBDC Law Library Clerk as parties to this action (Signed by Judge William P. Dimitrouleas on 3/15/06) [EOD Date: 3/16/06]   CCAP (ss) [Entry date 03/16/06] |
| 03/22/06 | 15 | Letter MOTION by David Cooper to amend damages from $3,000,000.00 to $25,000.000.00 (ss) [Entry date 03/23/06] |
| 03/22/06 | 16 | Letter SECOND MOTION by David Cooper to amend re: attorney fees and court costs (ss) [Entry date 03/23/06] |
| 03/22/06 | 17 | Letter MOTION by David Cooper for extension of time to fund this action (ss) [Entry date 03/23/06] |
| 03/23/06 | 18 | OMNIBUS ORDER Granting [15-1] motion to amend damages from |