Proceedings include all events.                                    MAGREF    PAW
0:05cv61921     Cooper v. Law Library Clerk, et al.

|  |  |  |
|---|---|---|
|  |  | $3,000,000.00 to $25,000.000.00, Granting [16-1] second motion to amend re: attorney fees and court costs, Denying [17-1] motion for extension of time to fund this action (Signed Judge William P. Dimitrouleas on 3/23/06) [EOD Date: 3/24/06] (ss) [Entry date 03/24/06] |
| 03/27/06 | 19 | Letter MOTION by David Cooper for extension of time to fund this action (ss) [Entry date 03/28/06] |
| 04/04/06 | 20 | NOTICE of mail returned undeliverable as to David Cooper (ss) |
| 04/07/06 | 21 | ORDER denying Duplicate filed [19-1] motion for extension of time to fund this action. This case remains referred to Judge White. (Signed by Judge William P. Dimitrouleas on 04/07/06) [EOD Date: 4/11/06] (gp) [Entry date 04/11/06] |
| 04/07/06 | 21 | ORDER that the CASE REMAINS REFERRED to Magistrate Judge Patrick A. White (Signed by Judge William P. Dimitrouleas on 04/07/06)    CCAP [EOD Date: 4/11/06] (gp) [Entry date 04/11/06] |
| 04/07/06 | 22 | AMENDED OMNIBUS ORDER  amending [18-1] order  granting [15-1] motion to amend damages from $3,000,000.00 to $25,000.000.00, granting [16-1] motion to amend re: attorney fees and court costs, denying [17-1] motion for extension of time to fund this action. This case remains referred to Judge White. (Signed by Judge William P. Dimitrouleas on 04/07/06) [EOD Date: 4/11/06] (gp) [Entry date 04/11/06] |
| 05/09/06 | 23 | ORDER RE SERVICE OF PROCESS REQUIRING PERSONAL SERVICE UPON AN INDIVIDUAL (Signed by Magistrate Judge Patrick A. White on 05/08/06) [EOD Date: 5/10/06] (ra) [Entry date 05/10/06] |
| 05/09/06 | 24 | SUMMONS(ES) issued for Riley (hd) [Entry date 05/10/06] |
| 05/15/06 | 25 | ORDER denying [3-1] motion for appointment of counsel ( Signed by Magistrate Judge Patrick A. White on 1/4/06) [EOD Date: 5/16/06] (wc) [Entry date 05/16/06] |
| 06/05/06 | 26 | NOTICE of mail returned undeliverable as to David Cooper (ss) [Entry date 06/06/06] |
| 06/05/06 | 27 | NOTICE of mail returned undeliverable as to David Cooper (ss) [Entry date 06/06/06] |