EXHIBIT 2

NBMC - PATIENT FACESHEET

```
PATIENT #:     264526787    MR #:  589206        PT TYPE:  C      DSCH IND:
                                                 PT STS:          ROOM:
PATIENT NAME:  COOPER, DAVID                     ROLLOVER:        HOSP SVC:  MED
                                                 AGE:  53         NURSE STA:
PT SS #:  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       REL: MOS             BIRTHDATE: 08/23/1952   MARITAL STS: S
LOC ADDR:                                        PERM ADDR:              SEX: M
                                                   1698 BLOUNT ROAD
                                                 MAILING ADDRESS
                                                   POMPANO BEACH    FL  33069
                                                           ↑ see

                                                 GUAR SS #:
GUAR NAME:  COOPER, DAVID                        GUAR RELATIONSHIP:  S
GUAR ADDR:  1698 BLOUNT ROAD                     GUAR PHONE: 111-111-1111
            POMPANO BEACH         FL  33069
                                                 POLICY  #: 8229858152
PLAN CODE S33                                    GROUP   #:
PRIMARY INSURANCE: M'CAID 21 & OVER
POLICY HOLDER'S NAME: COOPER, DAVID              IP AUTH #:
INS. COMPANY PHONE #:            ← see ←         OP AUTH #:
BILLING ADDR:  MEDICAID                          ER AUTH #:
               PO BOX 7062
                                                 POLICY  #: 082442746
PLAN CODE W01       TALLAHASSEE    FL  32314     GROUP   #:
SECOND INSURANCE:  TFA/M'CAID TIME USED
POLICY HOLDER'S NAME: COOPER, DAVID              IP AUTH #:
INS. COMPANY PHONE #:                            OP AUTH #:
BILLING ADDR:                                    ER AUTH #:
                                                 ADMIT DR NO:
                                                 ATN DR NO: 061417
PLAN CODE                                        POLICY  #:
THIRD INSURANCE:                                 GROUP   #:
INS. COMPANY PHONE #:
BILLING ADDR:
                                                 ADDRESS:

EMPLOYER NAME: UNEMPLOYED
EMPLOYER PHONE:                                  PHONE #:
                                                 EXT #:
GUAR EMPL NAME: UNEMPLOYED
GUAR EMPL ADDR:
                                                 PHONE #:

SPOUSE/NEXT OF KIN: PT STS, NO
            ADDRESS:
                                                                PREV ADMIT DATE:
                               TRAUMA IND:  N                   ADMIT DATE: 03/27/06
ADMIT SOURCE:                                                   DSCH DATE:  03/28/06
ADMIT DR.:                                                      INJURY DATE:
ADMIT DR. PHONE#: 954-938-8998     PVT DR #:
PVT DR.:
ATN DR.:
TYPE OF DELIVERY:                                               CONFIDENTIAL:
  DX:
                                                                PT LANGUAGE:
  COMMENTS:                           > DSM IND:                CORP ID#:  0001627979
                                        EPI IND:
HDR:<............................
MANAGED CARE IND:

10:30 07/04/06 FROM 3CH4,NSACTVF2
3D728078
```