

## DEPARTMENT OF MEDICAL RECORDS
### 201 E. Sample Road
### Deerfield Beach, FL 33064

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

**North Broward Medical Center**

## EMERGENCY DEPARTMENT RECORD

```
                    ED Record Adult NB
      03/27/06 09:49 am Performed by KESKINOV RN, SONIA
                 Entered on 03/27/06 09:52 am
```

**Vital Signs/General Information**
```
    O2 Saturation                        100 %
    Pain Scale                           5
 2. Date of VS                           03/27/06
    Time of VS                           09:49
    VS Taken By                          SK
    Heart Rate                           103 bpm
    Respirations                         18 br/min
    Systolic Blood Pressure              120 mmHg
    Diastolic Blood Pressure             60 mmHg
    BP Site                              Right arm
    Vital Signs Position                 Sitting
    O2 Saturation                        100 %
    Pain Scale                           1
Patient On Room Air Or Oxygen            Oxygen
Rate of Oxygen                           2.00 L/min
GCS Scale                                Yes...
```

**Adult Fall Risk Assessment**
```
Cardiovascular/Respiratory Disease       Yes
Medication Affecting BP or LOC           Yes
Fall Risk Score                          10
Assessed, Does Not Meet Criteria         No risk for fall
```

**MAR/IV's**
```
FN Meds                                  EMR :

                                          1- EMR lorazepam; 1 mg IV NOW - T;N 03/27/06
                                         9:29:00
                                          2- EMR aspirin; 162 mg PO NOW -  03/27/06
                                         9:29:00
ED Medication Grid
 1. Date Med Given                       03/27/06
    Time Med Given                       09:25
    Medication/Dose/Route/Frequency       lorazepam; 1 mg IV NOW
    Given By                             RP
 2. Date Med Given                       03/27/06
    Time Med Given                       09:26
    Medication/Dose/Route/Frequency       aspirin; 162 mg PO NOW
    Given By                             RP
```

| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
|---|---|---|---|
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**