

## DEPARTMENT OF MEDICAL RECORDS
201 E. Sample Road
Deerfield Beach, FL  33064

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP:  2997001

## CONSULTATION REPORT

FAMILY HISTORY:  Noncontributory.

REVIEW OF SYSTEMS:  Patient is denying headache.  Denying problems with vision or hearing.  Denying difficulty swallowing.  No abdominal pain.  No fevers.  No joint pain.  No recent weight gait or weight loss.

PHYSICAL EXAMINATION:

GENERAL:  The patient is alert and oriented.

VITAL SIGNS:  Blood pressure is 110/60, the pulse is 80 and regular, respiratory rate is 18.

EYE EXAM:  Anicteric sclerae.

NOSE AND MOUTH EXAM:  Within normal limits.

NECK EXAM:  Normal carotid upstroke.  Bruits are not heard.  Jugular venous distention and hepatojugular reflux are not seen.

CARDIAC EXAM:  The PMI is not felt.  There is normal S1.  The second heart sound is not appreciated.  There is a grade 3/6 holosystolic murmur at the left sternal border that radiates to the axilla.  Grade 2/6 diastolic murmur heard along the left sternal border.  Grade 2/6 systolic ejection murmur at the left sternal border with radiation to the neck.  Grade 2/6 holosystolic murmur at the right sternal border.

LUNGS:  Clear.

ABDOMEN:  Soft and nontender.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**