

**DEPARTMENT OF MEDICAL RECORDS**
*201 E. Sample Road*
*Deerfield Beach, FL  33064*

**North Broward Medical Center**

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## CONSULTATION REPORT

EXTREMITIES:  No clubbing, cyanosis or edema.

IMPRESSION:
1. Supraventricular tachycardia/apparent paroxysmal atrial fibrillation.
2. Status post aortic valve replacement on 2 occasions with bioprosthetic valve.
3. History of schizophrenia.

PLAN:
1. Patient is admitted at this time to telemetry.
2. Patient has been known to be noncompliant in the past.  I would not think Coumadin would be a  good idea  for this patient.  Would consider aspirin.
3. Begin low-dose beta blockade therapy.
4. Echocardiogram will need to be done.
5. Further recommendations to follow.


DAVID G. PARIS, MD
DP:as2
D: 03/28/2006  8:16 A/Job: 000214748
T: 03/28/2006  2:55 P  /Doc: 1307179

cc: THERESA FORTALEZA-DAWSON, MD
   DAVID G. PARIS, MD

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**