---



**DEPARTMENT OF MEDICAL RECORDS**
201 E. Sample Road
Deerfield Beach, FL 33064

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## HISTORY & PHYSICAL

CHEST: Equal in expansion, barrel shape. No retraction. Old midline sternal surgical scar healed.

LUNGS: Clear to auscultation.

CARDIAC: S1, S2 normal. Regular rate and rhythm. Borderline tachycardic. No thrill.

ABDOMEN: Normoactive bowel sounds. Soft, nontender, nondistended.

EXTREMITIES: No clubbing, cyanosis, or edema.

NEUROLOGIC: Patient alert and oriented x 3, coherent, able to get out of bed and sit in the chair without any problems.

LABORATORY DATA: CBC normal, except for hemoglobin of 12.7. Basic metabolic profile normal except for random blood sugar of 137. Baseline cardiac enzymes negative. Brain natriuretic peptide 439 which is slightly elevated. Liver function tests are normal, except for AST of 174, ALT 70. Lipase is normal. Ethanol high at 292.

Chest x-ray showed no acute pathology.

EKG showed sinus tachycardia, 104 beats per minute, left atrial enlargement and left ventricular hypertrophy by voltage and nonspecific ST-T wave changes.

IMPRESSION:
1. Atypical chest pain with shortness of breath and palpitations. Rule out myocardial infarction.
2. Transient atrial fibrillation, resolved spontaneously to sinus rhythm.
3. Alcohol and tobacco abuse.

---

ADMIT DATE: 3/27/2006
PATIENT TYPE: IP
DISCHARGE DATE: 3/28/2006
MEDICAL SERVICE: MED

ADMIT DR: FORTALEZA-DAWSON MD, THERESA R
ORDER DR: N/A

DOB: 8/23/1952
SEX: M

CORP ID: 1627979

PATIENT: **COOPER, DAVID**
ROOM: **A510 - 2**
MR#: **589206**
FIN#: 264526787
LOCATION: **N 5E**

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**