

## DEPARTMENT OF MEDICAL RECORDS
*201 E. Sample Road*
*Deerfield Beach, FL  33064*

**North Broward Medical Center**

Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148   CAP: 1513401

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612   CAP: 1511701

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979   CAP: 1497901

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305   CAP: 2997001

## EKG REPORT

EKG Image

EKG Diagnosis
Sinus tachycardia
Left ventricular hypertrophy
Nonspecific ST abnormality
Abnormal ECG
No previous ECGs available
Sinus tachycardia
Left ventricular hypertrophy
Nonspecific ST abnormality
Abnormal ECG
No previous ECGs available

---

ADMIT DATE: 3/27/2006
PATIENT TYPE: IP

DISCHARGE DATE: 3/28/2006
MEDICAL SERVICE: MED

DOB: 8/23/1952
SEX: M

PATIENT: **COOPER, DAVID**
ROOM: **A510 - 2**
MR#: **589206**

ADMIT DR: FORTALEZA-DAWSON MD, THERESA R
ORDER DR: N/A

FIN#: 264526787
LOCATION: **N 5E**

CORP ID: 1627979

**MEDICAL RECORDS FINAL
DO NOT DISCARD**