EXHIBIT 29

# DEPARTMENT OF MEDICAL RECORDS

*201 E. Sample Road*
*Deerfield Beach, FL 33064*




Peter Johnson, M.D. (BGMC Laboratory)
Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary)
CLIA: 10D0285148 CAP: 1513401

Lewis Starasoler, M.D. (IPMC Laboratory)
George P. Azar, JR., M.D. (IPMC Pulmonary)
CLIA: 10D0284612 CAP: 1511701

William D. Williams, M.D. (NBMC Laboratory)
Steven M. Shapiro, M.D. (NBMC Pulmonary)
CLIA: 10D0278979 CAP: 1497901

Peter A. Tsivis, M.D. (CSMC Laboratory)
Jeffrey Wolkowicz, M.D. (CSMC Pulmonary)
CLIA: 10D0665305 CAP: 2997001

## LABORATORY

3/27/2006 9:40:00 AM TROPONIN I:
REFERENCE RANGE
0.00 - 0.40 ng/mL: Not consistent with acute myocardial infarction.
> 0.40 ng/mL: Consistent with myocardial damage such as myocardial infarction.

 See

3/27/2006 9:40:00 AM BNP:
A BNP value greater than 100 pg/mL is consistent with a diagnosis of CHF in the appropriate clinical setting. False positive results are more common in females greater than 75 years of age. Blood concentrations of natriuretic peptides may also be elevated in patients with myocardial infarctions and in patients who are candidates for or are undergoing renal dialysis.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: 264526787 |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | **CORP ID: 1627979** | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**