

**DEPARTMENT OF MEDICAL RECORDS**
*201 E. Sample Road*
*Deerfield Beach, FL  33064*

**North Broward Medical Center**

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## DISCHARGE SUMMARY

ds
Name:      COOPER, DAVID                Room:       --
MR #:       000589206                    Hos Svc:    MED
Acct. #:    000264526787                 Admission:  03/27/2006
Dict. Dr:   THERESA FORTALEZA-DAWSON, MD       Discharge:  03/28/2006
Dict. Resident:
Dictated By:

   North Broward Medical Center

ADMITTING DIAGNOSIS:   Chest pain.

HISTORY OF PRESENT ILLNESS:   A 53-year-old male with an established history of porcine aortic valve replacement for endocarditis, paranoid schizophrenia, alcohol and tobacco abuse with last intake of alcohol the night prior to admission. He presented to the North Broward Medical Center Emergency Room with a chief complaint of chest pain and shortness of breath.

ADMISSION ORDERS:   The patient was admitted to the telemetry floor with the diagnosis of chest pain, ruling out myocardial infarction, and alcohol withdrawal. The patient was put on a cardiac diet. Medications ordered were aspirin, Cardura, Seroquel, Tylenol, thiamine, Librium and folic acid.

HOSPITAL COURSE:   Consultation was carried out by Dr. Paris. His impression was a patient with supraventricular tachycardia, paroxysmal atrial fibrillation, status post aortic valve replacement on two occasions and history of schizophrenia. His plan - the patient was to be admitted to telemetry. The patient had been known to be noncompliant in the past. Begin low dose beta-blocker therapy, echocardiogram and further recommendations to follow.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: 1627979 | |

**MEDICAL RECORDS FINAL**
**DO NOT DISCARD**