

## DEPARTMENT OF MEDICAL RECORDS
201 E. Sample Road
Deerfield Beach, FL 33064

**North Broward Medical Center**

| | |
|---|---|
| Peter Johnson, M.D. (BGMC Laboratory) | Lewis Starasoler, M.D. (IPMC Laboratory) |
| Gary Richmond, M.D., F.A.C.P., F.C.C.P. (BGMC Pulmonary) | George P. Azar, JR., M.D. (IPMC Pulmonary) |
| CLIA: 10D0285148   CAP: 1513401 | CLIA: 10D0284612   CAP: 1511701 |
| William D. Williams, M.D. (NBMC Laboratory) | Peter A. Tsivis, M.D. (CSMC Laboratory) |
| Steven M. Shapiro, M.D. (NBMC Pulmonary) | Jeffrey Wolkowicz, M.D. (CSMC Pulmonary) |
| CLIA: 10D0278979   CAP: 1497901 | CLIA: 10D0665305   CAP: 2997001 |

## CONSULTATION REPORT

cn
Name:        COOPER, DAVID              Room:       --
MR #:        000589206                  Hos Svc:    MED
Acct. #:     000264526787               Adm. Date:  03/27/2006
Dict. Dr:    DAVID G. PARIS, MD         Consult:    03/27/2006
Resident:
Ref. Dr:
Dictated By:

North Broward Medical Center

REASON FOR CONSULTATION: CARDIOLOGY CONSULTATION.

HISTORY OF PRESENT ILLNESS: This patient is a 53-year-old gentleman with history of endocarditis in the past, apparent status post aortic valve replacement on 2 occasions, 1980 and 1993. He was given a bioprosthetic valve. History of schizophrenia and history of rapid heartbeat, the last occurring back he states in 1992. He came to the emergency room for evaluation of palpitations. Patient apparently was brought in by paramedics after being found weak and was given Adenocard with restoration of sinus rhythm. Strips show evidence of SVT which appears to be atrial fibrillation; however, he did revert to sinus rhythm with Adenocard. He has no prior history of myocardial infarction. No history of congestive heart failure. Patient denies paroxysmal nocturnal dyspnea, denies orthopnea, has had no complaints of peripheral edema. He has had no complaints of syncope.

CURRENT MEDICATIONS: Seroquel.

SOCIAL HISTORY: Patient smokes, drinks beer excessively.

ALLERGIES: NO KNOWN ALLERGIES.

| | | | |
|---|---|---|---|
| ADMIT DATE: 3/27/2006 | DISCHARGE DATE: 3/28/2006 | DOB: 8/23/1952 | PATIENT: **COOPER, DAVID** |
| PATIENT TYPE: IP | MEDICAL SERVICE: MED | SEX: M | ROOM: **A510 - 2** |
| | | | MR#: **589206** |
| ADMIT DR: FORTALEZA-DAWSON MD, THERESA R | | | FIN#: **264526787** |
| ORDER DR: N/A | | | LOCATION: **N 5E** |
| | | CORP ID: **1627979** | |

**MEDICAL RECORDS FINAL
DO NOT DISCARD**