IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

2006 SEP 12 A 9:33

CASE NO. 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, in the above style manner, pursuant F.R.Civ.P. 56, motion for leave to file. Plaintiff, intent to file a motion to compel to the defendants nurse malodye miller, to answer the plaintiff, first interrogatory to nurse miller in accordingly with the court order dated 8-29-06, originally filed on August 25, 2006, to this honorable court which was granted.

Done this 10th day of September 2006.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

**SCANNED**

# CERTIFICATE OF SERVICE

I, plaintiff, pro se, has forward a copy each one copy to the Clerk of the Court, and one copy to the defense attorney dated 8-10-06, by placing it in the U.S. mail.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL, 36195