IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHEAST DIVISION

DAVID COOPER
PLAINTIFF,

V.                                    CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION TO COMPEL

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.p. 56, motion to compel. Plaintiff, request to this honorable court to issue it's order further granting the motion to compel regarding the order on motion dated 8-29-06, which initially was filed on August 25, 2006 (DOC. NO. 75) which was hereby granted. Plaintiff further states that it has been approximately 12 days from the issue of this order and plaintiff, is not sure whether this honorable court has gave the defendant nurse miller an certain amount of time to answer the plaintiff, first interrogatory to nurse miller, dated 8-22-06, court record date 8-25-06, court response on 8-29-06. Plaintiff, sincerely request to this honorable court to compel nurse miller to answer plaintiff, first interrogatory to nurse miller unless a certain amount of time has been granted by this honorable court. However, plaintiff, request to know and if not, please granted his request as to which he believe will clearly and plainly reveal nurse miller, didn't stop working as claimed on Feb 28, 2006 sworn to on her affidavit date july 21, 2006 and deadline july 26, 2006.

Date 9-10-06                     David Cooper 7743
                                 Plaintiff, pro se

# CERTIFICATE OF SERVICE

I, Plaintiff, pro se, has forward a copy each one copy to the Clerk of the Court, and one copy to the defense attorney dated 8-10-06, by placing it in the U.S. mail.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL, 36195