IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by Plaintiff on September 12, 2006 in which Plaintiff seeks leave to file a motion to compel, and in light of the court's September 8, 2006 order denying Plaintiff's motion for leave to file interrogatories, it is

ORDERED that the motion (Doc. No. 82) be and is hereby DENIED.

Done, this 13th day of September 2006.

                                                    **/s/ Delores R. Boyd**
                                                    DELORES R. BOYD
                                                    UNITED STATES MAGISTRATE JUDGE