DR. NETTLES
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, Pro se, in the above style manner, pursuant to F.R.Civ.P. 56. motion for leave to file.

Done this 19th day of

Daniel Cooper, 7743
Plaintiff, Pro se
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195

# CERTIFICATE OF SERVICE

I plaintiff, has forward a copy each of the following motion for leave to file, motion for jury trial, motion for status review, one copy each to the Clerk of the district Court and one copy to the defense Attorney.

Done this 19th day of September 2006.

Daniel Cooper, 7743
M.C.D.F.
P.O. Box 4599
Mont, AL, 36195