IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                      CASE NO. 2:06-CV-418-MHT

DR. NICHOLS, et al,
DEFENDANTS

## MOTION FOR JURY TRIAL

Comes now, the plaintiff pro se, in the above style manner, pursuant to F.R.Civ-p. 56. motion for jury trial. Plaintiff, states that in accordingly to the magistrate judge ordered dated 5-12-06, page 4 of 6 paragraph (9) first and second line is in plaintiff, best interest will proceed as quickly as possible. Plaintiff, also wish to states that in accordingly to the ordered dated 6-16-06 page 1 of 3 second paragraph 4 and 5 complaining about matters which have occurred daily, weekly, and or monthly since the inception of filing the instant action. Plaintiff, very freely feel this statement was a license for the defendants to continue to violated plaintiff, rights and if he respond in further amendments which would clearly be his constitution rights the court would state something in behalf of the defendants which also further have show this court these peoples have no outlook on the law, but simply believe their lawyer who can get them out of it. Plaintiff, further states that something need to legally be done in his favor, regarding his health without any further delays.

David Cooper 7743
Date 9-19-06

# CERTIFICATE OF SERVICE

I pleintiff, has forward a copy each of the following motion for leave to file, motion for jury trial, motion for status review, one copy each to the clerk of the district court and one copy to the defense attorney.

Done this 19th day of September 2006.

Daniel Cooper, 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195