IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.                                    CASE NO. 2:06-CV-418-MNT

DR. NICHOLS, et al,
    DEFENDANTS

## MOTION FOR STATUS REVIEW

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-p. 56. motion for status review. Plaintiff request to this honorable court to allow him to file for jury trial, also to file to this court all witness who are expected to participate in this honorable court by subpoena them and making a lists of who he wish to subpoena for this jury trial. Therefore, plaintiff, request to this court issue it order in plaintiff behalf.

### RELIEF SOUGHTED

1. request an order to plaintiff to be allow to subpoena all witness for jury trial including jury trial.
2. plaintiff, also requests for immediate jury trial.
3. plaintiff, also request for a status review whether he can filed what is incidate on this motion.

David Cooper, 7743
Date 9-10-06

# CERTIFICATE OF SERVICE

I plaintiff, has forward a copy each of the following motion for leave to file, motion for jury trial, motion for status review, one copy each to the clerk of the district Court and one copy to the defense attorney.

Done this 19th day of September 2006.

Daniel Cooper, 7743
M.C.D.F.
P.O. Box 4599
Mont, AL. 36195