Case 2:06-cv-00418-MHT-DRB   Document 83   Filed 09/22/2006   Page 1 of 2

DAVID COOPER
PLAINTIFF,

V.

RECEIVED

2006 SEP 22 A 10:  CASE NO. 2:06-CV-418 MNT

DR NICHOLS, et al,
DEFENDANTS

## MOTION FOR STATUS REVIEW

Comes now, the plaintiff, pro se, in the above style
manner, pursuant to F.R.civ-p.56. motion for Status
review. plaintiff request to this honorable court to
allow him to file for jury trial, also to file to this
court all witness who are expected to participate in
this honorable court by subpoena them and making a
lists of who he wish to subpoena for this jury trial.
Therefore, plaintiff, request to this court issue it order
in plaintiff behalf!

### RELIEF SOUGHTED

1. request an order to plaintiff to be allow to
Subpoena all witness for jury trial including jury trial.
2. plaintiff, also requests for immediate jury trial.
3. plaintiff, also request for a status review whether
he can filed what is incidate on this motion.

David Cooper, 7743
Date 9-10-06

# CERTIFICATE OF SERVICE

I plaintiff, has forward a copy each of the following motion for leave to file, motion for jury trial, motion for status review, one copy each to the clerk of the district court and one copy to the defense Attorney.

Done this 19th day of September 2006.


Daniel Cooper, 7743
M. C. D. F.
P. O. Box 4599
Mont., AL, 36195