IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.    CASE NO. 2:06-CV-418-MHT

DR. NICHOLS et al,
DEFENDANTS

## MOTION FOR LEAVE TO FILE

Comes now, the plaintiff, pro se, in the above style manner pursuant to F.R.Civ.P. 56. motion for leave to file.

Done this 30th day of

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

# CERTIFICATE OF SERVICE

I, plaintiff has forward and copy each to the clerk of the court, and defense attorney a copy of Certificate of Service, motion for leave to file, motion to notify the court of miscelleneous matters.

Done this 30th day of Oct 2006

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195