IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

RECEIVED
2006 NOV -6 A 11:02
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2:06-CV-418-MHT

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, pro se, in the above style manner pursuant to F.R.Civ-p.56. motion to notify the court of miscellaneous matters. The plaintiff, states that since 9-27-06 the court issue it's order on motion of motion for status (Doc. No. 86) which was granted pending to a determination of the issues presented herein which originally was filed Sept 22, 2006 also regarding base on my complaint, Defendants' written report and plaintiff opposition. Plaintiff further state that it has been over one months and he hate to burden this honorable court, but feel that this court has responded by now to him which he assume that this mail clerk Mrs. Brown, has refuse to give him his legal mail on approximately 10-2-06 which was legal mail and the plaintiff, is not sure whether that legal mail on 10-2-06 was from this court are whoever. However, plaintiff, request to be updated whether any response has been made from this honorable court as of yet, and if not then the plaintiff is very sorry but he is very aware that these peoples here cannot be trusted, and if this court did mail me a response please do it again because i didn't get it.

Date 10-30-06                    David Cooper, 7743

# CERTIFICATE OF SERVICE

I, pleintiff has forword and copy each to the Clerk of the court and defense attorney a copy of Certificate of Service, motion for leave to file, motion to Notify the court of miscelleneous matters.

Done this 30th day of Oct 2006

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL 36195