IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DAVID COOPER, #7743 | * |
|     Plaintiff, | * |
|     v. | *    2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * |
|     Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to File a Motion for Status, and for good cause, it is

ORDERED that the motion (Doc. No. 88) be and is hereby GRANTED.

Plaintiff's Motion for Status is GRANTED. This case is pending on the complaint, Defendants' written report, and Plaintiff's opposition. Plaintiff is advised that **NO** additional pleadings are necessary to a determination of the issues presented herein, and *he will be informed of any action undertaken by the court on his complaint*. Plaintiff is further advised that a determination of the issues presented in this action will be taken in due course and as judicial resources permit.

Plaintiff is also cautioned that any further daily, weekly, or monthly inquiries as to whether the court has rendered a decision in this matter will not be entertained. Based on a review of the docket in this matter, it is clear that Plaintiff receives mail sent to him from

this court.

    Done, this 6th day of November 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE