IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

DAVID COOPER
  PLAINTIFF,

V.

DR. NICHOLS et al,
  DEFENDANTS

CASE NO. 2:06-CV-418-MNT

RECEIVED
2006 DEC 20 A 9:22
[U.S. DISTRICT COURT stamp]
MIDDLE DISTRICT ALA.

## MOTION FOR TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P. 56. motion for to file. plaintiff, requests to file motion for an inpendant review by the united states District Court judge.

Done this 17th day of 2006.

       David Cooper 7143
       Plaintiff, Pro se
       M.C.D.F.
       P.O. Box 4599
       Monty, AL 36195

# CERTIFICATE OF SERVICE

I the plaintiff, has forward a copy each of motion for to file, motion for on inpendent review by the united states District judge, and certificate of service, a copy each to the clerk of the District court, and a copy each to the defendants defense attorney.

Done this 17th day of 2006.

David Cooper 2743
Plaintiff,      Pro se
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195