IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DAVID COOPER, #7743 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave filed by Plaintiff on December 20, 2006 in which Plaintiffs seeks leave to File a Motion for Independent Review by the United States District Judge for review of the court's decisions on his previous motions for leave to file requests for trial by jury and his motions for status, and for good cause, it is

ORDERED that the motion (Doc. No. 91) be and is hereby DENIED.

Done, this 8th day of January 2007.

           /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE