IN THE UNITED STATES APPEAL COURT FOR THE ELEVENTH CIRCUIT OF ALABAMA, NORTHERN DIVISION

DAVID COOPER,
  PLAINTIFF,

v.

DR. NICHOLS et al,
  Defendants

CASE NO. 2:06-CV-418-MHT

RECEIVED
2007 JAN 16 A 11:40

## MOTION FOR TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. and it's rule motion for to file.

Done this 10th day of January 2007.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

# CERTIFICATE OF SERVICE

I plaintiff, has forward to the clerk of the court, and the defense attorney, a copy each motion for to file, request appeal on the order on motion denied on January 8, 2007, and certificate of service by placing them in the U.S. mail on this 10th day of January 2007.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195