IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| DAVID COOPER, #7743 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-418-MHT |
| DR. NICHOLS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave filed by Plaintiff on January 16, 2007 in which Plaintiffs seeks leave to file a notice of appeal from the court's order entered January 8, 2007, and for good cause, it is

ORDERED that the motion (Doc. No. 93) be and is hereby GRANTED.

Done, this 17th day of January 2007.

                                              /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE