IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

David Cooper
  PLAINTIFF,

V.                                          (CASE NO. 2:06-cv-418-MHT)

Dr. Nichols et al,
  DEFENDANTS

## MOTION FOR TO FILE

Comes now, the plaintiff, pro se, in the above styled manner, pursuant to F.R.Civ-P. motion for to file.

Done this 18th day of January 2007.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

SCANNED

# CERTIFICATE OF SERVICE

I, plaintiff, has forward a copy to the clerk of the Court, and defense attorney one copy of motion for to file, motion for an impending review by the United States District Judge Myron H. Thompson certificate of service, by placing them in the U.S. mail this 18th day of January 2007.

Daryl Sturges 7745
M.C.P.F.
P.O. Box 4970
Mobile, AL 36605