IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER,           ) | |
| )                       | |
| Plaintiff,            ) | |
| )                       | CIVIL ACTION NO. |
| v.                    ) | 2:06cv418-MHT |
| )                       | |
| DR. NICHOLS, et al.,  ) | |
| )                       | |
| Defendants.           ) | |

## ORDER

To the extent plaintiff's appeal (doc. no. 95) is an appeal to the district judge, it is ORDERED that the magistrate judge's order (doc. no. 92) is affirmed. The court has independently reviewed the underlying magistrate judge's orders at issue, and the court finds that the orders were correctly entered.

DONE, this the 23rd day of January, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE