IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DR. NICHOLS, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv418-MHT |

ORDER

It is ORDERED that plaintiff's motion for an independent review (doc. no. 101) is granted.

It is further ORDERED that, the court having done an independent and de novo review, all orders at issue are affirmed.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 26th day of January, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE