IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
   PLAINTIFF,
   V.

DR. NICHOLS, et al,
   DEFENDANTS

CASE NO. 2:06-cv-418-MHT

RECEIVED
2007 FEB -7 A 9:40
DEBRA P. [HACKETT]
U.S. DIST[RICT] COURT
MIDDLE DI[STRICT] ALA

## MOTION FOR TO FILE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.civ.p, motion for to file. Plaintiff, further states that the former magistrate judge Delores R. Boyd, previously order the plaintiff to file, motion for to file when filing anything with this Court, plaintiff is asking is that same order is require with this magistrate judge.

2-5-07

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL, 36195

# CERTIFICATE OF SERVICE

I, Plaintiff, has forward a copy of motion to notify the court of miscellaneous matters, motion for to file, and Certificate of Service one copy each to the clerk of the court, and one copy each to the defense attorney, Hand-mail to the clerk and place in the U.S. mail to defense attorney on this 5th day of Feb 2007

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL, 36195

David Cooper 2243
M.C.D.F.
P.O. Box 4599
Monts, AL 36195

Office of the Clerk
United States District
P.O. Box 711
Monts, AL 36101

36101+0711



MONTGOMERY AL 361
06 FEB 2007 PM 2 L