IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
  PLAINTIFF,

V.

DR. NICHOLS, et al,
  DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED 2007 FEB -7 A 9:40 DEBRA P. HACKETT U.S. DISTRICT MIDDLE DISTRICT

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P, motion to notify the Court of miscellaneous matters, plaintiff, wish to notify this court that he has been released from the Montgomery county Detention Facility, and that he doesn't intent to reside here in Montgomery Alabama, and that he will be living in Florida and by 2-  -07, he will forward to this honorable court a motion for change of address with his new address on that motion, please hold mail until address change is filed.

Done this 5 day of Feb 2007

David Cooper 7443
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

# CERTIFICATE OF SERVICE

I, plaintiff, has forward a copy of motion to notify the court of miscellaneous matters, motion for to file, and Certificate of Service one copy each to the clerk of the court, and one copy each to the defense attorney, Hand-mail to the clerk and place in the U.S. mail to defense attorney on this 5th day of Feb 2007

Daniel Cooper 7743
M.C.D.F.
P.O. Box 4599
Monty, AL, 36195

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Monts, AL 36195

Office of the Clerk
United States District
P.O. Box 711
Monts, AL 36101

36101+0711

MONTGOMERY AL 361
06 FEB 2007 PM 2 L

