IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743                          *

      Plaintiff,                              *

          v.                                    *        2:06-CV-418-MHT

DR. NICHOLS, *et al*.,                       *

      Defendants.                             *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to File in which Plaintiff seeks leave to notify the court of an impending address change, and for good cause, it is

ORDERED that the motion (Doc. No. 104) be and is hereby GRANTED.[1]

Upon consideration of Plaintiff's Motion to Notify the Court of Impending Address Change, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 12th day of February 2007.

                    /s/Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff is  advised that the court's June 22, 2006 order (Doc. No. 36) remain in full force and effect.