In the United States Court of Appeals Eleventh Circuit

David Cooper
   Appellant,

v.

Dr. Nichols, et al,

Appeals No. 07-10234

Case No. 206-CV-418-MHT
And Case No. 207-CV-11

RECEIVED
2007 FEB 16  A 9:39
R. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Notice of Change of Address

Comes now, the appellant, pro se in the above style, manner in the F.R.Civ.p Notice of Change of Address.

2-14-07

[signature]
P.O. Box 3476
Coral Springs, Fl. 33067

*[signature]*
2-14-07

Please send me complete 1983 form.

" love "

*[signature]*

" Peace "

2:07cv11

David Cooper
P.O. Box 346
Coral Springs, Fl. 33067

SOUTH FLORIDA PDC
FL 330 3 T
14 FEB 2007 PM

Clerk office
United States District Court
P.O. Box 711
Montgy, AL. 36101