IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
  Plaintiff,

VS.

DR. NICHOLS, et al,
  DEFENDANTS

CASE NO. 2:06-CV-418-MHT

RECEIVED
2007 MAR -5 A 9:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF ADDRESS CHANGE

Comes now, the plaintiff, in the above style manner, Pursuant to F.R.Civ.P, notice of Change of address DAVID Cooper 4630 N. University DR. #376 Box Suite, Coral Spring, Fl. 33067, Phone No. 954-934-5487, Please wait until I write you again I am in the hospital getting prepare for my third heart surgery as previously stated. Case No. 207-CV-11 included and habeas corpus relief.

Done this 26th day of Feb 2007

David Cooper
P.O. Box 396
Coral Spring Co. 33067

Certificate of Service in the U.S. mail this 26th Feb 2007.

*David Cooper*

Office of the Clerk
United States District Court
P.O. Box 711
Montg, AL. 36101

Legal mail

3510180711 B07