IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743             *

    Plaintiff,                  *

        v.                      *      2:06-CV-418-MHT

DR. NICHOLS, *et al.*,          *

    Defendants.                 *

_____

## ORDER

It has come to the undersigned's attention that the most recent address provided to the court by Plaintiff is not valid inasmuch as mail recently sent to him in another pending case was returned to the court marked "return to sender; no such number." (*See Cooper v. Marshall*, Civil Action No. 2:07-CV-129.) All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions and to ensure that the address provided to the court is accurate and/or valid. Plaintiff was provided notice of this requirement in the court's May 12, 2006 order of procedure. (Doc. No. 4.)

It is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court a current and valid address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court apprised of a current and accurate mailing address.

Accordingly, it is ORDERED that:

1.    Plaintiff SHOW CAUSE on or before March 29, 2007 why his complaint

should not be dismissed for his failure to provide the court with current and valid mailing address as directed by the court's May 12, 2006 order of procedure. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

    2.    The Clerk SEND a copy of this order to Plaintiff at his last known address.

Done, this 20th day of March 2007.

                      /s/Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE