IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN

DAVID COOPER,
PLAINTIFF,

V.

DR. NICHOLS, et al,
DEFENDANTS

CASE NO. 2:06-CV-418-HMT.

RECEIVED
2007 APR 23 A 10: 22
...A P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO FILE

Comes now, plaintiff, pro se, in the above style manner, pursuant to F.R.Civ.P. Motion to File.

Done this 20th day of April 2007.

David Cooper
070020985