IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

DAVID COOPER
        PLAINTIFF,

RECEIVED
2007 APR 23  A 10: 2?
____ P. HACKETT, ____
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

        V.

CASE NO. 2:06-CV-418-HMT,

DR. NICHOLS, et al
        DEFENDANTS

## MOTION TO NOTIFY THE COURT OF ADDRESS CHANGE

Comes now, the plaintiff, pro se, in the above style
manner pursuant to F.R.Civ-P. motion to notify the
Court of address change. The temporary address change is
as following "David Cooper, 070020985. Turner Guilford
Knight Correctional center unit K-45, 7000 N.W. 41 St.
miami, FLA. 33166, plaintiff also state he is indigent here
at this Facility, and only receive one stamp envelope weekly
and three sheets of writing paper, and the he is unable to
response in accordingly to F.R.Civ-P serving copies on
the defense attorney for the defendants due to indigence.
plaintiff doesn't plain on dismiss any of his actions but
request this honorable court place his case on whole until
he once again defeat these false charge like in Montgomery
Feb 1, 97, and 2005 Ft. Lauderdale FLA. plaintiff, states they
attempts are in vain and he will never be a christain,

    Done this 20th day of April 2007,

                                    [signature] David Cooper
                                    070020985

# CERTIFICATE OF SERVICE

I, plaintiff, has forward a copy of motion to file, motion to notify the court of address change, and certificate of service to the clerk of this court. Done this 20th day of April 2007, by placing them in the U.S. mail.

_Dail Cooper_

0700020985



DAVID COOKS 070020985 K-45
Owner Guilford Knight Correctional Center
7000 N.W. 41 St.
Miami, Fla. 33166

legal-mail

MIAMI FL 331
20 APR 2007 PM 2 L

361010711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101

legal-mail