IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER, #7743           *

    Plaintiff,              *

        v.                  *       2:06-CV-418-MHT

DR. NICHOLS, *et al.*,         *

    Defendants.            *

_____

**ORDER ON MOTION**

Plaintiff has filed a Motion for Leave to File in which he seeks leave to notify the court of an address change. Upon consideration of the motion, it is

ORDERED that the motion (Doc. No. 112) be and is hereby GRANTED.

Upon consideration of Plaintiff's Motion to Notify the Court of Address Change, and for good cause, it is

ORDERED that the motion (Doc. No. 113) be and is hereby GRANTED.

It is further

ORDERED that the Recommendation of the Magistrate Judge entered April 5, 2007 (Doc. No. 111) be and is hereby VACATED.

Done, this 25th day of April.

                                    /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE