

David Cooper 0720985 Unit 3D3
Metro West Detention Center
13850 N.W. 41 St.
Miami, Fla. 33178

Office of The Clerk
United States District Court
P.O. Box 711 #"711"
Montgomery, Ala 36101

36101+0711 B007