

David Cooper 0720985  Unit 3D3
Metro West Detention Center
13850 N.W. 41 St.
Miami, Fla. 33178

MIAMI FL 331
24 AUG 2007 PM 2
USA 41

Office of The Clerk
United States District Court
P.O. Box 711  # "711"
Montgomery, Ala. 36101

36101+0711 B007