**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID COOPER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 2:06-CV-418-MHT** |
| | ) | |
| **DR. NICHOLS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT**

  COMES NOW Melodye Miller, a defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>        <u>Relationship to Party</u>

_____  _____

_____  _____

_____  _____

_____  _____

January 21, 2008
Date

      /s/ Daniel F. Beasley
      Daniel F. Beasley  (BEA059)
      Robert N. Bailey, II  (BAI045)
      Attorneys for Defendant Melodye Miller

**OF COUNSEL:**
LANIER FORD SHAVER & PAYNE P.C.
200 West Side Square, Suite 5000
Huntsville, AL  35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-CM/ECF participant on this the 21st day of January, 2008.

    David Cooper #0720985
    Metro West Detention Center
    13850 N.W. 41 Street
    Miami, FL 33178

      /s/ Daniel F. Beasley
      Of Counsel