IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv418-MHT |
| ) | [WO] |
| DR. NICHOLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 9, 2008 (Doc. # 118), that Plaintiff's Complaint be dismissed without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

After a review of the recommendation, to which Plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate order will be entered.

DONE, this the 30th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE