IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv418-MHT |
| ) | [WO] |
| DR. NICHOLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on January 9, 2008 (Doc. # 118), is ADOPTED.

(2) This case be and is hereby DISMISSED without prejudice.

The Clerk of the Court is Directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of January, 2008.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE