IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID COOPER,                    )
                                 )
        Plaintiff,               )
                                 )      CIVIL ACTION NO.
        v.                       )      2:06cv418-MHT
                                 )          (WO)
DR. NICHOLS, et al.,             )
                                 )
        Defendants.              )

ORDER

It is ORDERED that plaintiff's objections to order (Doc. No. 131) is overruled.

DONE, this the 7th day of October, 2008.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE